[If you need additional space for ANY section, please attach an additional sheet and reference that section]

**FILED**
**JUL 11 2016** ᵀᴴ
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) David A. Dewar

v.

Defendant(s) Officers T.J. Felmon; M.K. Devine; Supervisor C.J. Long of Chicago Police Department

Case Number: 16-CV-2287

Judge: District Judge Zagel

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, David A. Dewar, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

   NOTE: Letters Attached.

2. I declare that I have contacted the following attorneys/organizations seeking representation: (NOTE: This item must be completed.)
   A) LOEVY & LOEVY; 311 N. Aberdeen St, 3rd Floor, Chgo, IL, 60607; Phone #: 1(312)243-5900
   B) Peoples Law Office; 1180 N. Milwaukee, Chgo, IL, 60642; Phone #: 1(773)235-0070
   C) James D. Montgomery & Assoc, 1 N. LaSalle St, Suite 2450, Chgo, IL, 60602; Phone #: 1(312)977-0200
   but I have been unable to find an attorney because: all Law Firms I have contacted to take my case have refused me.

3. I declare that (check all that apply):
   (Now:)
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☒ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school    ☐ Some high school    ☒ High school graduate
   ☐ Some college       ☐ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☒ I declare under penalty of perjury that the foregoing is true and correct.

_David A. Dewan_  
Signature of Movant

_11347 S. Millard Ave._  
Street Address

_July 11, 2016_  
Date

_Chicago, Illinois, 60655_  
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

June 9, 2016

**CONFIDENTIAL LEGAL CORRESPONDENCE**

*Via U.S. Mail*
David Devan
11347 S Millard Ave
Chicago, IL 60655

    Re:    Your request for legal representation

To David Devan:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                                                           Sincerely,

                                                           Loevy & Loevy



# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60642
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Sarah Gelsomino
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.

*Of Counsel*
Jeffrey H. Haas

April 22, 2016

David Dewar
11347 Millard Ave
Chicago Il, 60655

    Please forgive us for the delay in responding to your letter. Unfortunately we are a small law office with limited resources. While we believe that you may have legitimate issues to litigate in court we sincerely regret that the People's Law Office is not in a position to assist you with that legal struggle.

    Sincerely,

    People's Law Office

———————————————— Law Offices ————————————————



# James D. Montgomery
# and Associates, Ltd.

February 22, 2016

David A. Dewar
11347 S. Millard Avenue
Chicago, IL 60655

    **RE: Legal Representation**

Dear Mr. Dewar:

After reviewing the information regarding your claim, we regret to inform you we are unable to represent you in this matter. The focus of your inquiry is regarding legal representation in a post-conviction matter.

Our firm handles cases involving gross medical malpractice, catastrophic personal injury, wrongful death, as well as civil rights violations involving police officers and departments. Additionally, we only agree to representation in a case if the potential damages would reach or exceed a threshold amount. It is our opinion that any damages you could be awarded would not meet that threshold amount.

However, please be advised that our opinion has no bearing upon whether or not you have a viable legal claim. Also, be advised that there is a statute of limitations for your potential claim, therefore you should immediately seek a second opinion. Even though we cannot represent you in this matter, please feel free to contact our local bar associations:

        **Illinois Bar Association**
        20 S. Clark Street
        Chicago, IL 60603
        Phone: (312) 726-8775

or other attorneys or law firms for additional opinions or legal counsel.

Thank you for contacting the law firm of James D. Montgomery and Associates. In the future, if you or your family requires legal assistance please do not hesitate to contact our office.

        Sincerely,

        James D. Montgomery & Associates Law Firm (jk)

---

One North LaSalle Street • Suite 2450 • Chicago, Illinois 60602
Phone: 312-977-0200 • Fax: 312-977-0209