# **EXHIBIT G**

35-5      25 Mar 14      1430hrs

(This form replaces CCCR 0657 and CCMD 0224)
**USE ONLY FOR CLASS "C" MISDEMEANORS/ORDINANCE VIOLATIONS**      (Rev. 1/17/01) CCCR 0224

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name: DAVID DEWAR            Alias: _____

Residence: 11347 SOUTH MILLARD    City/Town: CHICAGO    State: IL    Zip: 60655

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Arrestee had been using Alcohol/Drugs |
|---|---|---|---|---|---|---|---|---|
| M | WHITE | 230 | 6'03" | 20 OCT 64 | 49 | HEAVY | FAIR | ☐ Yes ☒ No |

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
CPD022   DEPARTMENT/ 1ST DISTRICT

WILLIAM HOSTY
          Plaintiff
v.                                  No. 14191709
DAVID DEWAR
          Defendant

EXHIBIT # 1
WIT: HOSTY
DATE: 3-1-18
Nick D. Bowen, CSR

WILLIAM HOSTY (Complainant's Name Printed or Typed), complainant, now appears before

The Circuit Court of Cook County and states that DAVID DEWAR (defendant)

has, on or about 17 FEB 14 (date) _____ (place of offense)

committed the offense of ASSAULT SIMPLE (offense) in that he/she

WITHOUT LAWFUL AUTHORITY, KNOWINGLY THREATENED WILLIAM HOSTY BY TELLING HIM THAT HE IS GOING TO GIVE HIM AN ASS KICKING PLACING WILLIAM HOSTY IN REASONABLE APPREHENSION OF RECEIVING A BATTERY.

in violation of 720 ILCS 5.0 / 12-1A . OR _____ (Ordinance Citation)

STATE OF ILLINOIS } ss.
COOK COUNTY

X William D Hosty
(Complainant's Signature)

FILED FEB 24 2014
DOROTHY BROWN
CLERK OF CIRCUIT COURT

AOIC CODE

(Complainant's Address)    (City/State/Zip)
(Complainant's Telephone)
WILLIAM HOSTY (Complainant's Name Printed or Typed)

being first duly sworn, HIS on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

X William D Hosty
(Complainant's Signature)

Subscribed and sworn to before me on this 17 day of FEB , 2014

D. Brown / T_____
(Judge or Clerk)

I have examined the above complaint and the person presenting same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons Issued, Judge _____
or                                    Judge's No.
Warrant Issued, Bail set at: _____
or
Bail set at _____ Judge _____
                                      Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

page 5 of 12