# EXHIBIT H

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3   DAVID A. DEWAR,                    )
                                        )
 4                   Plaintiff,         )
                                        )
 5            vs.                       )    No. 16 CV 0228
                                        )
 6   Officers T.J. FELMON, M.K.         )
     DEVINE and Supervisor C.J.         )
 7   LONG and CHICAGO POLICE            )
     DEPARTMENT,                        )
 8                                      )
                     Defendants.        )
 9

10            The deposition of WILLIAM HOSTY, taken

11   pursuant to the Federal Rules of Civil Procedure,

12   before Nick D. Bowen, Certified Shorthand Reporter

13   No. 084-001661, at 30 North LaSalle Street, Suite

14   900, Chicago, Illinois, on Thursday, March 1, 2018,

15   commencing at 11:19 a.m. pursuant to subpoena and

16   notice.

17        APPEARANCES:

18            MR. DAVID A. DEWAR
              (11347 South Millard Avenue
19             Chicago, Illinois  60655
               773.445.5340
20             ddewar@hotmail.com)
                 appeared pro se;

21

22

23

24
```

WILLIAM HOSTY, 03/01/2018                                    Page 2

```
 1          APPEARANCES:    (Cont'd)

 2               HONORABLE EDWARD N. SISKEL
                 CORPORATION COUNSEL, by
 3               MS. KELLY C. BAUER
                 Assistant Corporation Counsel
 4               (30 North LaSalle Street, Suite 900
                  Chicago, Illinois 60602-2502
 5               312.742.9586
                 kelly.bauer@cityofchicago.org)
 6                 appeared on behalf of the defendants.

 7                    *   *   *   *   *   *   *

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                      I N D E X

 2

   Witness:                              Page

 3
        WILLIAM HOSTY
 4
            Examination by:
 5
            Ms. Bauer...................      5
 6          Mr. Dewar...................     34

 7

 8

 9

10                  E X H I B I T S

11   No.   Description            Marked/Referenced

12     1   Complaint............................  30
       2   Photograph...........................  38
13

14            (Exhibits attached/scanned.)

15                       - - -

16

17

18

19

20

21

22

23

24
```

 1  happen?  Was this -- in relation to when Mr. Dewar

 2  first started screaming at you.

 3       A.    It was kind of almost the same time.

 4       Q.    And could you understand anything that

 5  Mrs. Dewar was saying?

 6       A.    No.

 7       Q.    Okay.  And then did Mrs. Dewar go back

 8  in the house after the police were called?

 9       A.    To the best of my knowledge, she did.

10       Q.    Okay.  After the police were called,

11  did she -- was she screaming any more at you?  What

12  was she doing at that point?

13       A.    After the police came?

14       Q.    No.  After they were called.

15       A.    No.

16       Q.    No.

17             So once the -- once you had asked

18  your daughter-in-law to call the police, Mr. and

19  Mrs. Dewar were just standing there?

20       A.    For a little while.  And I do believe

21  they went to the house -- into the house then.

22       Q.    Okay.  And about how long did it take

23  for the police to arrive?

24       A.    I'm not sure.  Maybe ten minutes or

```
 1   something.  I'm not -- I'm not exactly sure.

 2        Q.     Okay.

 3        A.     I just continued on clearing snow at

 4   that point.

 5        Q.     Okay.  And the police did arrive that

 6   day, though?

 7        A.     Yes, they did.

 8        Q.     Okay.  And did police cars drive up?

 9        A.     There was one.  I don't know if there

10   was two or not.  But I know there was one.

11        Q.     Okay.  And once the police got there,

12   what happened?

13        A.     They got out of the car.  And one of

14   them went to the door.  And then the people next

15   door to me came out.  And they wanted to know what

16   happened.  And they were explaining to the police

17   that he was putting snow on the property.  And I

18   remember distinctly the policeman saying to him,

19   Well, what are we supposed to do?  We got a foot of

20   snow.

21               And the wind was blowing real hard.

22   I could be blowing it that way and it would still

23   blow -- it was blowing in my face.  It was blowing

24   all over.  You wouldn't know where it would be
```

```
 1   blowing the way the wind was.

 2                    So he wanted to know -- the officer

 3   asked me, he wanted to know what was going on.  So

 4   I told him what happened, that I feared for my life

 5   and I felt threatened.

 6                    So at this time he asked Mr. Dewar

 7   what happened, and he said that he didn't say it.

 8   So there was some words spoken back and forth

 9   between the police and him in a nice conversation,

10   I do believe.  And he was denying that he said it.

11                    So he finally -- the policeman says

12   to me, If he gives you an apology, will you accept

13   it?  And I says, Yes, I will.

14                    So he gave me an apology, but it

15   wasn't in the words -- I never heard the words "ass

16   kicking" put into it.  And so I did not accept the

17   apology.  He apologized three times.  And the

18   policeman says to him -- there was a great big

19   policeman, I think he was a sergeant, and a smaller

20   policeman.  And he says to him, If -- we'll give

21   you one more chance at it.

22                    So with that, his ma started

23   screaming and yelling.  And the police says to

24   Mr. Dewar, Would you please have your ma go in the
```

```
 1   house, go up on the front steps, or whatever.  And
 2   he was telling her to go in the house.  But she was
 3   going berserk.  I have no idea what she was saying.
 4              So about ten feet away from me --
 5   before -- Mr. Dewar walked a little bit north with
 6   one of the police officers.  And then before he
 7   did, the police officer said to him, I give you one
 8   more chance to apologize.  And he didn't apologize.
 9   And I heard the policeman talking to him.  But with
10   her screaming, I could hardly know what he was
11   saying.
12              And as he was -- he was putting the
13   cuffs on him.  And he spun him around and put the
14   cuffs -- well, not spun him around.  He asked him
15   to turn around, I guess.  I didn't hear it.  But he
16   put the cuffs on him.  He got him arrested.  He
17   arrested him.
18              And with that, they took him away.
19   She went in the house.  And I finished doing the
20   snow and went home.
21              And one of the police officers came,
22   and I filed a complaint and everything, to my
23   house.  And that was the gist of my evening.
24        Q.    Okay.  So I'm going to have to break a
```

```
 1   little bit down what you --

 2          A.    Okay.  Sorry.

 3          Q.    No.  That's fine.  That's fine.

 4          A.    I answered it the best I could.

 5          Q.    Yeah, absolutely.  So I'll just ask a

 6   little more pointed questions, and we'll just kind

 7   of go over the event and talk a little bit more

 8   about the details.

 9                So when the police arrived, did --

10   how many police officers were there approximately?

11          A.    I do believe there was two.

12          Q.    Okay.  And --

13          A.    Two that was handling the situation.

14   If there was a second police car, I can't recall

15   or not.

16          Q.    Okay.  And when the police arrived, did

17   either of the officers come to talk to you?

18          A.    Oh, yeah.

19          Q.    Oh, okay.

20          A.    Yeah.

21          Q.    And what was the conversation that you

22   had with them?

23          A.    Well, I told them exactly what I told

24   you, yeah.
```

```
 1        Q.    Okay.
 2        A.    That I felt threatened and everything
 3   else, and that's what I felt.
 4        Q.    Okay.  And what did the police officer
 5   say in response?
 6        A.    Then he went to talk to Mr. Dewar.
 7        Q.    Okay.  And did both police officers go
 8   over to the Dewars' house at that point?
 9        A.    None of them went there at that point.
10   The one that went to the door prior to that, the
11   one that took him out -- the person that took him
12   out, they did.
13        Q.    Okay.  So while one officer was
14   speaking with you, another officer went to the
15   Dewars' house?
16        A.    That's right.  He didn't hardly say
17   anything to me.  He was just waiting for him to
18   come out.
19        Q.    Okay.  And then when the Dewars came
20   out, what happened?
21        A.    Just like I said.
22        Q.    Okay.
23        A.    They -- he denied saying anything.  And
24   they asked him to apologize.  And he apologized in
```

```
 1   a way that he kept saying that if he offended me

 2   or threatened me in any way that I felt threatened

 3   because of him, he apologized.  But he didn't

 4   apologize for the exact word.  I didn't hear "ass

 5   kicking" in it, but I heard in the context of

 6   yelling.

 7          Q.     Okay.

 8          A.     I didn't accept the apology.

 9          Q.     Okay.  So when the Dewars came out, did

10   you all have a conversation at that point or --

11          A.     Well, yeah.  The policeman was telling

12   us all, you know, that it's a bad snowstorm and we

13   have to -- people have to put the snow someplace.

14   And he says he had to put it someplace.  And I

15   could be blowing it north and his house was south

16   of me, and with the way the wind was, it would blow

17   it right back.  I mean, it was just a bad -- it was

18   Mother Nature at its best.

19          Q.     Okay.  So is it fair to say that you

20   weren't purposely blowing snow on --

21          A.     No, I don't purposely blow snow on

22   anybody's property.

23          Q.     Okay.  Sorry --

24          A.     Not unless it's two or three feet and I
```

```
 1   have no place to put it.

 2        Q.    Okay.  So let me just finish my question

 3   for the record so everything can be taken down.

 4        A.    Sure.

 5        Q.    So is it fair to say that you weren't

 6   personally blowing the snow on the Dewars' property?

 7        A.    Yes, it is.

 8        Q.    Okay.  Other than one of the officers

 9   asking Mr. Dewar to apologize, do you remember the

10   officer saying anything else to the Dewars that day?

11        A.    Other than telling us, like I just said

12   to you, about the snow and, you know, let's try to

13   work together with it, you know.

14        Q.    Okay.  And then what was Mrs. Dewar

15   doing at this point?

16        A.    Yelling and screaming.

17        Q.    Okay.  And do you remember what she was

18   yelling and screaming?

19        A.    It was all about, My son, my son; I

20   could hear that much.  And I don't know what else

21   she was saying.

22        Q.    Okay.  And at some point you said one

23   of the officers asked Mr. Dewar to ask his mother

24   to go back inside?
```

```
 1          A.     Yes.

 2          Q.     Okay.  And do you remember specifically

 3   what that officer said?

 4          A.     He said, Would you please calm your mom

 5   down and have her go in the house?

 6          Q.     Okay.  And did Mr. or Mrs. Dewar

 7   respond to that?

 8          A.     Yeah.  I think David says to her a

 9   couple times, Would you please go in the house?

10          Q.     Okay.  And did his mother go in the

11   house at that point?

12          A.     No.

13          Q.     No.  Okay.

14                 Was she still yelling and screaming

15   at that point?

16          A.     Yeah.

17          Q.     And at that point do you understand --

18   did you understand what she was screaming and

19   yelling?

20          A.     All I could hear was something about,

21   My son, my son.  That's all.

22          Q.     Okay.  And then -- so then it sounds

23   like Mr. Dewar apologized three times, but not in

24   the way that you had asked, right?
```

WILLIAM HOSTY, 03/01/2018                                    Page 28

1        A.     Right.   The officer asked me, Do you
2   accept that?  And I said, No.
3        Q.     Okay.   And why specifically was that?
4        A.     Because I already told you that I
5   didn't hear the word -- anything about the ass
6   kicking there, and I felt threatened.
7        Q.     Okay.   And then what happened --
8        A.     Can we take a short recess for a
9   minute?
10       Q.     Sure.
11       A.     Can I talk to you for a minute?  No?
12       Q.     No.
13       A.     No.   Okay.   That's all right.
14                      (Recess taken.)
15   BY MS. BAUER:
16       Q.     All right.   And then -- so let's start
17   where we left off.
18              So you said that Mr. Dewar was
19   handcuffed at some point, correct?
20       A.     Yes.
21       Q.     Okay.   And did you actually see
22   Mr. Dewar get handcuffed?
23       A.     Yes.
24       Q.     Okay.   In your opinion, were the

Urlaub Bowen & Associates, Inc.   312-781-9586

WILLIAM HOSTY, 03/01/2018                          Page 29

1    officers rough with Mr. Dewar when they were

2    handcuffing him?

3         A.    Well, I've never seen too many people

4    get handcuffed.  He just put the handcuffs on him.

5    I didn't see anybody getting roughed up from either

6    side.

7         Q.    Okay.  And then at that point did any

8    of the officers say anything to you?

9         A.    No.

10        Q.    No.

11        A.    They said they were taking him in; if I

12   wanted to file a complaint, file a complaint.  So I

13   did.

14        Q.    Okay.  And did you sign a complaint

15   that day?

16        A.    That evening, yeah.  The officer came

17   to my house later on, and I signed it.

18        Q.    Okay.  And did you -- and other than

19   the officer informing you that you could sign a

20   complaint, did you have any other conversations

21   with them that day?

22        A.    No.

23        Q.    No.  Okay.

24              And then the officers left; is that

```
 1  right?
 2       A.    Yes.  They left, yeah.
 3       Q.    Okay.
 4       A.    Well, at that time they left and came
 5  back later to my house with the complaint to be
 6  filed.
 7       Q.    Oh, okay.
 8       A.    Yeah.
 9       MS. BAUER:  Okay.  And then if we could mark
10  this as Exhibit 1, please.
11                      (Deposition Exhibit No. 1,
12                       Witness Hosty, was marked for
13                       identification 03/01/2018.)
14  BY MS. BAUER:
15       Q.    I'm handing you what's been marked as
16  Exhibit 1.  If you wouldn't mind reviewing this,
17  please.
18       A.    (Reviewing exhibit.)
19             Yeah.
20       Q.    Okay.  And is that the complaint you
21  signed that evening?
22       A.    Well, I don't have the complaint I
23  signed that evening in front of me, but it
24  certainly seems like it, yes.
```

```
 1        Q.    Okay.

 2        A.    It looks like it.

 3        Q.    Okay.  So it looks like a --

 4        A.    That's my signature, yes.  So that's

 5  got to be it.

 6        Q.    So it looks like an accurate --

 7        A.    Yes.  Yes, it is.

 8        Q.    -- an accurate copy of the complaint?

 9        A.    Yes.

10        Q.    Okay.  And did any police officers

11  coerce you into bringing these charges?

12        A.    No.  Absolutely not.

13        Q.    Okay.  And did you bring these charges

14  on your own free will?

15        A.    Yes, I did.

16        Q.    And you also knew that it was

17  no mistake that Mr. Dewar was the one who had

18  committed the offense that's on the complaint,

19  right?

20        A.    That is correct.

21        Q.    Did any officer suggest to you or

22  otherwise tell you that Mr. Dewar was not the

23  person involved in this complaint?

24        A.    No.
```

```
 1         Q.    Okay.  And did an assistant state's
 2   attorney contact you?
 3         A.    No.
 4         Q.    No.  Okay.
 5               Did you receive a subpoena to go to
 6   court?
 7         A.    I received -- I don't know if it was a
 8   subpoena or a notice, whatever.  But I did receive
 9   something, and I did go.
10         Q.    Okay.  And did you go to court?
11         A.    Yes.
12         Q.    Okay.  Did you ever testify against
13   plaintiff?
14         A.    I met up that day with an assistant
15   state's attorney, I think she was, at the place.
16   I asked for her when I got there.
17         Q.    Okay.  And do you know what happened to
18   the criminal charges in this case?
19         A.    The assistant state's attorney talked
20   and his attorney, I believe, David Dewar's, and the
21   judge talked, and it got thrown out, you could say,
22   yeah.
23         Q.    Okay.
24         A.    I just -- the judge asked me what did I
```

1   want, you know.  And I told him, I says all I want

2   is peace and be left alone and my family left

3   alone, my son, grandson -- my son, grandkids, and

4   daughter-in-law.

5        Q.    Okay.

6        A.    So I just wanted them to be left alone.

7   And I don't want anything out of this.  I just want

8   peace.

9        Q.    Okay.

10       A.    So he told him, you know, be peaceful

11  and friendly.  And it has been since.

12       Q.    Okay.  And so is it fair to say that

13  you dropped the charges in this case?

14       A.    I do believe I did, yeah.  Yeah.

15       Q.    Okay.

16       A.    It's on file anyways, so, you know.

17       Q.    The transcript of the court proceedings?

18       A.    Yes.  I asked the judge if it could be

19  on file, and he says yes.

20       MS. BAUER:  Okay.  All right.  So I just need

21  one moment.  And then I'll be right back.  I can

22  actually put you in another conference room while I

23  take care of something.  But it'll only be five

24  minutes.  I'll be right back.

```
 1        A.     No.  They came to my house.

 2        Q.     They came to your house.  Okay.

 3        A.     For me to sign it.

 4        Q.     Okay.  And you had mentioned that they

 5   came a second time.  Do you recall what time that

 6   was?  Or did they only come once?

 7        A.     They only came once.  He came back to

 8   get it signed.  I never said they came a second

 9   time.

10        Q.     Okay.  And do you remember at all what

11   time they came?

12        A.     No.

13        Q.     No.  Was it between 7:00 p.m. and 11:00

14   p.m.?  Was it that evening?

15        A.     Well, I usually go to bed at 10:30.  It

16   was before I went to bed.

17        Q.     Okay.

18        A.     Sometimes I stay up to 11:00.  I don't

19   know.  Before I went to bed anyway, so ...

20        Q.     Okay.  Now, you had mentioned the

21   police car.  Was it a standard police car, or was

22   it a squad care?

23        A.     It was a police car with lights on top

24   of it.  I don't know the difference on it.  I
```

WILLIAM HOSTY, 03/01/2018

1   didn't look.  You couldn't see from here to across

2   the street with the snow and the wind blowing.

3        Q.    And do you remember where that car was

4   parked, if it was parked on the same side as --

5        A.    I have no idea.

6        Q.    You don't remember?

7        A.    I don't remember.  I don't recall.

8        Q.    Okay.  After the cuffs were put on me

9   and I was put into the vehicle, which it was across

10  the street, were you outside, and if so, for how

11  long?

12       A.    As far as I know, I probably finished

13  blowing the snow and went home.

14       Q.    So do you recall how long you --

15       A.    No.

16       Q.    -- were outside?

17             Okay.  Do you recall any of the two

18  officers getting out of the car and conferring with

19  Detective Scott McKenna afterwards?

20       A.    No.

21       Q.    No.  Okay.

22             At any point after the incident, did

23  you confer with either of the two police officers

24  or with Officer Scott McKenna?

```
 1        A.      How do you mean confer with them?   What
 2   do you mean?
 3        Q.      Speak with them.   Talk with them.
 4        A.      Well, I spoke with Mike -- with Devine
 5   when he came to tell me just file the complaint.
 6   That was all.  And he said, This is the compliant
 7   if you want to file it and sign it.   And I signed
 8   it, and he was on his way.   That was all.
 9        Q.      So you said you signed the complaint
10   that came to your house.
11        A.      Yeah.   That's when I spoke with him.
12        Q.      Okay.  So when you spoke with Detective
13   Scott McKenna, where did you speak with him?
14        A.      Where did I speak with Detective
15   McKenna?  I didn't say I spoke with Detective Scott
16   McKenna.
17        Q.      So you didn't speak with him after the
18   incident?
19        A.      You're telling me that I didn't, or are
20   you asking me?
21        Q.      No.  I'm asking.   I'm asking.
22        A.      No, I didn't.
23        Q.      Okay.  So you don't recall speaking
24   with him at all?
```

WILLIAM HOSTY, 03/01/2018                              Page 59

1        A.    I don't recall speaking --
2        MS. BAUER:   Okay.   I'm going to object to --
3   you've already asked this question.
4   BY MR. DEWAR:
5        Q.    Okay.  When you signed the complaint,
6   did they ask you what your age was at the time you
7   signed the complaint?
8        A.    Don't recall.
9        Q.    Okay.  So one of the officers came
10  over, and this is all you signed?  That was it?
11       A.    That's what I said to you.
12       Q.    That's what you said.  Okay.
13             Because at the time --
14       A.    That I can recall.  That I can recall.
15  That's all.
16       Q.    Okay.  Now, Mrs. Bauer, I'm going to
17  ask some questions pertaining to the court case
18  that Mr. Hosty -- you had ask him on March 25th,
19  2017 when he went with the assistant state's
20  attorney.
21             So at the time of the incident, it
22  was, we established, February 17, 2014, and then
23  five weeks later you had mentioned you went to
24  court and you met with the assistant state's

Urlaub Bowen & Associates, Inc.   312-781-9586

WILLIAM HOSTY, 03/01/2018                                    Page 60

```
 1   attorney which you never met.
 2        MS. BAUER:  Okay.  So you're testifying?  So
 3   you can ask him questions.
 4        MR. DEWAR:  Okay.  I'm going to ask him
 5   questions here.
 6        MS. BAUER:  Okay.  So you can't just testify
 7   as -- like you can't say this is your account of
 8   what happened here because it's not your deposition
 9   today.  So we're just asking questions of Mr. Hosty
10   that are new and that pertain to the lawsuit
11   against my clients.
12        MR. DEWAR:  Gotcha.
13   BY MR. DEWAR:
14        Q.    When your were, on March 25th, at the
15   court hearing with the assistant state's attorney,
16   do you recall what age you mentioned you were at
17   the time to the Court?
18        MS. BAUER:  Okay.  So I'm going to object to
19   this.  If you're going to ask him to give his date
20   of birth or any sort of personal information like
21   that, I'm going to object to that.
22                    Also, how is this -- like this is
23   not related to the lawsuit against my clients.
24   Okay?  So ask him questions that relate to the
```