# EXHIBIT I

# CHICAGO POLICE DEPARTMENT
# ARREST REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

**FINAL APPROVAL**

CB #: 18838176
IR #: 1475483
YD #:
RD #: HW154717
EVENT #: 1304403568

## ARREST REPORTING

### OFFENDER

**Name:** DEWAR, David
**Res:** 11347 S Millard Ave
Chicago, IL 60655
**Beat:** 2211
**Empl:** Tax Free Retirement Solutions
Fianacial Advisor
**DOB:** 20 October 1964
**AGE:** 49 years
**POB:** Illinois
**ARMED WITH** Unarmed

Male
White
6' 03"
230 lbs
Brown Eyes
Unknown Hair
Bald Hair Style
Fair Complexion

### INCIDENT

**Arrest Date:** 17 February 2014 19:00
**Location:** 11343 S Millard Ave
Chicago, IL 60655
304 - Street
**Holding Facility:** District 022 Lockup
**Resisted Arrest?** No
**TRR Completed?** No
**Beat:** 2211

**Total No Arrested:** 1
**Dependent Children?** No

**Co-Arrests**
**DCFS Ward ?** No

**Assoc Cases**

### CHARGES

1   Offense As Cited   **720 ILCS 5.0/12-1-A**
ASSAULT - SIMPLE
Class C - Type M

**Victim**
Hosty, William

25 MAR

### RECOVERED NARCOTICS

**NO NARCOTICS RECOVERED**

FILED 5
FEB 24 2014
DOROTHY BROWN
CLERK OF CIRCUIT COURT

14194709

### WARRANT

**NO WARRANT IDENTIFIED**

Page 6 of 12

Print Generated By: ELLMAN, Christine ( PC0S917 )   Page 1 of 5   17 FEB 2014 11:20
powered by CLEAR Technology

## Chicago Police Department - ARREST Report

CB #: 18838176
DEWAR, David

### ARREST REPORTING

#### VICTIM AND COMPLAINANT

**NON-OFFENDER(S)**

Name: HOSTY, William
Res[redacted]
Beat: 2211

Male
White
DOB:
Age: 61
Comments:

Injured? No   Deceased? No
Hospitalized? No
Treated and Released No

#### ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

#### Confiscated Properties:

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR   DEWAR, David,   NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

#### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT # 11677 - IN SUMMARY - THIS IS AN ARREST BY BEAT 2211. THE ABOVE SUBJECT WAS PLACED INTO CUSTODY ON SIGNED COMPLAINTS IN THAT, DURING A VERBAL ALTERCATION WITH THE VICTIM (WILLIAM HOSTY), DAVID DEWAR STATED THAT HE WAS GOING TO "GIVE HIM AN ASS KICKING" which placed victim in fear recieving a battery. R/OS PLACED SUBJECT INTO CUSTODY. READ MIRANDA. TRANSPORTED TO 022 DISTRICT FOR PROCESSING. NAME CHECK CLEAR WITH NO WARRANTS OR TWO DEGREES OF SEPERATION. COURT KEY IS C. NO INVENTORIES. NO GANG AFFILIATION. NO GIP OR TRAPP. CLEAR LEADS.

#### COURT INFO

Desired Court Date: 25 March 2014
Branch: 35-5   727 E 111TH ST - Room
Court Sgt Handle? Yes
Initial Court Date: 25 March 2014
Branch: 35-5   727 E 111TH ST - Room
Docket #:

#### BOND INFO

Bond Date: 17 February 2014 23:10
Type:      10% Of Bond Paid
Receipt #: D8333971
Amount:    $1,200.00

## Chicago Police Department - ARREST Report

CB #: 18838176
DEWAR, David

### ARREST REPORTING

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer | #4080 | DEVINE, M K (PC0M180) | 17 FEB 2014 19:54 |

**ARRESTING OFFICER(S):**

| | | | | Beat |
|---|---|---|---|---|
| 1st Arresting Officer: | #4121 | FELMON, T J (PC0F159) | | 2211 |
| 2nd Arresting Officer: | #4080 | DEVINE, M K (PC0M180) | | 2211 |

**APPROVING SUPERVISOR:**

| Approval of Probable Cause : | #1171 | LONG, C J (PC0I126) | 17 FEB 2014 20:15 |

# Chicago Police Department - ARREST Report

CB #: 18838176
DEWAR, David

## ARREST PROCESSING REPORT

**Holding Facility:** District 022 Lockup
**Received in Lockup:** 17 February 2014 20:28
**Prints Taken:** 17 February 2014 20:30
**Palmprints Taken:** Yes
**Photograph Taken:** 17 February 2014 20:36
**Released from Lockup:**

**Time Last Fed:**
**Time Called:** 17 February 2014 20:39     **Phone#:** 7734455340
**Cell #:** 07

**Transport Details:** 1PO     2211     17-FEB-2014 19:05

### LOCKUP KEEPER PROCESSING

**VISUAL CHECK OF ARRESTEE**

| | |
|---|---|
| Is there obvious pain or injury? | No |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

**ARRESTEE QUESTIONNARIE**

| | |
|---|---|
| Presently taking medication? | No |
| (if female) are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | No |
| Transgender/intersex/gender non-conforming? | No |

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**EMERGENCY CONTACT**

**Name:** REFUSED

**Res:**                                **Beat:**

### INTERVIEW LOG

NO INTERVIEWS LOGGED

### VISITOR LOG

NO VISITORS LOGGED

| Chicago Police Department - ARREST Report | CB #: 18838176 |
|---|---|
| | DEWAR, David |

## ARREST PROCESSING REPORT

### MOVEMENT LOG

MOVEMENT LOG INFORMATION NOT AVAILABLE

### WC COMMENTS

**Watch Commander Comments:**

REL w/o CHARGING — DOES NOT APPLY TO THIS ARREST

### PROCESSING PERSONNEL

**ARRESTEE PROCESSING PERSONNEL:**

Beat

| | |
|---|---|
| Searched By: | HOUSTON, D M (PC0AF41) |
| Lockup Keeper: | HOUSTON, D M (PC0AF41) |
| Fingerprinted By: | HOUSTON, D M (COC246879) |

**APPROVAL PERSONNEL:**

Beat

Final Approval of Charges :   #2133   ELLMAN, C E(PC0S917)   17 FEB 2014 23:17

---

Print Generated By: ELLMAN, Christine ( PC0S917 )   Page 5 of 5   powered by: CLEAR Technology

Page 10 of 12   17 FEB 2014