# EXHIBIT J

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CASH DEPOSIT BOND: CRIMINAL OR QUASI-CRIMINAL (10% OF BAIL, $25.00 MINIMUM DEPOSIT)

D 8333971

**ORIGIN OF BOND**
USING AGENCY NO.: CPD

☒ Bail set by Rule of the Illinois Supreme Court OR
By _____
(PRINT NAME OF JUDGE) (JUDGE'S NO.)

(OFFICE USE)

**BAIL AMOUNT**
$ XX1,500.00 / XX
One Thousand Two Hundred — 00/100

**DEPOSIT AMOUNT**
$ XX,120.00 / XX
One Hundred Twenty — 00/100

**DEFENDANT** (Person Preparing Bond - Always complete this section)
Full Name (PRINT): DEWAR, DAVID
(Last) (First) (MI)
Address (PRINT): 11347 S. MILLARD  Apt. No. ____
City and State (PRINT): CHICAGO, IL   Zip Code: 60655

**STATEMENT OF DEFENDANT:** I understand and accept the terms and conditions set forth below and on the reverse side of this bail bond. I understand in all cases, 10 % of any amount posted as bail is retained by the Clerk of Court, by law. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.

**ASSIGNMENT OF BAIL BOND BY THE DEFENDANT:** I hereby authorize the return of the money posted above to the person shown on this bond as having provided money for my bail after all conditions of this bail bond have been met, or as ordered by the court.

Defendant's Signature: X _____

| COURT COMPLAINT OR INDICTMENT NUMBER(S) | CHARGE | DISPOSITION |
|---|---|---|
| 14191709 | 720ILCS 5/12-1-A | |

DISPOSITION entered by (Signature of Deputy Clerk) _____  Br. or Sub. CT _____  Court Date __/__/__

**COURT APPEARANCE:** Defendant named above shall appear in the Circuit Court of Cook County, Illinois located at:
Address (Number and Street): 727 E. 111TH ST   City/Town/Village: CHICAGO, Illinois
Branch No.: 38  in Room No. ____  on MARCH 25, 2014  at 204  ☐ a.m. ☐ p.m.

**CONDITIONS OF BOND:** The defendant is hereby released on the conditions as indicated below:

☒ Appear to answer the charge in court until discharge or final order of court.
☒ Obey all court orders and process; not leave this State without permission of court and report changes of address to the Clerk within 24 hours.
☒ Not commit any criminal offenses while awaiting final order in this case.
☒ If on appeal, prosecute the appeal, and surrender to custody if the judgment is affirmed or a new trial is ordered.
☐ Surrender (725 ILCS 5/110-10(a)(5)) OR not possess any firearms or dangerous weapons until final order in this case.
☐ Not contact or communicate with any complaining witnesses or members of their immediate families or: _____
☐ Not go to the area or premises of victims/complaining witnesses home, work, school or: _____
☐ Not to indulge in intoxicating liquors, illegal drugs or certain drugs, to-wit: _____
☐ Undergo alcoholism or drug addiction treatment as ordered by the court.

☐ Undergo medical or psychiatric treatment as ordered by the court.
☐ If you are charged with a criminal offense and the victim is a family or household member, you are ordered to refrain from all contact or communication with: _____
for a minimum of 72 hours following release, and further ordered to refrain from entering and/or remaining at the location of: _____
for a minimum of 72 hours following release.
☐ Reside with parents or in a foster home, attend school or nonresidential program for youths, contribute to his/her support at home or in a foster home, observe curfew set by court:
☐ Report to and remain under the pretrial supervision of such agency or third-party custodian as ordered by the court:
☐ Other conditions: _____

**CONDITIONS - Continued on reverse side.**

**NOTICE TO PERSON PROVIDING BAIL MONEY OTHER THAN THE DEFENDANT**

1. I understand that the money I have posted is for the bail for the defendant named on this bond in the above numbered case or cases.
2. I understand that even if the defendant follows all court orders, that this money may be ordered by the Judge to pay for the defendant's attorney fees, court costs, fines, fees and/or restitution to the victim, and that *I may lose all or part of my money*.
3. I understand that if the defendant fails to comply with the conditions reflected on this bond, *I may lose all of my money* should the court enter a forfeiture of bail order.
4. I understand in all cases, 10 % of any amount posted as bail is retained by the Clerk of the Circuit court, by law.

Provider's Name (print): SHIRLEY DEWAR
Relationship to Defendant: MOTHER
Address: 11347 S. MILLARD
City: CHICAGO  State: IL  Zip: 60655
Area Code/Telephone No.: 773-445-5340
Provider's Signature: X _____

☐ a.m. ☒ p.m. Hour: 11:10
Date: 2/17/14
Month Day Year

THREE
D 8333971
COURT FILE COPY

This bail bond form was prepared by: _____
(Signature of Peace Officer)
Or Clerk of the Circuit Court of Cook County, by _____
(Signature of Deputy Clerk)

Star No.: 2133
Police Dept.: CPD-022
(CPD District No. or Suburban City, Town, or Village)
Loc.: _____  (Branch or Suburban Court)

ATTACH THIS COPY TO THE COMPLAINT AND ARREST REPORT OR TO THE WARRANT AND FORWARD ALL PAPERS TO THE BRANCH OR HEADQUARTERS WHERE PERTINENT CASE IS ASSIGNED. COURT CLERK WILL ATTACH THIS COPY TO COURT FILE.

CCG N696 A-5M-2/14/03 (33480657)

Page 3 of 12