# EXHIBIT L

12

Order to Expunge and Impound Criminal Records

(Rev. 09/23/14) CCCR 0331

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
or

_____
A Municipal Corporation,
v.
David A. Dewar
Defendant/Petitioner

Case No(s). 14119470901

Date of Birth: 10/20/1964
Gender: ☒ Male ☐ Female
Race: White

## ORDER TO EXPUNGE AND IMPOUND CRIMINAL RECORDS

This Court, having considered all pleadings and any objections thereto, and after an evidentiary hearing, ORDERS THAT:

1. The Petition to Expunge and Impound is granted.
2. The above Arresting Agency and the Chicago Police Department shall expunge the arrest(s) from its records, if any, within 60 days of the date of service of this order. It is further directed that the Arresting Agency shall request the return of all identification materials from any other repositories and custodians of statistics that were previously notified of this arrest(s) by the Arresting Agency.
3. The Circuit Court Clerk shall impound the record of this arrest until further order of the court upon good cause shown and shall obliterate the name of the Petitioner on the official index.
4. The Illinois State Police, Bureau of Identification, shall expunge (or impound, if required by law) their files of the record of this arrest(s) within 60 days of the date of service of this order.
5. This order shall not become effective until 30 days after entry.
6. In accordance with the law, orders of protection, civil no contact orders, civil no contact stalking orders and minor traffic orders shall not be expunged and impounded.

Prepared By: David A. Dewar
Cook County Attorney Code: 99500, Pro Se
Name: David A. Dewar
Address: 11347 S. Millard Ave.
City/State/Zip Code: Chicago, Illinois, 60655
Telephone: (708) 369-1153

ENTERED:

Dated:

ENTERED
JUDGE PAUL BIEBEL, JR. - 1688
MAY 19 2015
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Presiding Judge _____ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1