# EXHIBIT M

## IN THE UNITED STATES DISTICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| David A. Dewar | ) | Case No: 16 CV 2287 |
| Pro Se Plaintiff | ) | |
| v. | ) | District Judge Virginia Kendall |
| | ) | Jury Demand |
| Chicago Police Department and | ) | |
| Chicago Police Officers T.J. Felmon, | ) | |
| M.K. Devine and C.J. Long | ) | |
| Defendants | ) | |

### PLAINTIFFS RESPONSE TO DEFENDANT OFFICER FELMON'S SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

Defendant Officer Felmon, by and through one of this attorneys, Kelly C. Bauer, Assistant Corporation Counsel, pursuant to Rule 33 of the Federal Rules of Civil Procedure, requests that Plaintiff answer each of the following Interrogatories in writing and under oath within thirty (30) days. Plaintiffs responses are below on all questions of Interrogatories 1 through 6.

### INTERROGATORY NO. 1 RESPONSES:

A. Case Number 14119470901

B. March 25, 2014

C. The document I provided states SOL as: Stricken off with leave to reinstate.

### INTERROGATORY NO. 2 RESPONSES:

A. People of the state of Illinois v. David Dewar.

B. Plaintiff objects to the term sentenced. The correct term is SOL. Stricken off with leave to reinstate.

C. No charges were filed or charged as I was given SOL. Stricken off with leave to reinstate.

### INTERROGATORY NO. 3 RESPONSES:

A. People of the state of Illinois v. David Dewar and case Number 14119470901.

B. There was no specific date when I determined to expunge.

D. May 19, 2015

**INTERROGATORY NO. 4 RESPONSES:**

A. My case was expunged on May 19, 2015 and my arrest to place on February 17, 2014.

B. My expungement filing paperwork never asked for the information of a RD# to expunge.

C. There was no specific date when I determined to expunge.

D. The date I filed my expungement was approved by Judge Paul Biebel was on May 19, 2015.

**INTERROGATORY NO. 5 RESPONSES:**

There was no specific date when I decided to file my civil lawsuit of David Dewar v. Felmon, et al., 16 CV 2287.

**INTERROGATORY NO. 6 RESPONSES:**

A. IPRA – Independent police review authority and U.S. Department of Justice.

B. IPRA – Independent police review authority was filed on February 11, 2016 and the U. S. Department of Justice was filed on February 17, 2016.

Respectfully Submitted,

*David A. Dewar*

By: David A. Dewar
Pro se Plaintiff
11347 S Millard Ave.
Chicago, IL 60655
(708) 369-1153

Dated: February 22, 2018