

**FILED**
JUN 28 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID A. DEWAR, | ) | |
| | ) | |
| *Pro se* Plaintiff, | ) | Case No. 16 cv 2287 |
| | ) | |
| v. | ) | The Honorable Virginia Kendall |
| | ) | |
| CHICAGO POLICE DEPARTMENT and | ) | Magistrate Judge Jeffrey Cole |
| CHICAGO POLICE OFFICERS T.J. FELMON, | ) | |
| M.K. DEVINE and C.J. LONG, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff David Dewar, *pro se*, for his Response to Defendants' Motion for Summary Judgment (Doc. # 112), hereby submits that there are multiple disputed issues of fact that prevent entry of summary judgment in favor of Defendants TJ Felmon, MK Devine and CJ Long. In support of his Response, Plaintiff submits the following documents:

1) Plaintiff's Response Memorandum in Opposition to Motion for Summary Judgment;

2) Plaintiff's Response to Defendants' Statement of Facts;

3) Plaintiffs' Statement of Additional Facts:

4) Exhibit 1 – Affidavit of Plaintiff David Dewar;

5) Exhibit 2 – Affidavit of Shirley Dewar;

6) Exhibit 3 – Deposition Transcript of William Hosty;

7) Exhibit 4 – Transcript of David Dewar 911 call on February 17, 2014;

8) Exhibit 5 – Misdemeanor Complaint, *Hosty v. Dewar*, Case No. 14-194709;

9) Exhibit 6 – David Dewar Arrest Report, February 17, 2014;

10) Exhibit 7 – Affidavit of Daniel Dewar;

11) Exhibit 8 – February 17, 2014 David Dewar Bail Agreement;

12) Exhibit 9 – May 19, 2015 Expungement Order

13) Exhibit 10 – Public Records Search Conducted June 21, 2018.

For the reasons demonstrated in the attached documents, Plaintiff David Dewar respectfully requests that the Court deny the Motion for Summary Judgment and that it take such further action as it deems just and appropriate.

Date: June 28, 2018

Respectfully submitted,

*/s/ David A. Dewar*
David A. Dewar, *pro se*

David A. Dewar, *pro se*
11347 S. Millard Avenue
Chicago, IL 60655

**CERTIFICATE OF SERVICE**

In accordance with 28 U.S.C. § 1746, I certify under penalties of perjury that I caused a copy of Plaintiff's Response to Motion for Summary Judgment to be served by mailing the same via first-class mail before 5:00 PM on June 28, 2018 to the following attorney:

>Kelly C. Bauer
>City of Chicago Department of Law
>30 N. LaSalle Street, Suite 900
>Chicago, IL 60602

Executed on June 28, 2018             */s/ David A. Dewar*
                                                          David A. Dewar, *pro se*