# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

David A. Dewar,

Plaintiff(s),

v.

T.J. Felmon, M.K. Devine, and C.J. Long,

Defendant(s).

Case No. 16 C 2287
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Jury return verdict as follows: that the Plaintiff has not proved by a preponderance of the evidence compensatory damages and the Jury awards Plaintiff $1.00.

This action was *(check one)*:

☒ tried by a jury with Judge Virginia M. Kendall presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion

Date:  12/3/2019                                    Thomas G. Bruton, Clerk of Court

                                                    /s/ Lynn Kandziora , Deputy Clerk