# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

David A Dewar
                       Plaintiff,

v.                                      Case No.: 1:16–cv–02287
                                                Honorable Virginia M. Kendall

T.J. Felmon, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants' Motion for Judgment as a Matter of Law [224] was granted during Jury Trial for the reasons as stated on the record in open Court. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.