IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

DEC 16 2019 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| DAVID A. DEWAR, | ) | |
| | ) | |
| *Pro se* Plaintiff, | ) | CASE NO.16CV 2287 |
| | ) | |
| v. | ) | The Honorable Virginia Kendall |
| | ) | |
| CHICAGO POLICE DEPARTMENT AND | ) | |
| CHICAGO POLICE OFFICERS T.J. FELMON, | ) | |
| M.K. DEVINE AND C.J. LONG | ) | |
| | ) | |
| Defendants | | |

**AFFIDAVIT OF DANIEL DEWAR**

Daniel Dewar, after duly being placed under oath on Monday, December 2, 2019 and states as a witness in this matter, testified to the following based on his own recollection and personal knowledge:

1. I am over 18 years of age and am competent to testify to the following matters.

2. I am the brother of David Dewar ("David"), the plaintiff in this matter. For 29 years, until January 30, 2015, I was employed as a police officer for the Village of Westmont, Illinois.

3. On the evening of February 17, 2014, I was telephoned by my mother, who told me that David had been arrested by the Chicago Police Department as a result of the neighbors father William Hosty accusing David of threatening to " Kick his ass" and not apologizing for the alleged threat. I agreed to pick up my mother and to take her to the police station where David had been arrested.

4. On the drive to pick up my mother, I telephoned the police station where David was located to find out more about what had occurred. After speaking to the

Front desk officer, my call was transferred to a person who identified himself as Officer Michael Devine. Officer Devine confirmed that David had been arrested in connection with an alleged threat to the neighbors father William Hosty and that David was being held at the station. Officer Devine further stated that the arrest could have been avoided if David had apologized for threatening William Hosty and Officer Devine stated " This could have been avoided if David had apologized. If he would have, we would have coded the incident out."

5. When I arrived at my mother's house, I comforted her because she was upset. We had to wait several hours until the police department indicated that David was ready to be bonded out.

6. My mother paid for David's bond in cash and I took him and my mother back to her house. On the trip, David was upset and stated that he had been setup and that the accusations against him were false.

7. I have never been arrested by the Chicago Police Department or any other police agency. I have no knowledge as to why my name was placed on the Evidence Property Envelope Bag containing David's mobile telephone prepared on the night of his arrest.

FURTHER AFFIANT SAYETH NAUGHT

_____
DANIEL DEWAR

In accordance with 28 U.S.C. § 17 46, I certify under penalties of perjury that the foregoing statements are true and correct

Executed on: __12-16-19__   *[signature]*

DANIEL DEWAR

*[Notary signature: James M. St. Lawrence, 12/16/19]*

"OFFICIAL SEAL"
JAMES M ST LAWRENCE
Notary Public, State of Illinois
My Commission Expires 2/20/2021