

AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

**FILED**

JUN 15 2020 A/vu

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

David A. Dewar        Plaintiff    )
                                   )
        v.                         )    Case No.: 16-CV-2287
                                   )
Chicago Police Dept.,Officers Tim Felmon,  )
Michael Devine & Charles Long    Defendant's  )

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____12/03/2019_____ against _____Above Defendant's_____ ,
                                                                  *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| All costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100,287.68 |
| TOTAL $ | 100,287.68 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service         ☐ First class mail, postage prepaid

☑ Other:     By Priorty Mail to the Defendant's

s/ Attorney:

Name of Attorney:

For: _____David A. Dewar_____                    Date: _____06/15/2020_____
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____            and included in the judgment.

By: _____

_____Clerk of Court_____         _____Deputy Clerk_____              _____Date_____

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DAVID A. DEWAR )
)
      Plaintiff, )
)    Judge Virginia M. Kendall
    v. )    CASE NO. 16CV2287
)
Chicago Police Department, Officers )
Tim Felmon, Mike Devine, Charles Long )
      Defendants, )

### AFFIDAVIT OF DAVID A. DEWAR

    I David A. Dewar swear and testify that all Bill of Costs and expenses itemized and listed were necessary and needed for my court case. The Itemized list of Subpoenas and Processing along with the Court Costs and Legal Representation Attorney Fees were necessary in the implementation of my court case .The vehicle I use is a 84 Chevy Impala which is a 8 cylinder engine that takes up much gas was used in all my many trips downtown and to do my discovery at numerous places over the years of the court case from 2016 through 2020 as itemized with receipts. To operate and run my court case from the years 2016 through 2020 I incurred downtown parking fees on my many trips to the courthouse and purchased Office supplies with printing costs and mailing court costs which where all needed and necessary in the operation and running of my court case over the 4 year period from 2016 through 2020 as itemized with the shown receipts. To operate and run my court case an additional cost is itemized with a paid receipt for a legal book needed from Thomson Reuters year 2019 .The stress of this court case with the addition of the stress and hardship of the Coronavirus Pandemic has taken a toll on me and my mother Shirley Dewar. All receipts by the Plaintiff David A. Dewar are provided

of all itemized Bill of Costs expenses that were needed and necessary in the operation

and running of this court case. A list of the hours of time invested in this court case

calculated at minimum wage to come up with a total court cost amount took countless

hours as shown and itemized in the operation and discovery of this court case, the

Plaintiff is looking to recover in reimbursement from the court in the Bill of Costs.


      I attest that the foregoing statements are true and correct to the best of my

knowledge, information and belief.


Date: _____June 14, 2020_____          _____David G. Dewar_____

                                                      David A. Dewar, Plaintiff
                                                      11347 S. Millard,Chicago,Il,60655.
                                                      1-773-445-5340

**IN THE UNITED STATES DISTRICT COURT**
**FOR.THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| David A. Dewar | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16CV2287 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chicago Police Department and Chicago | ) | Judge Virginia M. Kendall |
| Police Officers Timothy J. Felmon, Michael D. Devine | ) | |
| And Charles J. Long | ) | |
| | ) | |
| Defendants | ) | |

**ITEMIZATION FOR PLAINTIFF'S BILL OF COSTS**

**TOTALS\***

| Description | Amount |
|---|---|
| Fees for Subpeonas & Processing | $1495.00 |
| Fees for Court Costs & Legal Representations | $15,365.80 |
| Cost of Office Supplies | $1132.81 |
| Printing Costs | $1490.00 |
| Parking | $759.80 |
| Gasoline travel for case | $4,197.14 |
| Mailings to Court | $346.69 |
| Other Expenses | $228.44 |
| **Total Court Costs Itemized Amount** | **$24,915.68** |
| David A. Dewar Case Hours invested and time in the case | $75,372.00 |
| **GRAND TOTAL COST of All Sections** | **$100,287.68** |

\* Bills and receipts provided

## Subpoenas & Processing

| Item | Description | Company | Date | Pages | Cost | Total Amount |
|---|---|---|---|---|---|---|
| Routine Service of Processing | Subpoena of Officer Mike Devine | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena of Officer Timothy Felmon | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena of Officer C. T. Long | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena of OEMC/CPD | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $85.00 | $85.00 |
| Routine Service of Processing | Subpoena Chicago Police Department | 24/7 Process Service | 8/4/2017 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Subpoena C.P.D. Multiple locations | 24/7 Process Service | 8/4/2017 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena T-Mobile Corporate Headquarters | 24/7 Process Service | 8/7/2017 | 1 | $100.00 | $100.00 |
| Routine Service of Processing | 3 Subpoenas Filed for Court Case | Cadillac–ASAP Investigations | 11/18/2017 | 3 | $255.00 | $255.00 |
| Routine Service of Processing | Subpoena Chicago Police Dept. 3520 S. Michigan | 24/7 Process Service | 1/23/2018 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Subpoena of Officer Timothy Felmon | Windy City Process Serving Inc. | 11/15/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Subpoena of Officer Mike Devine | Windy City Process Serving Inc. | 11/15/2019 | 1 | $75.00 | $75.00 |
| Payments to Court | Required Payment for Witness Timothy Felmon | Windy City Process Serving Inc. | 11/15/2019 | 1 | $60.00 | $60.00 |
| Payments to Court | Required Payment for Witness Mike Devine | Windy City Process Serving Inc. | 11/15/2019 | 1 | $60.00 | $60.00 |
| Payments to Court | Required Payment for Witness William Hosty | Windy City Process Serving Inc. | 11/15/2019 | 1 | $60.00 | $60.00 |
| Court Filing | File Documents: Have Subpoenas issued at USDC NDIL | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: 10735 S Cicero Ave Suite Oak Lawn, IL 60453 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: W 95th St, Oak Lawn, IL 60453 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: S Kedzie Ave Suite 2, Evergreen Park, IL 60805 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: 11419 S Millard Ave, Chic IL 60655 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| | | | | **TOTAL AMOUNT** | | **$1495.00** |

**Court Costs Filings & Legal Representation**

| | Case # | Regarding | Date | Amount | Total Amount |
|---|---|---|---|---|---|
| Deposition David A. Dewar | 16CV2287 | Urlaub Bowen & Associates, Inc. | 5/11/2017 | $618.90 | $618.90 |
| Deposition Shirley Dewar | 16CV2287 | Urlaub Bowen & Associates, Inc. | 5/11/2017 | $445.95 | $445.95 |
| Deposition William Hosty | 16CV2287 | Urlaub Bowen & Associates, Inc. | 5/11/2017 | $253.55 | $253.55 |
| Deposition Daniel Dewar | 16CV2287 | Urlaub Bowen & Associates, Inc. | 5/11/2017 | $171.05 | $171.05 |
| DVP #! of Transcripts | 16CV2287 | Urlaub Bowen & Associates, Inc. | 5/11/2017 | $49.00 | $49.00 |
| DVP #2 of Transcripts | 16CV2287 | Urlaub Bowen & Associates, Inc. | 5/11/2017 | $35.00 | $35.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 12/18/2017 | $15.30 | $15.30 |
| Legal Representation | 16CV2287 | Matus Law Office, PC | 7/02/2018 | $6,320.00 | $6,320.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 5/21/2018 | $53.70 | $53.70 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 9/19/2018 | $108.40 | $108.40 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 12/4/2018 | $47.50 | $47.50 |
| Legal Representation | 16CV2287 | Matus Law Office, PC | 3/06/2019 | $1,740.00 | $1,740.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 3/18/2019 | $268.40 | $268.40 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 6/7/2019 | $232.50 | $232.50 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 10/11/2019 | $337.90 | $337.90 |
| Court Transcripts | 16CV2287 | Dewar vs. Chicago Police Department, Officers Mike Devine, Timothy Felmon, William Hosty, C. J. Long & 2 day jury trial | 11/25/2019 & 6/15/2020 | $3,486.75 | $3,486.75 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 1/17/2020 | $212.80 | $212.80 |
| Court Costs | 16CV2287 | Appeals Court Filing fee | 3/12/2020 | $505.00 | $505.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 3/17/2020 | $226.60 | $226.60 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 6/11/2020 | $137.50 | $137.50 |
| | | | **TOTAL Costs** | | **$ 15,265.80** |

**Gas Receipts Years 2016, 2017, 2018, 2019 & 2020**
**For the Case — Yearly Totals**

| YEAR | 2016 | | 2017 | | 2018 | | | | 2019 | | | | 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/17 | $23.00 | 1/4 | $10.00 | 1/16 | $18.00 | 6/4 | $30.00 | 7/17 | $40.00 | 12/22 | $30.00 | 1/02 | $30.00 |
| | 3/1 | $20.00 | 1/13 | $10.00 | 1/21 | $25.00 | 6/7 | $28.65 | 7/20 | $35.00 | 12/24 | $30.00 | 1/4 | $44.00 |
| | 3/4 | $25.00 | 1/26 | $10.00 | 1/22 | $20.00 | 6/10 | $31.59 | 7/21 | $30.00 | 12/30 | $30.00 | 1/6 | $30.00 |
| | 11/22 | $10.00 | 1/30 | $16.00 | 1/22 | $18.00 | 6/20 | $20.00 | 7/28 | $20.00 | 12/31 | $20.00 | 1/10 | $20.00 |
| | 11/29 | $20.00 | 2/3 | $15.00 | 1/25 | $25.00 | 6/23 | $23.00 | 7/29 | $40.00 | | | 1/11 | $30.00 |
| | 11/30 | $5.00 | 2/6 | $15.00 | 1/28 | $30.00 | 6/25 | $22.00 | 8/1 | $40.00 | | | 1/15 | $40.00 |
| | 12/3 | $20.00 | 2/11 | $14.00 | 2/1 | $20.00 | 6/27 | $22.00 | 8/2 | $30.00 | | | | |
| | 12/10 | $5.00 | 2/15 | $16.00 | 2/5 | $40.00 | 7/1 | $24.35 | 8/3 | $49.99 | | | | |
| | 12/12 | $14.00 | 2/23 | $12.00 | 2/6 | $14.80 | 7/5 | $22.02 | 8/6 | $42.09 | | | | |
| | 12/15 | $21.00 | 3/26 | $15.00 | 2/7 | $20.00 | 7/18 | $35.78 | 8/12 | $40.00 | | | | |
| | 12/16 | $10.00 | 4/9 | $15.00 | 2/12 | $10.00 | 7/14 | $30.00 | 8/18 | $30.00 | | | | |
| | 12/18 | $10.00 | 4/21 | $12.00 | 2/18 | $25.00 | 7/17 | $20.00 | 8/24 | $50.00 | | | | |
| | 12/24 | $16.00 | 5/23 | $15.00 | 2/22 | $20.00 | 7/18 | $30.00 | 9/5 | $40.00 | | | | |
| | | | 6/3 | $21.00 | 2/25 | $20.00 | 7/21 | $22.00 | 9/24 | $30.00 | | | | |
| | | | 6/17 | $16.09 | 3/7 | $20.00 | 7/25 | $22.00 | 9/26 | $30.00 | | | | |
| | | | 7/15 | $14.16 | 3/18 | $15.00 | 7/29 | $22.00 | 9/29 | $30.00 | | | | |
| | | | 7/19 | $15.39 | 3/23 | $15.00 | 8/3 | $20.00 | 10/3 | $40.00 | | | | |
| | | | 7/23 | $17.00 | 3/25 | $15.80 | 10/14 | $10.00 | 10/11 | $25.50 | | | | |
| | | | 8/1 | $20.00 | 3/30 | $20.00 | 10/15 | $30.00 | 10/11 | $20.00 | | | | |
| | | | 8/3 | $30.00 | 4/1 | $30.00 | 10/16 | $20.01 | 10/12 | $30.00 | | | | |
| | | | 8/6 | $20.00 | 4/6 | $30.00 | 10/19 | $40.00 | 10/16 | $30.00 | | | | |
| | | | 8/7 | $20.00 | 4/7 | $30.00 | 10/23 | $30.00 | 10/17 | $40.00 | | | | |
| | | | 8/25 | $25.16 | 4/10 | $28.79 | 11/7 | $40.00 | 10/19 | $30.00 | | | | |
| | | | 9/9 | $29.66 | 4/12 | $40.00 | 11/9 | $25.00 | 10/23 | $43.50 | | | | |
| | | | 9/10 | $31.38 | 4/14 | $30.74 | 11/13 | $40.00 | 10/26 | $43.99 | | | | |
| | | | 10/1 | $30.00 | 4/18 | $30.58 | | | 10/29 | $41.00 | | | | |
| | | | 10/15 | $34.02 | 4/25 | $60.08 | | | 11/9 | $24.00 | | | | |
| | | | 10/22 | $8.00 | 4/30 | $50.00 | | | 11/14 | $30.00 | | | | |
| | | | 10/22 | $10.01 | 5/2 | $50.61 | | | 11/16 | $20.00 | | | | |
| | | | 10/26 | $25.00 | 5/6 | $35.00 | | | 11/18 | $40.00 | | | | |
| | | | 10/30 | $33.26 | 5/10 | $35.00 | | | 11/23 | $40.00 | | | | |
| | | | 11/20 | $20.00 | 5/14 | $50.01 | | | 11/29 | $25.00 | | | | |
| | | | 11/29 | $21.87 | 5/20 | $38.00 | | | 12/6 | $25.00 | | | | |
| | | | 12/5 | #31.41 | 5/23 | $40.00 | | | 12/7 | $40.00 | | | | |
| | | | 12/22 | $26.00 | 5/28 | $23.70 | | | 12/13 | $30.00 | | | | |
| | | | 12/26 | $21.75 | 5/31 | $21.00 | | | 12/16 | $35.00 | | | | |
| | | | 12/27 | $20.00 | 6/3 | $23.00 | | | 12/17 | $25.00 | | | | |
| **Year Totals** | **$199.00** | | **$717.1** | | | | **$1697.91** | | **$1,390.07** | | | | **$194.00** | |

**Grand Total** **$4,197,14**

**Parking Fees Downtown Chicago**

| Date | Amount | Date | Amount |
|------|-------|------|--------|
| 2/4/2016 | $16.00 | 10/23/2018 | $16.00 |
| 2/17/2016 | $8.00 | 10/25/2018 | $14.00 |
| 3/4/2016 | $16.00 | 10/25/2018 | $35.00 |
| 12/12/2016 | $16.00 | 7/24/2019 | $16.00 |
| 1/24/2017 | $16.00 | 7/23/2019 | $10.00 |
| 5/11/2017 | $16.00 | 7/29/2019 | $16.00 |
| 6/2/2017 | $16.00 | 8/13/2019 | $14.00 |
| 11/8/2017 | $16.00 | 8/20/2019 | $14.00 |
| 1/9/2018 | $16.00 | 8/30/2019 | $30.00 |
| 1/11/2018 | $16.00 | 10/8/2019 | $17.00 |
| 1/29/2018 | $16.00 | 10/9/2019 | $18.00 |
| 2/8/2018 | $16.00 | 10/22/2019 | $12.00 |
| 2/21/2018 | $16.00 | 10/29/2019 | $18.00 |
| 2/22/2018 | $10.00 | 11/1/2019 | $4.26 |
| 2/23/2018 | $10.00 | 11/13/2019 | $10.00 |
| 2/24/2018 | $4.00 | 11/27/2019 | $49.00 |
| 2/27/2018 | $10.00 | 12/16/2019 | $6.00 |
| 3/29/2018 | $16.00 | 11/14/2019 | $4.00 |
| 4/4/2018 | $16.00 | 12/2/2019 | $15,00 |
| 4/16/2018 | $16.00 | 12/4/2019 | $4.00 |
| 4/18/2018 | $8.00 | 1/2/2020 | $5.47 |
| 4/20/2018 | $8.00 | 1/8/2020 | $4.57 |
| 4/21/2018 | $2.00 | 1/12/2020 | $16.00 |
| 4/30/2018 | $10.00 | 1/15/2020 | $18.00 |
| 5/23/2018 | $10.00 | 1/16/2020 | $9.00 |
| 5/24/2018 | $17.00 | 3/12/2020 | $13.50 |
| | | **Total Parking Fees Paid** | **$759.80** |

## Office Supplies

| Description | Date | Amount |
|---|---|---|
| Paper, Pens, Ink Stationery | 1/21/2016 | $6.54 |
| Paper, Pens, Ink Stationery | 2/17/2017 | $76.81 |
| Paper, Pens, Ink Stationery | 5/12/2017 | $50.45 |
| Paper, Pens, Ink Stationery | 7/26/2017 | $8.22 |
| Paper, Pens, Ink Stationery | 8/31/2017 | $20.81 |
| Paper, Pens, Ink Stationery | 9/6/2017 | $43.88 |
| Paper, Pens, Ink Stationery | 9/6/2017 | $32.91 |
| Paper, Pens, Ink Stationery | 9/10/2017 | $14.80 |
| Paper, Pens, Ink Stationery | 12/29/2017 | $24.67 |
| Paper, Pens, Ink Stationery | 1/16/2018 | $32.69 |
| Photocopies | 1/25/2018 | $1.87 |
| Paper, Pens, Ink Stationery | 1/9/2018 | $11.62 |
| Paper, Pens, Ink Stationery | 1/24/2018 | $104.93 |
| Paper, Pens, Ink Stationery | 1*24/2018 | $10.45 |
| Paper, Pens, Ink Stationery | 2/20/2018 | $28.33 |
| Paper, Pens, Ink Stationery | 4/9/2018 | $118.80 |
| Paper, Pens, Ink Stationery | 4/13/2018 | $16.46 |
| Paper, Pens, Ink Stationery | 4/14/2018 | $20.28 |
| Paper, Pens, Ink Stationery | 6/13/2018 | $3.29 |
| Paper, Pens, Ink Stationery | 10/28/2018 | $16.44 |
| Photocopies | 10/28/2018 | $4.20 |
| Paper, Pens, Ink Stationery | 1/29/2019 | $27.39 |
| Paper, Pens, Ink Stationery | 7/12/2019 | $16.44 |
| Paper, Pens, Ink Stationery | 7/19/2019 | $130.79 |
| Paper, Pens, Ink Stationery | 8/19/2019 | $34.86 |

| | | |
|---|---|---|
| Paper, Pens, Ink Stationery | 10/15/2019 | $128.19 |
| Paper, Pens, Ink Stationery | 11/9/2019 | $29.41 |
| Paper, Pens, Ink Stationery | 11/18/2019 | $102.71 |
| Paper, Pens, Ink Stationery | 11/30/2019 | $14.57 |
| **TOTAL COST** | | **$1132.81** |

## Printing Costs

| Date | Description | Amount |
|---|---|---|
| 2/14/2016 | Printing | $150.00 |
| 2/16/2016 | Printing | $10.00 |
| 3/25/2016 | Printing | $28.00 |
| 4/29/2016 | Printing | $40.00 |
| 6/5/2016 | Printing | $5.00 |
| 8/4/2016 | Printing | $20.00 |
| 9/8/2016 | Printing | $20.00 |
| 11/19/2016 | Printing | $30.00 |
| 1/10/2017 | Printing | $9.00 |
| 1/25/2017 | Printing | $30.00 |
| 2/3/2017 | Printing | $10.00 |
| 2/24/2017 | Printing | $15.00 |
| 9/7/2017 | Printing | $10.00 |
| 9/21/2017 | Printing | $10.00 |
| 9/24/2017 | Printing | $65.00 |
| 11/18/2017 | Printing | $25.00 |
| 12/10/2017 | Printing | $20.00 |
| 1/17/2018 | Printing | $90.00 |
| 1/30/2018 | Printing | $20.00 |
| 2/8/2018 | Printing | $5.00 |
| 2/25/2018 | Printing | $48.00 |
| 3/8/2018 | Printing | $10.00 |
| 3/16/2018 | Printing | $30.00 |
| 3/23/2018 | Printing | $15.00 |
| 3/30/2018 | Printing | $10.00 |
| 4/4/2018 | Printing | $40.00 |
| 4/6/2018 | Printing | $140.00 |
| 4/17/2018 | Printing | $25.00 |
| 4/27/2018 | Printing | $55.00 |
| 6/24/2018 | Printing | $60.00 |
| 10/2/2019 | Printing | $35.00 |
| 11/2/2019 | Printing | $15.00 |
| 11/12/2019 | Printing | $40.00 |
| 11/18/2019 | Printing | $50.00 |
| 12/15/2019 | Printing | $145.00 |
| 12/15/2019 | Printing | $95.00 |
| 12/15/2019 | Printing | $75.00 |
| **Total Printing Costs** | | **$1490.00** |

**Mailing Court Costs**

| Date | Amount |
|------|--------|
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 9/19/2016 | $6.45 |
| 1/24/2017 | $7.14 |
| 2/9/2017 | $23.75 |
| 6/2/2017 | $23.75 |
| 8/18/2017 | $23.75 |
| 11/8/2017 | $6.65 |
| 11/11/2017 | $23.75 |
| 2/22/2018 | $24.70 |
| 2/27/2018 | $24.70 |
| 3/6/2018 | $24.70 |
| 3/23/2018 | $9.70 |
| 4/2/2018 | $24.70 |
| 4/18/2018 | $6.70 |
| 4/20/2018 | $13.40 |
| 5/23/2018 | $24.70 |
| 6/28/2018 | $6.70 |
| 6/4/2019 | $7.35 |
| 6/19/2019 | $25.50 |
| 11/19/2019 | $7.35 |
| **TOTAL COST** | **$346.69** |

## Other Expenses

| Description | Date | | Amount |
|---|---|---|---|
| Federal Civil Judicial Procedure and Rules | 9/2019 | Revised edition Cost w/ delivery | $228.44 |
| **TOTAL COST** | | | **$228.44** |

Monthly Hours Worked at $12.00 per hour (minimum wage)
as a Pro-se in my case

| Date | Hours | Date | Hours |
|---|---|---|---|
| Jan 2016 | 200 hrs | Jan 2018 | 140 hrs |
| Feb 2016 | 140 hrs | Feb 2018 | 140 hrs |
| March 2016 | 130 hrs | March 2018 | 132 hrs |
| April 2016 | 145 hrs | April 2018 | 134 hrs |
| May 2016 | 140 hrs | May 2018 | 125 hrs |
| June 2016 | 135 hrs | June 2018 | 105 hrs |
| July 2016 | 120 hrs | July 2018 | 100 hrs |
| Aug 2016 | 138 hrs | Aug 2018 | 100 hrs |
| Sept 2016 | 140 hrs | Sept 2018 | 130 hrs |
| Oct 2016 | 150 hrs | Oct 2018 | 135 hrs |
| Nov 2016 | 138 hrs | Nov 2018 | 145 hrs |
| Dec 2016 | 120 hrs | Dec 2018 | 136 hrs |
| Jan 2017 | 138 hrs | Jan 2019 | 140 hrs |
| Feb 2017 | 140 hrs | Feb 2019 | 140 hrs |
| March 2017 | 140 hrs | March 2019 | 132 hrs |
| April 2017 | 142 hrs | April 2019 | 134 hrs |
| May 2017 | 104 hrs | May 2019 | 125 hrs |
| June 2017 | 90 hrs | June 2019 | 105 hrs |
| July 2017 | 80 hrs | July 2019 | 100 hrs |
| Aug 2017 | 86 hrs | Aug 2019 | 100 hrs |
| Sept 2017 | 128 hrs | Sept 2019 | 130 hrs |
| Oct 2017 | 141 hrs | Oct 2019 | 135 hrs |
| Nov 2017 | 140 hrs | Nov 2019 | 145 hrs |
| Dec 2017 | 148 hrs | Dec 2018 | 136 hrs |
| | | Jan 2020 | 140 hrs |
| **Total Hours Worked** | | | **6281 hrs** |
| ($12.00 per hour = minimum wage) | | | |
| 6281 hrs x $12.00 per hour = Total Amount | | | **$75,372.00** |



## 1005395637 - Credit Card Receipt Request [ ref:_00D30pLSL._5004OxhDv1:ref ]

**ThomsonReutersCustomerSupport USL**
<thomsonreuterscustomersupportusl@thomsonreuters.com>
Tue 1/21/2020 4:16 PM

**To:** ddewar05@hotmail.com <ddewar05@hotmail.com>



OTHER EXPENSES

THOMSON REUTERS

Hello,

Thank you for your payment. Per your request, your credit card has been charged as stated below. If additional information regarding this transaction is required for your records, please do not hesitate to contact us at 1-800-328-4880.

ACCOUNT: 1005395637
CREDIT CARD TYPE: VISA
CREDIT CARD NUMBER: 3632
TRANSACTION DATE: 10/14/2019
INVOICE: 6130948699
AMOUNT: $228.44

Your continued business with Thomson Reuters is appreciated.

Sincerely,
Taylor Dawson
Thomson Reuters

Note: Please DO NOT change the subject line when replying to this email address.

THOMSON REUTERS

**IN THE UNITED STATES DISTRICT COURT
FOR.THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| David A. Dewar | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16CV2287 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chicago Police Department and Chicago | ) | Judge Virginia M. Kendall |
| Police Officers Timothy J. Felmon, Michael D. Devine | ) | |
| And Charles J. Long | ) | |
| | ) | |
| Defendants | ) | |

**ITEMIZATION FOR PLAINTIFF'S BILL OF COSTS**

**TOTALS\***

| Description | Amount |
|---|---|
| Fees for Subpeonas & Processing | $1495.00 |
| Fees for Court Costs & Legal Representations | $15,365.80 |
| Cost of Office Supplies | $1132.81 |
| Printing Costs | $1490.00 |
| Parking | $759.80 |
| Gasoline travel for case | $4,197.14 |
| Mailings to Court | $346.69 |
| Other Expenses | $228.44 |
| **Total Court Costs Itemized Amount** | **$24,915.68** |
| David A. Dewar Case Hours invested and time in the case | $75,372.00 |
| **GRAND TOTAL COST of All Sections** | **$100,287.68** |

\* Bills and receipts provided

**Subpoenas & Processing**

| Item | Description | Company | Date | Pages | Cost | Total Amount |
|---|---|---|---|---|---|---|
| Routine Service of Processing | Subpoena of Officer Mike Devine | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena of Officer Timothy Felmon | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena of Officer C. T. Long | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena of OEMC/CPD | Cadillac–ASAP Investigations | 5/5/2016 | 1 | $85.00 | $85.00 |
| Routine Service of Processing | Subpoena Chicago Police Department | 24/7 Process Service | 8/4/2017 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Subpoena C.P.D. Multiple locations | 24/7 Process Service | 8/4/2017 | 1 | $50.00 | $50.00 |
| Routine Service of Processing | Subpoena T-Mobile Corporate Headquarters | 24/7 Process Service | 8/7/2017 | 1 | $100.00 | $100.00 |
| Routine Service of Processing | 3 Subpoenas Filed for Court Case | Cadillac–ASAP Investigations | 11/18/2017 | 3 | $255.00 | $255.00 |
| Routine Service of Processing | Subpoena Chicago Police Dept. 3520 S. Michigan | 24/7 Process Service | 1/23/2018 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Subpoena of Officer Timothy Felmon | Windy City Process Serving Inc. | 11/15/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Subpoena of Officer Mike Devine | Windy City Process Serving Inc. | 11/15/2019 | 1 | $75.00 | $75.00 |
| Payments to Court | Required Payment for Witness Timothy Felmon | Windy City Process Serving Inc. | 11/15/2019 | 1 | $60.00 | $60.00 |
| Payments to Court | Required Payment for Witness Mike Devine | Windy City Process Serving Inc. | 11/15/2019 | 1 | $60.00 | $60.00 |
| Payments to Court | Required Payment for Witness William Hosty | Windy City Process Serving Inc. | 11/15/2019 | 1 | $60.00 | $60.00 |
| Court Filing | File Documents: Have Subpoenas issued at USDC NDIL | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: 10735 S Cicero Ave Suite Oak Lawn, IL 60453 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: W 95th St, Oak Lawn, IL 60453 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: S Kedzie Ave Suite 2, Evergreen Park, IL 60805 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| Routine Service of Processing | Routine service attempts: 11419 S Millard Ave, Chic IL 60655 | Windy City Process Serving Inc. | 11/21/2019 | 1 | $75.00 | $75.00 |
| | | | | **TOTAL AMOUNT** | | **$1495.00** |



## CADILLAC-ASAP Investigations
www.chicagoinvestigations.net

Stephen Glazier
Private Detective
asap609@aol.com

10 S. LaSalle Street, STE 1950
Chicago, IL 60603
(312) 332-1297

**NEW ALSIP**
**CURRENCY EXCHANGE, INC.**

CHECKS CASHED
GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT
NOTARY PUBLIC, AUTO & LICENSE SERVICE
WESTERN UNION

**CURRENCY EXCHANGE**

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

2-118
0710   REPUBLIC BANK
OAK BROOK, IL

620258



FROM:
(DE)

PAY TO:
(PARA)

**STATE REGULATED**

MEMO:

NON-NEGOTIABLE

$255⁰⁰

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
SIXTY ($60) DOLLARS. SEE DETAILS ON REVERSE SIDE.

---

**NEW ALSIP**
**CURRENCY EXCHANGE, INC.**

**MONEY** **ORDER**

**CURRENCY EXCHANGE**

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

**WARNING:** LACK OF FLUORESCENT ORANGE SECURITY FEATURES INDICATES WASHING OR TAMPERING. SEE REVERSE SIDE FOR DETAILS.

2-118
0710   REPUBLIC BANK
OAK BROOK, IL

620258

FROM: David A. Dewar
(DE)

PAY TO: ASAP Investigations
(PARA) Two Hundred Fifty Five And 0/100 U.S. Dollars

01/18/2017

$255⁰⁰***

Printed in Blank - No Refund If Lost Or Stolen Not Valid Over $260 * Fee $0.95 #610258 TEL

**STATE REGULATED**

MEMO: Subpoena's (3) Filed for
Cauc # 16-CV-2287

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
SIXTY ($60) DOLLARS. SEE DETAILS ON REVERSE SIDE.

⑈620258⑈ ⑆071001180⑆ 958000062 5⑈

**NEW ALSIP**
**CURRENCY EXCHANGE, INC.**

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

CHECKS CASHED
GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT
NOTARY PUBLIC, AUTO & LICENSE SERVICE
WESTERN UNION

2-118      REPUBLIC BANK
0710      OAK BROOK, IL



603276



FROM:
(DE)

PAY TO:
(PARA)

NON-NEGOTIABLE

STATE REGULATED

MEMO:

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS      AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
SIXTY ($60) DOLLARS. SEE DETAILS ON REVERSE SIDE.

---

**NEW ALSIP**
**CURRENCY EXCHANGE, INC.**

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

CHECKS CASHED
GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT
NOTARY PUBLIC, AUTO & LICENSE SERVICE
WESTERN UNION

2-118      REPUBLIC BANK
0710      OAK BROOK, IL



603275



FROM:
(DE)

PAY TO:
(PARA)

NON-NEGOTIABLE

STATE REGULATED

MEMO:

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS      AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
SIXTY ($60) DOLLARS. SEE DETAILS ON REVERSE SIDE.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

David A. Dewar

CASE N~

v.

ASSIG **1:16-cv-02287**
**Judge Elaine E. Bucklo**

Chicago Police Department DESIGI **Magistrate Judge Jeffrey Cole**
MAGIS

TO: (Name and address of Defendant)

Chicago Police Department
3510 S. Michigan Ave.
Chicago, Ill, 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Dewar
11347 S. Millard Ave.
Chicago, Ill, 60655

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK                                              DATE

# NOTICE TO PROCESS SERVER
## Office of Legal Affairs
## Chicago Police Department

Case Caption & Docket Number: Dawar v- City of Chicago, 16cv02287

Received By: Norma Trevino-Duffy

Date & Time Received: 29 APRIL 2016 / 10:03 HRS

Please be advised that the Chicago Police Department is not accepting service on behalf of

any individual defendant(s) in the above-captioned matter but is receiving the documents in

order to facilitate service upon the individual defendant(s) who are Chicago Police Officers.

The Department will contact the individual officers to accept service. After the officer has

accepted service, you will be notified through regular court procedures.

_____  Stephen Glazier.
Server's Name

CPD-12.139 (7/14)    Distribution: Original (White) to Server, Copy (Yellow) to Office of Legal Affairs.

FILED

MAY - 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

David A. Dewar

v.

Officer Mike K. Devine

CAS 1:16-cv-02287

ASS Judge Elaine E. Bucklo
Magistrate Judge Jeffrey Cole

DES.

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Officer Mike K. Devine
22nd District cPD
1900 W. Montery Ave.
Chicago, Ill, 60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Dewar, PRO-SE
11347 S. Millard Ave.
Chicago, Ill, 60655

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

# NOTICE TO PROCESS SERVER

## Office of Legal Affairs
## Chicago Police Department

Case Caption & Docket Number: Pawar v- City of Chicago, 16cv02287

Received By: Norma Trevino-Duffy

Date & Time Received: 29 APRIL 2016 10:03 HRS

Please be advised that the Chicago Police Department is not accepting service on behalf of any individual defendant(s) in the above-captioned matter but is receiving the documents in order to facilitate service upon the individual defendant(s) who are Chicago Police Officers. The Department will contact the individual officers to accept service. After the officer has accepted service, you will be notified through regular court procedures.

_Stephen Glazier_

Server's Name

CPD-12.139 (7/14)          Distribution: Original (White) to Server, Copy (Yellow) to Office of Legal Affairs.

# FILED

MAY - 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

David A. Dewar

v.

Officer Tom J. Felmon

1:16-cv-02287
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey Cole

TO: (Name and address of Defendant)

Officer Tom J. Felmon
22nd District CPD
1900 W. Montery Ave.
Chicago, Ill, 60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Dewar, PRO-SE
11347 S. Millard Ave.
Chicago, Ill, 60655

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE

# NOTICE TO PROCESS SERVER
## Office of Legal Affairs
## Chicago Police Department

Case Caption & Docket Number: _Pewar v- City of Chicago, 16cv02287_

Received By: _Norma Treuno-Duffy_

Date & Time Received: _29 APRIL 2016    10:03 HRS_

Please be advised that the Chicago Police Department is not accepting service on behalf of

any individual defendant(s) in the above-captioned matter but is receiving the documents in

order to facilitate service upon the individual defendant(s) who are Chicago Police Officers.

The Department will contact the individual officers to accept service. After the officer has

accepted service, you will be notified through regular court procedures.

_Stephen Glazier_

Server's Name

CPD-12.139 (7/14)       **Distribution: Original (White) to Server, Copy (Yellow) to Office of Legal Affairs.**

FILED

MAY - 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

David A. Dewar

v.

Supervisor C.J. Long

CASE NUMBER:

ASSIC 1:16-cv-02287
      Judge Elaine E. Bucklo
DESIG Magistrate Judge Jeffrey Cole
MAGI

TO: (Name and address of Defendant)

Supervisor C.J. Long
22nd District CPD
1900 W. Montery Ave.
Chicago, Ill, 60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Dewar
11347 S. Millard Ave.
Chicago, Ill, 60655

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


THOMAS G. BRUTON, CLERK

_____                              _____
(By) DEPUTY CLERK                                          DATE

**NOTICE TO PROCESS SERVER**
**Office of Legal Affairs**
**Chicago Police Department**

Case Caption & Docket Number: Powar v- City of Chicago, 16cv02287

Received By: Norma Trevino-Duffy

Date & Time Received: 29 APRIL 2016 / 10:03 HRS

Please be advised that the Chicago Police Department is not accepting service on behalf of

any individual defendant(s) in the above-captioned matter but is receiving the documents in

order to facilitate service upon the individual defendant(s) who are Chicago Police Officers.

The Department will contact the individual officers to accept service. After the officer has

accepted service, you will be notified through regular court procedures.

Stephen Glazier.
Server's Name

CPD-12.139 (7/14)     Distribution: Original (White) to Server, Copy (Yellow) to Office of Legal Affairs.

**FILED**

MAY - 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Shirley M. Dewar
11347 J. Millard Ave.
Chicago, Illinois, 60655-3439

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ASSIGNE

16CV2673

DESIGN/    JUDGE GETTLEMAN
MAGIST    MAG. JUDGE COX

TO: (Name and address of Defendant)

OEMC/CPD City of Chicago
1411 W. Madison Street
Chicago, Illinois, 60607-1809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shirley M. Dewar
11347 S. Millard Ave.
Chicago, Ill, 60655

an answer to the complaint which is herewith served upon you, within _____ 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

2/29/14
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE -

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *May 4, 2016* |
| NAME OF SERVER *(PRINT)* *Stephen Glazier* | TITLE *Private Detective* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): *Upon arrival at 1411 W. Madison (OEMC) I was instructed by Security to Time stamp this Summons and leave for pickup. Security related OEMC does not personally accept process service any longer.*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*5-4-16*___          _____*Signature*_____  *- 115-001609*
 Date                                           Signature of Server

**RECEIVED**          *10 S. LaSalle St, STE 1954 chgo Il*
                                        Address of Server                                  *60603*

MAY - 5 2016

**THOMAS G BRUTON**
**CLERK, U S DISTRICT COURT**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Dewar | ) | |
| _Plaintiff_ | ) | Civil Action No. 16CV-2287 |
| v. | ) | |
| Felmon, Devine, Long & CPD | ) | (If the action is pending in another district, state where: |
| _Defendant_ | ) | _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: T-Mobile Corporate Headquarters
8550 W. Bryn Mawr, Suite 100
Chicago, Illinois, 60655

☒ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Provide list of all incoming & outgoing phone calls made on February 17, 2014 for T-Mobile Account Holder David A Dewar at Cell #: 1(708) 369-1153. Note that David A Dewar is still currently a T-Mobile Customer.

| Place: Dirksen Federal Building, Courtroom # | Date and Time: February 22, 2017 |
|---|---|
| 219 S. Dearborn Street; 23A | at 9:00 A.M. |
| Chicago, Illinois, 60604 | |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: JAN 11 2017

THOMAS G. BRUTON
CLERK OF COURT

_Signature of Clerk or Deputy Clerk_                    OR                    _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
_____, who issues or requests this subpoena, are:

_____

_____

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  T-Mobile Corport Hel(gurters)

was received by me on *(date)*  1/19/17

☑ I served the subpoena by delivering a copy to the named person as follows: Sandova DICKS

T-Mobile - 8550 w. Bryn mwr, Chgo _____  on *(date)*  1-19-17  ; or

1524 hrs

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/19/17

_____
Server's signature

Stephen Glizzr - Print arccee
Printed name and title

10 S. L Falle ST, STE 1954, Chgo, Il 60603
Server's address

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

## for the

__Northern__ District of __Illinois__

| | |
|---|---|
| __Dewar__ | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 16 CU-2287 |
| __Felmon, Devine, Long & CPD__ | ) |
| _Defendant_ | ) (If the action is pending in another district, state where: |
| | ) _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Chicago Police Department
727 East 111th Street
Chicago, Illinois, 60628

☒ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Full Court Transcript on 3/25/2014, No. 14 MC1 194709 = Branch 35 The People of State of Illinois / Hosty: Plaintiff vs. David A Dewar: Defendant and SOL Court Decision 1 Page Document.

| Place: Dirksen Federal Building | Date and Time: February 22, 2017 |
|---|---|
| 219 S. Dearborn Street ; Courtroom # | at 9:00 A.M. |
| Chicago, Illinois, 60604    2319 | |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: JAN 1 1 2017

THOMAS G. BRU~~~~

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_                    OR          _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
_____, who issues or requests this subpoena, are:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Chicago Police Dept-

was received by me on *(date)* 1/19/17.

☑ I served the subpoena by delivering a copy to the named person as follows: CPD -
Subpoena Clerk DaTeke - 3510 S. Michigan Au
Chicago, Il _____ on *(date)* 1/19/17 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/19/17

_____
*Server's signature*

Stephen Glazer - print server
*Printed name and title*

10 S. L. Salk St, STE 1930 Chgo, Il 6 x603
*Server's address*

Additional information regarding attempted service, etc:

**24/7 Process Service & Investigations, Inc., dba Cook County Civil Process Service**
230 S. Clark Street, Suite 170, Chicago, IL 60604
Phone: (630) 885-2300          Fax: (630) 620-5533

David Dewar
David Dewar
11347 S. Millard Ave.
Chicago, IL, 60655     Telephone: (708) 369-1153     Fax:

**Plaintiff:** DEWAR

**Case Number:** 16-CV-2287          **Firm #:**

| Invoice#: 7437 | | Server: | John Valle | |
|---|---|---|---|---|
| **Defendant 1:** | T-MOBILE CORPORATE HEADQUARTERS | | CORPORATE SERVICE | DARYL MARTIN - MANAGER |
| **Date of Service** | 08/07/2017 2:41 PM | | | |

**Invoice Date:** 08/09/2017      **Affidavit Date:** 08/09/2017      **Return Date:** 09/08/2017

**Location Of Service:** 8550 W Bryn Mawr Ave #100, Chicago, Illinois, 60631

| Process Service Fee (local) | Total |
|---|---|
| $100.00 | $100.00 |

**Payment Date**     **Payment Amount**     **Check / Reference No**
08/04/2017               100.00               634227

| Invoice#: 7438 | | Server: | John Valle | |
|---|---|---|---|---|
| **Defendant 1:** | CHICAGO POLICE DEPARTMENT | | CORPORATE SERVICE | BASKET |
| **Date of Service** | 08/04/2017 2:36 PM | | | |
| **Defendant 2:** | C.P.D. 727 E 111TH STREET c/o C.P.D. 3510 S. MICHIGAN AVE., CHICAGO, IL | | CORPORATE SERVICE | BASKET |
| **Date of Service** | 08/04/2017 2:36 PM | | | |
| **Defendant 3:** | C.P.D. 1900 W. MONTEREY AVE. c/o C.P.D. 3510 S. MICHIGAN AVE., CHICAGO, IL | | CORPORATE SERVICE | BASKET |
| **Date of Service** | 08/04/2017 2:37 PM | | | |

**Invoice Date:** 08/09/2017      **Affidavit Date:** 08/09/2017      **Return Date:** 09/08/2017

**Location Of Service:** 3510 S Michigan Ave , Chicago, Illinois, 60653

| Multiple Papers Same Address | Process Service Fee (local) | Total |
|---|---|---|
| $50.00 | $75.00 | $125.00 |

**Payment Date**     **Payment Amount**     **Check / Reference No**
08/04/2017               125.00               634227

8/9/2017 8:15 PM                                     1 of 2

**Total Charges:**

| Process Service Fee (local) | Multiple Papers Same Address | Penalty Amount | Total | | | |
|---|---|---|---|---|---|---|
| $175.00 | $50.00 | $0.00 | $225.00 | | | |

Total Invoiced:  $225.00

Amount Received:  $225.00

Penalty Amount:  $0.00

Balance Due:  $0.00

**24/7 Process Service & Investigations, Inc., dba Cook County Civil Process Service**
230 S. Clark Street, Suite 170, Chicago, IL 60604
Phone: (630) 885-2300          Fax: (630) 620-5533

**David Dewar**

David Dewar
11347 S. Millard Ave.
Chicago, IL, 60655      Telephone: (708) 369-1153     Fax:

## Invoice# 8038
## Date of Invoice: 01/23/2018

**Plaintiff:**   DEWAR

| | | | |
|---|---|---|---|
| **Case Number:** 16-CV-2287 | **Firm #:** | **Return Date:** | 02/22/2018 |

**Court:**   UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT of ILLINOIS

**Process Server:**   John Valle

**Process Type:**   SUBPOENA, EXHIBIT(S)-PG 6,

| **Defendant: #1** | C.P.D. 1900 W. MONTEREY AVE. c/o C.P.D. 3510 S. MICHIGAN AVE., CHICAGO, IL | | **Type Of Service:** | CORPORATE SERVICE |
|---|---|---|---|---|
| **Person Served:** | | | **Date Of Service:** | 01/19/2018 8:34 AM |
| **Sex** | **Age** | **Height**      **Build** | **Hair Color** | **Race** |

**Type Of Premise:**   GOVERNMENT BUILDING

**Location:**   3510 S Michigan Ave ,Chicago, Illinois, 60653

| Process Service Fee (local) | Total |
|---|---|
| $75.00 | $75.00 |

| | |
|---|---|
| Total | $75.00 |
| Amount Received | $75.00 |
| **Balance Due** | **$0.00** |

**Date Received:**   01/16/2018   **Check No**   645077

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
**PAYABLE UPON RECEIPT, 2% PER MONTH**

**Windy City Process Serving Inc.**
1 W Monroe St #4-103
Chicago, IL 60603

**INVOICE:** 4026236
Issued: Dec 2, 2019
Sent to: David Dewar

**David A. Dewar**
David Dewar
11347 S Millard Ave
Chicago, IL 60655

PAY TO:
**Windy City Process Serving Inc.**
*1 W Monroe St #4-103*
**Chicago, IL 60603**

| Case: | 16 CV 2287 | Plaintiff / Petitioner: | DAVID A. DEWAR |
| Job: | 4026236 | Defendant / Respondent: | FELMON; DEVINE; LONG AND CHICAGO POLICE DEPARTMENT |
| | | Status: | Served |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Court Filing | File Documents: 219 S. Dearborn, Chicago, IL | $75.00 | 1 | $75.00 |
| Routine Service of Process | Routine service attempts: 3510 S. Michigan Ave., Chicago, IL | $75.00 | 1 | $75.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Dec 2, 2019 | Money order 694443 | ($150.00) |

| Thank you for your business. Balance due upon receipt. | Total: | $150.00 |
|---|---|---|
| | Amount Paid: | ($150.00) |
| | **Balance Due:** | **$0.00** |

Windy City Process Serving Inc.  •  1 W Monroe St #4-103, Chicago, IL 60603

Call: 3122969506  •  Fax: (866) 582-7145  •  Email: legalassistantschicago@gmail.com  •  Visit: www.windycityprocess.com

**NEW ALSIP CURRENCY EXCHANGE, INC.**

CHECKS CASHED
GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT
NOTARY PUBLIC, AUTO & LICENSE SERVICE
WESTERN UNION

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

2-118 / 0710   REPUBLIC BANK   OAK BROOK, IL

**CURRENCY EXCHANGE**

693040

FROM: (DE)

11/15/2019

PAY TO: (PARA)

$60 00

Printed in Blank - No Refund When Cashier Serves Not Viable

**NON-NEGOTIABLE**

STATE REGULATED

MEMO:

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
EIGHTY FOUR ($84) DOLLARS. SEE DETAILS ON REVERSE SIDE.

---

**NEW ALSIP CURRENCY EXCHANGE, INC.**

CHECKS CASHED
GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT
NOTARY PUBLIC, AUTO & LICENSE SERVICE
WESTERN UNION

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

2-118 / 0710   REPUBLIC BANK   OAK BROOK, IL

**CURRENCY EXCHANGE**

694435

FROM: (DE)

11/25/2019

PAY TO: (PARA)

$60 00

**NON-NEGOTIABLE**

STATE REGULATED

MEMO:

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
EIGHTY FOUR ($84) DOLLARS. SEE DETAILS ON REVERSE SIDE.

---

**NEW ALSIP CURRENCY EXCHANGE, INC.**

CHECKS CASHED
GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT
NOTARY PUBLIC, AUTO & LICENSE SERVICE
WESTERN UNION

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

2-118 / 0710   REPUBLIC BANK   OAK BROOK, IL

**CURRENCY EXCHANGE**

694444

FROM: (DE)

11/25/2019

PAY TO: (PARA)

$60 00



**NON-NEGOTIABLE**

STATE REGULATED

MEMO:

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
EIGHTY FOUR ($84) DOLLARS. SEE DETAILS ON REVERSE SIDE.

**Windy City Process Serving Inc.**
1 W Monroe St #4-103
Chicago, IL 60603

**INVOICE: 3994178**
Issued: Nov 21, 2019
Sent to: David Dewar

**David A. Dewar**
David Dewar
11347 S Millard Ave
Chicago, IL 60655

| PAY TO: |
| --- |
| **Windy City Process Serving Inc.** |
| 1 W Monroe St #4-103 |
| Chicago, IL 60603 |

| Case: 16 CV 2287 | Plaintiff / Petitioner: | DAVID A. DEWAR |
| --- | --- | --- |
| Job: 3994178 | Defendant / Respondent: | FELMON; DEVINE; LONG AND CHICAGO POLICE DEPARTMENT |
| | Status: | Served |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Court Filing | File Documents: Have Subpoenas issued at USDC NDIL | $75.00 | 1 | $75.00 |
| Routine Service of Process | Routine service attempts: 10735 S Cicero Ave Suite 208, Oak Lawn, IL 60453 | $75.00 | 1 | $75.00 |
| Routine Service of Process | Routine service attempts: 4301 W 95th St, Oak Lawn, IL 60453 | $75.00 | 1 | $75.00 |
| Routine Service of Process | Routine service attempts: 9760 S Kedzie Ave Suite 2, Evergreen Park, IL 60805 | $75.00 | 1 | $75.00 |
| Routine Service of Process | Routine service attempts: 11419 S Millard Ave, Chicago, IL 60655 | $75.00 | 1 | $75.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Nov 21, 2019 | Money order 693839 | ($375.00) |

| Thank you for your business. Balance due upon receipt. | | |
| --- | --- | --- |
| | Total: | $375.00 |
| | Amount Paid: | ($375.00) |
| | **Balance Due:** | **$0.00** |

Windy City Process Serving Inc. • 1 W Monroe St #4-103, Chicago, IL 60603

Call: 3122969506 • Fax: (866) 582-7145 • Email: legalassistantschicago@gmail.com • Visit: www.windycityprocess.com

## Court Costs Filings & Legal Representation

| | Case # | Regarding | Date | Amount | Total Amount |
|---|---|---|---|---|---|
| Deposition David A. Dewar | 16CV2287 | Urlaub Bowen & Associates, Inc, | 5/11/2017 | $618.90 | $618.90 |
| Deposition Shirley Dewar | 16CV2287 | Urlaub Bowen & Associates, Inc, | 5/11/2017 | $445.95 | $445.95 |
| Deposition William Hosty | 16CV2287 | Urlaub Bowen & Associates, Inc, | 5/11/2017 | $253.55 | $253.55 |
| Deposition Daniel Dewar | 16CV2287 | Urlaub Bowen & Associates, Inc, | 5/11/2017 | $171.05 | $171.05 |
| DVP #! of Transcripts | 16CV2287 | Urlaub Bowen & Associates, Inc, | 5/11/2017 | $49.00 | $49.00 |
| DVP #2 of Transcripts | 16CV2287 | Urlaub Bowen & Associates, Inc, | 5/11/2017 | $35.00 | $35.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 12/18/2017 | $15.30 | $15.30 |
| Legal Representation | 16CV2287 | Matus Law Office, PC | 7/02/2018 | $6,320.00 | $6,320.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 5/21/2018 | $53.70 | $53.70 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 9/19/2018 | $108.40 | $108.40 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 12/4/2018 | $47.50 | $47.50 |
| Legal Representation | 16CV2287 | Matus Law Office, PC | 3/06/2019 | $1,740.00 | $1,740.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 3/18/2019 | $268.40 | $268.40 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 6/7/2019 | $232.50 | $232.50 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 10/11/2019 | $337.90 | $337.90 |
| Court Transcripts | 16CV2287 | Dewar vs. Chicago Police Department, Officers Mike Devine, Timothy Felmon, William Hosty, C. J. Long & 2 day jury trial | 11/25/2019 & 6/15/2020 | 1,186.75 + 2,300.00 $3,486.75 | 1,186.75 + 2,300.00 $3,486.75 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 1/17/2020 | $212.80 | $212.80 |
| Court Costs | 16CV2287 | Appeals Court Filing fee | 3/12/2020 | $505.00 | $505.00 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 3/17/2020 | $226.60 | $226.60 |
| Court Costs | 16CV2287 | Pacer Service Center Acct.# 4857459 | 6/11/2020 | $137.50 | $137.50 |
| | | | | TOTAL Costs | $15,265.80 |

# INVOICE

## Urlaub Bowen & Associates, Inc.

20 North Clark Street, Suite 600, Chicago, Illinois 60602

Court Reporting - Videography - Video Conferencing - Realtime

www.urlaubbowen.com 312.781.9586

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103287 | 6/30/2017 | 4909 |
| **Job Date** | **Case No.** | |
| 5/11/2017 | 16 CV 2287 | |
| **Case Name** | | |
| David A. Dewar vs. Officers T. J. Felmon, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL  60655

Certified Transcript of:

| | | | | |
|---|---|---|---|---|
| David Dewar | | | | 577.10 |
| Exhibit | 12.00  Pages | @ | 0.40 | 4.80 |
| Word Index | 23.00  Pages | @ | 1.00 | 23.00 |
| Processing & Handling | 1.00 | @ | 14.00 | 14.00 |
| | **TOTAL DUE  >>>** | | | **$618.90** |

Thank you for your business. We accept Discover, Visa, MasterCard, and American Express.

You can now pay your invoice online at, https://urlaubbowen.com/payments

PAID IN FULL CHARGE CARD $618.90

| | |
|---|---|
| **(-) Payments/Credits:** | 618.90 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 36-3368198

Phone:    Fax:

*Please detach bottom portion and return with payment.*

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL  60655

| | | |
|---|---|---|
| Invoice No. | : | 103287 |
| Invoice Date | : | 6/30/2017 |
| **Total Due** | : | **$0.00** |

Remit To:    **Urlaub Bowen & Associates, Inc.**
**PO Box 64637**
**Chicago IL  60664-0637**

| | | |
|---|---|---|
| Job No. | : | 4909 |
| BU ID | : | 1-MAIN |
| Case No. | : | 16 CV 2287 |
| Case Name | : | David A. Dewar vs. Officers T. J. Felmon, et al. |

# INVOICE

## Urlaub Bowen & Associates, Inc.

20 North Clark Street, Suite 600, Chicago, Illinois 60602

Court Reporting - Videography - Video Conferencing - Realtime

www.urlaubbowen.com 312.781.9586

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107113 | 6/6/2018 | 4908 |
| **Job Date** | **Case No.** | |
| 5/9/2017 | 16 CV 2287 | |
| **Case Name** | | |
| David A. Dewar vs. Officers T. J. Felmon, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

Certified Transcript of:

| | | | | | |
|---|---|---|---|---|---|
| Shirley Dewar | | | | | 383.50 |
| Exhibit | 1.00 | Pages | @ | 0.45 | 0.45 |
| Word Index | 13.00 | Pages | @ | 1.00 | 13.00 |
| Transcript in Electronic format | 1.00 | Disks | @ | 35.00 | 35.00 |
| Processing & Handling | 1.00 | | @ | 14.00 | 14.00 |
| | | **TOTAL DUE >>>** | | | **$445.95** |

Thank you for your business. We accept Discover, Visa, MasterCard, and American Express.

You can now pay your invoice online at, https://urlaubbowen.com/payments

Finance charges, Net 30 days at 1.5% from invoice date.

Paid via credit card on 06/05/18.

| | |
|---|---|
| (-) Payments/Credits: | 445.95 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$0.00** |

**Tax ID:** 36-3368198

Phone:   Fax:

*Please detach bottom portion and return with payment.*

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

| | | |
|---|---|---|
| Invoice No. | : | 107113 |
| Invoice Date | : | 6/6/2018 |
| **Total Due** | : | **$0.00** |

Remit To: **Urlaub Bowen & Associates, Inc.**
**PO Box 64637**
**Chicago IL 60664-0637**

| | | |
|---|---|---|
| Job No. | : | 4908 |
| BU ID | : | 1-MAIN |
| Case No. | : | 16 CV 2287 |
| Case Name | : | David A. Dewar vs. Officers T. J. Felmon, et al. |

# INVOICE

## Urlaub Bowen & Associates, Inc.

20 North Clark Street, Suite 600, Chicago, Illinois 60602

Court Reporting - Videography - Video Conferencing - Realtime

www.urlaubbowen.com 312.781.9586

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 106815 | 5/14/2018 | 7545 |

| Job Date | Case No. |
|---|---|
| 3/1/2018 | 16 CV 2287 |

| Case Name |
|---|
| David A. Dewar vs. Officers T. J. Felmon, et al. |

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

| Payment Terms |
|---|
| DUE UPON RECEIPT |

| Certified Transcript of: | | | | | |
|---|---|---|---|---|---|
| William Hosty | | | | | 230.10 |
| Exhibit | 1.00 | Pages | @ | 0.45 | 0.45 |
| Word Index | 9.00 | Pages | @ | 1.00 | 9.00 |
| Processing & Handling | 1.00 | | @ | 14.00 | 14.00 |
| | | | **TOTAL DUE >>>** | | **$253.55** |

Thank you for your business. We accept Discover, Visa, MasterCard, and American Express.

You can now pay your invoice online at, https://urlaubbowen.com/payments

Finance charges, Net 30 days at 1.5% from invoice date.

PAID IN FULL CHARGE CARD $253.55

| | |
|---|---|
| (-) Payments/Credits: | 253.55 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 36-3368198

Phone: Fax:

*Please detach bottom portion and return with payment.*

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

| Invoice No. | : | 106815 |
|---|---|---|
| Invoice Date | : | 5/14/2018 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 7545 |
| BU ID | : | 1-MAIN |
| Case No. | : | 16 CV 2287 |
| Case Name | : | David A. Dewar vs. Officers T. J. Felmon, et al. |

Remit To: **Urlaub Bowen & Associates, Inc.**
**PO Box 64637**
**Chicago IL 60664-0637**

# INVOICE

## Urlaub Bowen & Associates, Inc.

20 North Clark Street, Suite 600, Chicago, Illinois 60602

Court Reporting – Videography – Video Conferencing – Realtime

www.urlaubbowen.com 312.781.9586

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107114 | 6/6/2018 | 5008 |

| Job Date | Case No. |
|---|---|
| 5/18/2017 | 16 CV 2287 |

| Case Name |
|---|
| David A. Dewar vs. Officers T. J. Felmon, et al. |

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

| Payment Terms |
|---|
| DUE UPON RECEIPT |

---

Certified Transcript of:

| Daniel Dewar | | | | | 115.05 |
|---|---|---|---|---|---|
| Word Index | 7.00 | Pages | @ | 1.00 | 7.00 |
| Transcript in Electronic format | 1.00 | Disks | @ | 35.00 | 35.00 |
| Processing & Handling | 1.00 | | @ | 14.00 | 14.00 |
| | | **TOTAL DUE >>>** | | | **$171.05** |

Thank you for your business. We accept Discover, Visa, MasterCard, and American Express.

You can now pay your invoice online at, https://urlaubbowen.com/payments

Finance charges, Net 30 days at 1.5% from invoice date.

Paid in full via credit card on 06/05/18.

| (-) Payments/Credits: | 171.05 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

---

**Tax ID:** 36-3368198

Phone:    Fax:

*Please detach bottom portion and return with payment.*

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

| Invoice No. | : | 107114 |
|---|---|---|
| Invoice Date | : | 6/6/2018 |
| **Total Due** | **:** | **$0.00** |

Remit To:  **Urlaub Bowen & Associates, Inc.**
            **PO Box 64637**
            **Chicago IL 60664-0637**

| Job No. | : | 5008 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 16 CV 2287 |
| Case Name | : | David A. Dewar vs. Officers T. J. Felmon, et al. |

# INVOICE

## Urlaub Bowen & Associates, Inc.

20 North Clark Street, Suite 600, Chicago, Illinois 60602

Court Reporting - Videography - Video Conferencing - Realtime

www.urlaubbowen.com 312.781.9586

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107115 | 6/6/2018 | 7545 |
| **Job Date** | **Case No.** | |
| 3/1/2018 | 16 CV 2287 | |
| **Case Name** | | |
| David A. Dewar vs. Officers T. J. Felmon, et al. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT | | |

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL  60655

| | | | | | |
|---|---|---|---|---|---|
| William Hosty | | | | | 0.00 |
| Transcript in Electronic format | 1.00 | Disks | @ | 35.00 | 35.00 |
| Processing & Handling | 1.00 | | @ | 14.00 | 14.00 |
| | **TOTAL DUE >>>** | | | | **$49.00** |

Thank you for your business. We accept Discover, Visa, MasterCard, and American Express.

You can now pay your invoice online at, https://urlaubbowen.com/payments

Finance charges, Net 30 days at 1.5% from invoice date.

Paid in full via credit card on 06/05/18.

| | |
|---|---|
| **(-) Payments/Credits:** | 49.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 36-3368198

Phone:    Fax:

*Please detach bottom portion and return with payment.*

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL  60655

| | | |
|---|---|---|
| Invoice No. | : | 107115 |
| Invoice Date | : | 6/6/2018 |
| **Total Due** | : | **$0.00** |

Remit To: **Urlaub Bowen & Associates, Inc.**
**PO Box 64637**
**Chicago IL  60664-0637**

| | | |
|---|---|---|
| Job No. | : | 7545 |
| BU ID | : | 1-MAIN |
| Case No. | : | 16 CV 2287 |
| Case Name | : | David A. Dewar vs. Officers T. J. Felmon, et al. |

# INVOICE

## Urlaub Bowen & Associates, Inc.

20 North Clark Street, Suite 600, Chicago, Illinois 60602

Court Reporting – Videography – Video Conferencing – Realtime

www.urlaubbowen.com 312.781.9586

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107116 | 6/6/2018 | 4909 |

| Job Date | Case No. | |
|---|---|---|
| 5/11/2017 | 16 CV 2287 | |

| Case Name | | |
|---|---|---|
| David A. Dewar vs. Officers T. J. Felmon, et al. | | |

| Payment Terms | | |
|---|---|---|
| DUE UPON RECEIPT | | |

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

| | | | | | |
|---|---|---|---|---|---|
| David Dewar | | | | | 0.00 |
| Transcript in Electronic format | 1.00 | Disks | @ | 35.00 | 35.00 |
| | **TOTAL DUE >>>** | | | | **$35.00** |

Thank you for your business. We accept Discover, Visa, MasterCard, and American Express.

You can now pay your invoice online at, https://urlaubbowen.com/payments

Finance charges, Net 30 days at 1.5% from invoice date.

Paid in full via credit card on 06/05/18.

| | |
|---|---|
| (-) Payments/Credits: | 35.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 36-3368198

Phone: Fax:

*Please detach bottom portion and return with payment.*

David A. Dewar
David A. Dewar
11347 South Millard Avenue
Chicago IL 60655

| | | |
|---|---|---|
| Invoice No. | : | 107116 |
| Invoice Date | : | 6/6/2018 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 4909 |
| BU ID | : | 1-MAIN |
| Case No. | : | 16 CV 2287 |
| Case Name | : | David A. Dewar vs. Officers T. J. Felmon, et al. |

Remit To: **Urlaub Bowen & Associates, Inc.**
**PO Box 64637**
**Chicago IL 60664-0637**

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
**P.O. Box 780549**
**San Antonio, TX 78278-0549**

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:     Receipt of Payment

This letter is to confirm that payment in the amount of _____$15.30_____ was received at the
PACER Service Center on _____12/18/2017_____ and applied to account ___4857459___.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8: "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depository will
require certain action by the court." Additional fees may also apply.



**Matus Law Office, PC**
1717 N Naper Blvd
Naperville, IL 60563
seth.matus@matuslawoffice.com

# Invoice

**BILL TO**
David Dewar

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 1012 | 07/02/2018 | $0.00 | 08/01/2018 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Legal Representation**<br>Meeting with client to review facts of case<br>Prepare response to statement of fact; research probable cause and assault cases and prepare Dan Dewar affidavit<br>Further legal research on assault and malicious prosecution claims; review case materials; finalize Dan Dewar affidavit; emails with client | 10 | 300.00 | 3,000.00 |
| **Legal Representation**<br>Prepare response to statement of fact; begin statement of additional fact; telcon and emails with client<br>Meeting with client to address additional material and response arguments<br>Further preparation of statement of additional fact and response to statement of fact; begin response memo<br>Email exchange with client; further work on all response materials | 10 | 250.00 | 2,500.00 |
| **Legal Representation**<br>Revise and send all affidavits; revise statement of fact and statement of additional fact<br>Finalize statement of fact and statement of additional fact; revise response memo<br>Finalize and send all documents for response to client | 4.10 | 200.00 | 820.00 |

After application of $2,400 retainer deposit, $3,920 is the outstanding balance

| | |
|---|---|
| PAYMENT | 6,320.00 |
| BALANCE DUE | **$0.00** |



MATUS
**LAW OFFICE**
A Professional Corporation

TIN: 82-1974740

# INVOICE

July 2, 2018

David Dewar
11347 S. Millard Avenue
Chicago, IL 60555

## PREPARATION OF RESPONSE TO MOTION FOR SUMMARY JUDGMENT

| DATE | DESCRIPTION OF SERVICE | BILLABLE RATE | HOURS WORKED | COST |
|------|------------------------|---------------|--------------|------|
| 5/30/18 | Meeting with client to review facts of case | $300.00/hr. | 1.4 | $420.00 |
| 6/18/18 | Prepare response to statement of fact; research probable cause and assault cases and prepare Dan Dewar affidavit | $300.00/hr | 3.8 | $1,140.00 |
| 6/19/18 | Further legal research on assault and malicious prosecution claims; review case materials; finalize Dan Dewar affidavit; emails with client | $300.00/hr. | 4.2 | $1,260.00 |
| 6/20/18 | Telcon with client on various matters; Eighth Amendment research | $300.00/hr. (0.6 hrs.)/$250.00/hr. (0.7/hrs. | 1.3 | $355.00 |
| 6/21/18 | Prepare response to statement of fact; begin statement of additional fact; telcon and emails with client | $250.00/hr. | 2.7 | $675.00 |
| 6/22/18 | Meeting with client to address additional material and response arguments | $250.00/hr. | 1.4 | $350.00 |
| 6/23/18 | Further preparation of statement of additional fact and response to statement of fact; begin response memo | $250.00/hr. | 3.1 | $775.00 |
| 6/24/18 | Email exchange with client; further work on all response materials | $250.00/hr. | 1.6 | $400.00 |



## MATUS
### LAW OFFICE
A Professional Corporation

| | | | | |
|---|---|---|---|---|
| 6/25/18 | Revise and send all affidavits; revise statement of fact and statement of additional fact | $250.00/hr. (0.5 hrs.)/$200.00/hr. (0.5 hrs.) | 1.0 | $225.00 |
| 6/26/18 | Finalize statement of fact and statement of additional fact; revise response memo | $200.00/hr. | 1.3 | $260.00 |
| 6/27/18 | Finalize and send all documents for response to client | $200.00/hr. | 2.3 | $460.00 |
| | **TOTAL** | | **24.1** | **$6,320.00** |

After application of $2,400.00 retainer, the balance due is $3,920.00.

 

**MATUS**
**LAW OFFICE**
A Professional Corporation

May 18, 2018

David Dewar
11347 S. Millard Avenue
Chicago, IL 60555

      *Re:*    *Dewar v. Felman, et al.*
             *Case No. 16-cv-2287*

Dear David:

This letter is intended to set forth the terms of the agreement under which Matus Law Office, P.C. ("Matus Law") will represent you in the above-captioned lawsuit (the "Lawsuit"). As we have discussed, this agreement is limited to preparation of a response to the motion for summary judgment that we anticipate will be filed at the end of May 2018.

I will be responsible for all services that will be furnished and will bill you using an hourly rate. It will likely take me twenty-five (25) hours to complete the response. I will charge you at a rate of $300.00 per hour for the first ten hours of work, $250.00 per hour for the next ten hours of work, and $200.00 per hour for any additional time.

I request that you provide me a retainer of $2,400.00 (representing eight hours of work) no later than May 31, 2018. I will invoice you on a monthly basis, with the retainer applied to the initial invoice. Once the retainer is exhausted, any additional payments will be due within 15 days of receipt of an invoice. Interest will begin to accrue on unpaid balances thirty days after an invoice is issued at a rate of nine percent per annum (0.75% per month).

This agreement does not cover court appearances or any additional work aside from the preparation of the response. Should you wish for me to provide any other services, it will be necessary to execute a new fee agreement.

Thank you for your confidence that you have placed in Matus Law and giving us the opportunity to represent you in this engagement. Please confirm the terms of this agreement by signing a duplicate copy and returning it to the address listed below.

                             Very truly yours,

                             MATUS LAW OFFICE, P.C.

                             By: __/s/ Seth Matus_____

Agreed and accepted this ___ day of May, 2018   By: __David Dewar._____

1717 N. Naper Blvd., Suite 200   |   Email:   seth.matus@matuslawoffice.com   |   Phone: (630) 470-6875
Naperville, IL 60563   |   Website:  www.matuslawoffice.com

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

DC5932 Rev3 1/16   M 3761269

**tcf**

**TCF National Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

**OFFICIAL CHECK**

**305884353**

17-7000/2910
**2992011720060**

MAY 30 2018
DATE

***TWO THOUSAND FOUR HUNDRED AND 00/100***

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS $$$$2,400.00******      ***USDOLLARS***

PAY TO THE
ORDER OF:  MATUS LAW OFFICE                          ACCOUNT NO. ******8165  25802

                                                                                        Security
                                                                                        Features
                                                                                        Details on
                                                                                        Back.

MEMO: RE: DAVID DEWAR

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00
MP

⑂305884353⑂ ⑈291070001⑈ 2992011720060⑈

**tcf**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

TCF National Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

OFFICIAL CHECK

305884679

DC0826 Rev1/7/16   M #PE1060

17-7000/2910
299201172060

JULY 09 2018
DATE

***ONE THOUSAND AND 00/100******

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS $$$$$1,000.00**********

***USDOLLARS***

PAY TO THE
ORDER OF: MATUS LAW OFFICE

ACCOUNT NO.  ********8165  26301

MEMO RE: DAVID A DEWAR

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00

⑈305884679⑈ ⑆299107000⑈: 299201172060⑈

CC9232 Rev3 1/16   M 9781267

**tcf**

**TCF National Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

**305913556**

17-7000/2910
2992011720060

AUGUST 07 2018
DATE

***ONE THOUSAND AND 00/100***

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS $$$$$$1,000.00******      ***USDOLLARS***

PAY TO THE
ORDER OF:   MATUS LAW OFFICE

ACCOUNT NO. ******8165 26081

Security
Feature
Details
Back.

MEMO: RE: DAVID A DEWAR

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00

⑆305913556⑆ ⑆291070001⑆ 2992011720060⑆

OCR232 Rev3 1/16   M 2761269

**HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK**

**ℜtcf**   **TCF National Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

**OFFICIAL CHECK**

305913573

17-7000/2910
2992011720060

SEPTEMBER 19 2018
DATE

***SIX HUNDRED FORTY AND 00/100***

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS   $$$$$$$640.00******      ***USDOLLARS***

ACCOUNT NO. ******8165 26081

PAY TO THE
ORDER OF:   MATUS LAW OFFICE

Security
Features
Details on
Back.

MEMO: RE: DAVID DEWAR

MP

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00

⑈305913573⑈ ⑆291070001⑆ 2992011720060⑈

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

DC8232 RevD 1/18   M 3761268

**tcf**

**TCF National Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

## OFFICIAL CHECK

305913923

17-7000/2910
2992011720060

NOVEMBER 13 2018

DATE

***SIX HUNDRED FORTY AND 00/100***

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS  $$$$$$$640.00******        ***USDOLLARS***

******8165 29484

PAY TO THE
ORDER OF: MATUS LAW OFFICE                                         ACCOUNT NO.

🔒 Security
Features
Details on
Back.

MEMO: RE: DAVID DEWAR

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00

MP

⑅305913923⑅ ⑆291070001⑆ 2992011720060⑅

OC9232 Rev3 1/16  M-3819188

**HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK**

**tcf**   **TCF National Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

**OFFICIAL CHECK**

**305942663**

17-7000/2910
2992011720060

DECEMBER 06 2018

DATE

\*\*\*SEVEN HUNDRED AND 00/100\*\*\*

*MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS* $$$$$$$700.00\*\*\*\*\*\*          \*\*\*USDOLLARS\*\*\*

\*\*\*\*\*\*8165  13846

ACCOUNT NO.

PAY TO THE
ORDER OF:   MATUS LAW OFFICE

Security
Features
Details on
Back.

*Jim W Kffan*   MP

MEMO: RE: DAVID DEWAR

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00

⑈305942663⑈ ⑉291070001⑉ 2992011720060⑈

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
### P.O. Box 780549
### San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:        Receipt of Payment

This letter is to confirm that payment in the amount of _____$53.70_____ was received at the
PACER Service Center on _____05/21/2018_____ and applied to account ___4857459___.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you.

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8: "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depositary will
require certain action by the court." Additional fees may also apply.

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
### P.O. Box 780549
### San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:     Receipt of Payment

This letter is to confirm that payment in the amount of _____ $108.40 _____ was received at the
PACER Service Center on _____ 09/19/2018 _____ and applied to account _____ 4857459 _____ .

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8; "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depositary will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
### P.O. Box 780549
### San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:     Receipt of Payment

This letter is to confirm that payment in the amount of _____ $47.50 _____ was received at the
PACER Service Center on _____ 12/04/2018 _____ and applied to account _____ 4857459 _____.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8; "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depository will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY



# MATUS
## LAW OFFICE
A Professional Corporation

March 4, 2019

David Dewar
11347 S. Millard Avenue
Chicago, IL 60555

      Re:    *Dewar v. Felman, et al.*
              *Case No. 16-cv-2287*

Dear David:

This letter is intended to set forth the terms of the agreement under which Matus Law Office, P.C. ("Matus Law") will represent you in the above-captioned lawsuit (the "Lawsuit"). As we have discussed, this agreement is limited to preparation of a motion to voluntarily dismiss the appeal prematurely filed with the Court of Appeals for the Seventh Circuit and representation during the settlement conference for this matter.

I will be responsible for all services that will be furnished. As discussed, you have agreed to pay me the sum of $2,500.00 for the above services. These fees will be considered earned on the day that I commence work.

This agreement does not cover any court appearances aside from appearances before the magistrate judge relating to the settlement conference or any additional work aside from the preparation of the motion to voluntarily dismiss and the settlement position paper. Should you wish for me to provide any other services, it will be necessary to execute a new fee agreement.

Thank you for your confidence that you have placed in Matus Law and giving us the opportunity to represent you in this engagement. Please confirm the terms of this agreement by signing a duplicate copy and returning it to the address listed below.

                          Very truly yours,

                          MATUS LAW OFFICE, P.C.

                          By: _ /s/ Seth Matus

Agreed and accepted this 4th day of March, 2019

By: _Dand Dewar._

1717 N. Naper Blvd., Suite 200    |    Email:   seth.matus@matuslawoffice.com    |    Phone: (630) 470-6875
Naperville, IL 60563    |    Website: www.matuslawoffice.com

Case: 1:16-cv-02287 Document: 262 Filed: 06/10/20 Page 62 of 130 PageID #:2697

**tcf** TCF National Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

**OFFICIAL CHECK**

**305942909**

17-7000/2910
2992011720060

FEBRUARY 27 2019
DATE

\*\*\*TWO THOUSAND FIVE HUNDRED AND 00/100\*\*\*

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS $$$$$2,500.00\*\*\*\*\*\*     \*\*\*USDOLLARS\*\*\*

PAY TO THE
ORDER OF: MATUS LAW OFFICE

ACCOUNT NO. \*\*\*\*\*\*8165 13846

MEMO: RE: DAVID A DEWAR

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00

⑈305942909⑈ ⑆291070001⑈ 2992011720060⑈

**MATUS LAW OFFICE PC**
MATUSLAWOFFICE@GMAIL.COM
PH. (331) 330-5700
979 HUNTLEIGH DRIVE
NAPERVILLE, IL 60540

1061

DATE Apr. 8, 2019

70-76/719

PAY
TO THE
ORDER OF David Dewar

$ 760 00/00

Seven hundred sixty and no/00 ———————————— DOLLARS

**Old Second**
Old Second National Bank
630-892-0202

FOR

⑈"00 1061 ⑈"  ⑈:07 1900 760⑈:4000 ⑈ 015 ⑈ 7806 ⑈"

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
### P.O. Box 780549
### San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:    Receipt of Payment

This letter is to confirm that payment in the amount of _____ $268.40 _____ was received at the
PACER Service Center on _____ 03/18/2019 _____ and applied to account _____ 4857459 _____.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8: "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depository will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
P.O. Box 780549
San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:     Receipt of Payment

This letter is to confirm that payment in the amount of _____ $232.50 _____ was received at the PACER Service Center on _____ 06/07/2019 _____ and applied to account _____ 4857459 _____.

Thank you for making a payment on this account[1]. If you have any questions, please call the PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8: "...the receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to pay. Only when the instrument has been cleared by the depositary is payment actually complete. Therefore, checks or instruments which are rejected or returned unpaid by the depository will require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

**PACER SERVICE CENTER**
**P.O. Box 780549**
**San Antonio, TX 78278-0549**

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:    Receipt of Payment

This letter is to confirm that payment in the amount of _____ $337.90 _____ was received at the
PACER Service Center on _____ 10/11/2019 _____ and applied to account _____ 4857459 _____.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8; "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depository will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

## Re: All Transcripts ordered and shown as paid by David Dewar in Case#16cv2287

Gayle McGuigan <Gayle_McGuigan@ilnd.uscourts.gov>
Thu 6/11/2020 11:21 AM
To: david <ddewar05@hotmail.com>

Good afternoon,

After checking my records, it appears that the total cost of transcripts you ordered in your case 16 C 2287 is: **$1,186.75.** $ATO

The amount I previously mentioned ($1,219.45) was incorrect. I inadvertently included an invoice I sent to you for a transcript you ordered in case 19 C 4547, City of Chicago v. Smollett, in the amount of $32.70.

Thank you.

---

**From:** david <ddewar05@hotmail.com>
**Sent:** Wednesday, June 10, 2020 4:14 PM
**To:** Gayle McGuigan <Gayle_McGuigan@ilnd.uscourts.gov>; david <ddewar05@hotmail.com>
**Subject:** Re: All Transcripts ordered and shown as paid by David Dewar in Case#16cv2287

Hi Gayle,  I was looking to confirm according to your records that the total amount below is current of $ 1219.45 of payments for Transcripts. Thank You.     David Dewar

---

**From:** Gayle McGuigan <Gayle_McGuigan@ilnd.uscourts.gov>
**Sent:** Friday, January 17, 2020 12:35 PM
**To:** david <ddewar05@hotmail.com>
**Subject:** RE: All Transcripts ordered and shown as paid by David Dewar in Case#16cv2287

Good afternoon

According to my records, I have received from you a total of $1,219.45 in payments for transcripts in case 16 C 2287.

**From:** david <ddewar05@hotmail.com>
**Sent:** Friday, January 17, 2020 12:25 PM
**To:** Gayle McGuigan <Gayle_McGuigan@ilnd.uscourts.gov>; david <ddewar05@hotmail.com>; Lynn Kandziora <Lynn_Kandziora@ilnd.uscourts.gov>
**Subject:** All Transcripts ordered and shown as paid by David Dewar in Case#16cv2287

Hi Gayle,   I have a deadline by next Monday the 20th for a total Bill of Costs in my Case#16cv2287 to the court . I was hoping to get a list of all paid invoice transcripts I ordered through you Gayle. Please let me know if you can provide that in this 11th hour before next Monday the 20th. Thank You.       David Dewar

---

OC9232 Rev3 1/16    M 8331243-R

**HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK**

 **tcf**

**TCF National Bank**
800 Burr Ridge Parkway
Burr Ridge, IL 60527-6486

**OFFICIAL CHECK**

306089945

17-7000/2910
2992011720060

JUNE 15 2020

DATE

\*\*\*TWO THOUSAND THREE HUNDRED AND 00/100\*\*\*

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS $$$$$2,300.00\*\*\*\*\*\*     \*\*\*USDOLLARS\*\*\*

\*\*\*\*\*\*8165  28411

ACCOUNT NO.

PAY TO THE
ORDER OF:   GAYLE A MCGUIGAN INC

            2 DAY TRIAL TRANSCRIPT

MEMO: RE: DAVID A DEWAR

Security
Features
Details on
Back.

_Jim W Kfan_

MP

COUNTER SIGNATURE REQUIRED FOR AMOUNTS OVER $5,000.00

⑈306089945⑈ ⑆29107000⑈⑆ 2992011720060⑈⑆



**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
### P.O. Box 780549
### San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:    Receipt of Payment

This letter is to confirm that payment in the amount of _____$212.80_____ was received at the
PACER Service Center on _____01/17/2020_____ and applied to account _____4857459_____.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8: "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depositary will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

**NEW ALSIP**
**CURRENCY EXCHANGE, INC.**

CHECKS CASHED
GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT
NOTARY PUBLIC, AUTO & LICENSE SERVICE
WESTERN UNION

**CURRENCY EXCHANGE**

11527 South Pulaski Ave • Alsip, IL 60803
Phone: (708) 389-5802

2-118    REPUBLIC BANK
0710     OAK BROOK, IL.

Civil Cost #. 16-CV-2287    705322

FROM: David A. Dewar

(OR)

PAY TO: Clerk of U.S. District Court

03/12/2020

$505.00

(PARA) Five Hundred Five And 0/100 U.S. Dollars
Printed In Blank - No Refund If Lost Or Stolen Not Valid

NON-NEGOTIABLE

MEMO: The Cost of Appeal
Filing fee Cost # 30-1007

NO REFUND IF ISSUED IN BLANK.
PURCHASER & PAYEE ARE SUBJECT TO TERMS AND
CONDITIONS INCLUDING A $1.00 PER MONTH SERVICE FEE IF
THIS INSTRUMENT IS PRESENTED FOR PAYMENT AFTER THREE
(3) YEARS FROM DATE OF PURCHASE. THE MAXIMUM FEE IS
EIGHTY FOUR ($84) DOLLARS. SEE DETAILS ON REVERSE SIDE.

STATE REGULATED

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
### P.O. Box 780549
### San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:     Receipt of Payment

This letter is to confirm that payment in the amount of _____$226.60_____ was received at the
PACER Service Center on _____03/17/2020_____ and applied to account ____4857459____.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

---

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8: "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depository will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

**David R. Stone**
Chief, PACER Support Branch

(800) 676-6856
FAX: (210) 301-6441

## PACER SERVICE CENTER
### P.O. Box 780549
### San Antonio, TX 78278-0549

06/11/2020

To: David Andrew Dewar
11347 S. Millard Ave.
Chicago, IL 60655

Account number: 4857459

Subject:      Receipt of Payment

This letter is to confirm that payment in the amount of _____$137.50_____ was received at the
PACER Service Center on _____06/11/2020_____ and applied to account ____4857459____.

Thank you for making a payment on this account[1]. If you have any questions, please call the
PACER Service Center at (800) 676-6856 and a representative will assist you.

Thank you,

PACER Service Center

_____

[1]Per the *Guide to Judiciary Policies and Procedures* Chapter VII Part C.Para 2.1.8; "...the
receipt of an instrument other than cash does not itself discharge the payer's debt or obligation to
pay. Only when the instrument has been cleared by the depositary is payment actually complete.
Therefore, checks or instruments which are rejected or returned unpaid by the depositary will
require certain action by the court." Additional fees may also apply.

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

### Gas Receipts Years 2016, 2017, 2018, 2019 & 2020
### For the Case — Yearly Totals

| YEAR | 2016 | | 2017 | | 2018 | | | | 2019 | | | | 2020 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/17 | $23.00 | 1/4 | $10.00 | 1/16 | $18.00 | 6/4 | $30.00 | 7/17 | $40.00 | 12/22 | $30.00 | 1/02 | $30.00 |
| | 3/1 | $20.00 | 1/13 | $10.00 | 1/21 | $25.00 | 6/7 | $28.65 | 7/20 | $35.00 | 12/24 | $30.00 | 1/4 | $44.00 |
| | 3/4 | $25.00 | 1/26 | $10.00 | 1/22 | $20.00 | 6/10 | $31.59 | 7/21 | $30.00 | 12/30 | $30.00 | 1/6 | $30.00 |
| | 11/22 | $10.00 | 1/30 | $16.00 | 1/22 | $18.00 | 6/20 | $20.00 | 7/28 | $20.00 | 12/31 | $20.00 | 1/10 | $20.00 |
| | 11/29 | $20.00 | 2/3 | $15.00 | 1/25 | $25.00 | 6/23 | $23.00 | 7/29 | $40.00 | | | 1/11 | $30.00 |
| | 11/30 | $5.00 | 2/6 | $15.00 | 1/28 | $30.00 | 6/25 | $22.00 | 8/1 | $40.00 | | | 1/15 | $40.00 |
| | 12/3 | $20.00 | 2/11 | $14.00 | 2/1 | $20.00 | 6/27 | $22.00 | 8/2 | $30.00 | | | | |
| | 12/10 | $5.00 | 2/15 | $16.00 | 2/5 | $40.00 | 7/1 | $24.35 | 8/3 | $49.99 | | | | |
| | 12/12 | $14.00 | 2/23 | $12.00 | 2/6 | $14.80 | 7/5 | $22.02 | 8/6 | $42.09 | | | | |
| | 12/15 | $21.00 | 3/26 | $15.00 | 2/7 | $20.00 | 7/18 | $35.78 | 8/12 | $40.00 | | | | |
| | 12/16 | $10.00 | 4/9 | $15.00 | 2/12 | $10.00 | 7/14 | $30.00 | 8/18 | $30.00 | | | | |
| | 12/18 | $10.00 | 4/21 | $12.00 | 2/18 | $25.00 | 7/17 | $20.00 | 8/24 | $50.00 | | | | |
| | 12/24 | $16.00 | 5/23 | $15.00 | 2/22 | $20.00 | 7/18 | $30.00 | 9/5 | $40.00 | | | | |
| | | | 6/3 | $21.00 | 2/25 | $20.00 | 7/21 | $22.00 | 9/24 | $30.00 | | | | |
| | | | 6/17 | $16.09 | 3/7 | $20.00 | 7/25 | $22.00 | 9/26 | $30.00 | | | | |
| | | | 7/15 | $14.16 | 3/18 | $15.00 | 7/29 | $22.00 | 9/29 | $30.00 | | | | |
| | | | 7/19 | $15.39 | 3/23 | $15.00 | 8/3 | $20.00 | 10/3 | $40.00 | | | | |
| | | | 7/23 | $17.00 | 3/25 | $15.80 | 10/14 | $10.00 | 10/11 | $25.50 | | | | |
| | | | 8/1 | $20.00 | 3/30 | $20.00 | 10/15 | $30.00 | 10/11 | $20.00 | | | | |
| | | | 8/3 | $30.00 | 4/1 | $30.00 | 10/16 | $20.01 | 10/12 | $30.00 | | | | |
| | | | 8/6 | $20.00 | 4/6 | $30.00 | 10/19 | $40.00 | 10/16 | $30.00 | | | | |
| | | | 8/7 | $20.00 | 4/7 | $30.00 | 10/23 | $30.00 | 10/17 | $40.00 | | | | |
| | | | 8/25 | $25.16 | 4/10 | $28.79 | 11/7 | $40.00 | 10/19 | $30.00 | | | | |
| | | | 9/9 | $29.66 | 4/12 | $40.00 | 11/9 | $25.00 | 10/23 | $43.50 | | | | |
| | | | 9/10 | $31.38 | 4/14 | $30.74 | 11/13 | $40.00 | 10/26 | $43.99 | | | | |
| | | | 10/1 | $30.00 | 4/18 | $30.58 | | | 10/29 | $41.00 | | | | |
| | | | 10/15 | $34.02 | 4/25 | $60.08 | | | 11/9 | $24.00 | | | | |
| | | | 10/22 | $8.00 | 4/30 | $50.00 | | | 11/14 | $30.00 | | | | |
| | | | 10/22 | $10.01 | 5/2 | $50.61 | | | 11/16 | $20.00 | | | | |
| | | | 10/26 | $25.00 | 5/6 | $35.00 | | | 11/18 | $40.00 | | | | |
| | | | 10/30 | $33.26 | 5/10 | $35.00 | | | 11/23 | $40.00 | | | | |
| | | | 11/20 | $20.00 | 5/14 | $50.01 | | | 11/29 | $25.00 | | | | |
| | | | 11/29 | $21.87 | 5/20 | $38.00 | | | 12/6 | $25.00 | | | | |
| | | | 12/5 | #31.41 | 5/23 | $40.00 | | | 12/7 | $40.00 | | | | |
| | | | 12/22 | $26.00 | 5/28 | $23.70 | | | 12/13 | $30.00 | | | | |
| | | | 12/26 | $21.75 | 5/31 | $21.00 | | | 12/16 | $35.00 | | | | |
| | | | 12/27 | $20.00 | 6/3 | $23.00 | | | 12/17 | $25.00 | | | | |
| Year Totals | | $199.00 | | $717.1( | | | | $1697.91 | | | $1,390.07 | | | $194.00 |
| | | | | | | | | | | Grand Total | | $4,197,14 | | |

①

WELCOME TO
ALSIP CITGO
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI          ALSIP IL

Descr.          qty          amount

Prepay CA#0?                25.00
          Tax               0.00
          TOTAL           25.00
          CASH $          40.00
          Change $        -15.00
CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, IL 60803

11/29/2016 1:41.50 PM
Register: 1 Trans #: 4336 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular          PU 2

          Subtotal =     $20.00
          Tax            $0.00
          Total =        $20.00

          Change Due =   $0.00

sh                        $20.00

for shopping with us

WELCOME TO
ALSIP CITGO
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI          ALSIP IL

Descr.          qty          amount

Prepay CA#02               20.00
          Tax              -0.00
          TOTAL           20.00
          CASH $          20.00
CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, IL 60803

11/30/2016 12:42:1 PM
Register: 1 Trans #: 5128 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA    PUMP# 4        $5.00

          Subtotal =      $5.00
          Tax             $0.00
          Total =         $5.00

          Change Due =    $0.00

Cash                       $5.00

for shopping with us

Merrionette Park, IL 60803

12/03/2016 7:16:25 PM
Register: 2 Trans #: 7195 Op ID: 51
Your Cashier: diane

*** PREPAID RECEIPT ***

4  PUMP# 5          $20.00  99

        Subtotal =  $20.00
        Tax =       $0.00
        Total =     $20.00
        Due =       $

**WELCOME TO**
**ALSIP  CITGO**
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI           ALSIP IL

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#05 | | 5.00 |
| Tax | | 0.00 |
| TOTAL | | 5.00 |
| CASH $ | | 5.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 26065
12/10/16  03:21:45           ST# 1

**WELCOME TO**
**ALSIP  CITGO**
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI           ALSIP IL

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#05 | | 14.00 |
| Tax | | 0.00 |
| TOTAL | | 14.00 |
| CASH $ | | 14.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 28050
12/12/16  13:41:48           ST# 1

We Greatly Appreciate Your Business
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI           ALSIP IL

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#03 | | 21.00 |
| Tax | | 0.00 |
| TOTAL | | 21.00 |
| CASH $ | | 21.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 20207
12/15/16  02:54:56           ST# 1

16th Ave
Merrionette Park, IL 60803

12/16/2016 11:02:57 AM
Register: 1 Trans #: 4652 Op ID: 50
Your Cashier: Tony

*** PREPAID RECEIPT ***

Regular CA  PUMP# 5          $10.00  99

        Subtotal =  $10.00
        Tax =       $0.00
        Total =     $10.00
        Change Due = $10.00

$20.00

**WELCOME TO**
**ALSIP  CITGO**
We Greatly Appreciate Your Business
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI           ALSIP IL

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#03 | | 16.00 |
| Tax | | 0.00 |
| TOTAL | | 16.00 |
| CASH $ | | 21.00 |
| Change $ | | -5.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 283
12/24/16  03:39:51           ST#

**WELCOME TO**
**ALSIP  CITGO**
We Greatly Appreciate Our Business
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI           ALSIP IL

| Descr. | qty | amount |
|---|---|---|
| Prepay CA#05 | | 14.00 |
| TOTAL | | 14.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28



③

Mobil, 1
Marrionette Park, Il 60803

01/26/2017 8:57:07 AM
Register: 1 Trans #: 7105 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA  PUMP# 6          $10.00

                    Subtotal =  $10.00
                         Tax =   $0.00
                    ---------
                       Total =   $10

                  Change Due =

                               $20.00

Cash

### WELCOME TO
### ALSIP  CITGO
- We Greatly Appreciate Your Business.
  YOUR NEIGHBORHOOD GAS STATION
      LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI             ALSIP IL

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#07 | | 10.00 |
| Tax | | 0.00 |
| TOTAL | | 10.00 |
| CASH $ | | 10.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 26407
01/13/17  10:05:26            ST#    1

3
Marrionette Park, Il 60803

01/17/2017 8:15:29 AM
Register: 1 Trans #: 1903 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA  PUMP# 5          $10.00  99

                    Subtotal =  $10.00
                         Tax =   $0.00
                    ---------
                       Total =   $10.00

                  Change Due =   $0.00

                               $10.00

501 S. Kedzie Ave
Marionette Park, Il 60803

02/05/2017 5:20:54 AM
Register: 1 Trans #: 3070 Op ID:
Your cashier: Tony

*** PREPAID RECEIPT ***

Newspaper                       $1
Regular CA  PUMP# 5            $14

                  Subtotal =   $15
                       Tax =   $0
                  ---------
                     Total =   $15

                              9-5

                              $20

### WELCOME TO
### ALSIP  CITGO
We Greatly Appreciate Your Business.
  YOUR NEIGHBORHOOD GAS STATION
      LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI             ALSIP IL

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 14.00 |
| Tax | | 0.00 |
| TOTAL | | 14.00 |
| CASH $ | | 14.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 21094
02/11/17  02:42:47            ST#    1

### WELCOME TO
### ALSIP  CITGO
We Greatly Appreciate Your Business.
  YOUR NEIGHBORHOOD GAS STATION
      LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI             ALSIP IL

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 16.00 |
| Tax | | 0.00 |
| TOTAL | | 16.00 |
| CASH $ | | 16.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 24800
03/15/17  08:13:04            ST#    1

### WELCOME TO
### ALSIP  CITGO
We Greatly Appreciate Your Business.
  YOUR NEIGHBORHOOD GAS STATION
      LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI             ALSIP IL

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#03 | | 16.00 |
| Tax | | 0.00 |
| TOTAL | | 16.00 |
| CASH $ | | 16.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 21051
01/30/17  09:58:51            ST#    1

### WELCOME TO
### ALSIP  CITGO
We Greatly Appreciate Your Business.
  YOUR NEIGHBORHOOD GAS STATION
      LOW CIGARETTE PRICES
00015229240-10          ALSIP CITGO
11725 S. PULASKI             ALSIP IL

| Descr. | qty | amount |
|--------|-----|--------|
| Prepay CA#09 | | 15.00 |
| Tax | | 0.00 |
| TOTAL | | 15.00 |
| CASH | | 20.00 |
| Change $ | | -5.00 |

CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01  TRAN# 04438
02/07/17  03:48:04            ST#    1



4

ALSIP CITGO
15229240-10
ALSIP CITGO
11725 S. PULASKI
IL
...ARD
800027015 1
2/23/17 02:51
01
...E LEVEL: SELF
PRODUCT: UNLD
...PROVAL #02395B
GALLONS: 4.707

---

ALSIP CITGO
00015229240-10
11725 S. PULASKI
Descr. amount
Prepay CA#03 15.00
Tax 0.0
TOTAL 15.00
CASH $ 15.0
CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01 TRAN# 29509
3/24/17 09:17:57 ST# 1

---

WELCOME TO
ALSIP CITGO
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10
11725 S. PULASKI ALSIP IL
Descr. qty amount
Prepay CA#
TOTAL 15.00
Change $
CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01 TRAN#
04/09/17 10:14:02 ST#

---

WELCOME TO
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10 ALSIP CITGO
11725 S. PULASKI ALSIP IL
Descr. qty amount
Prepay CA#05 12.00
Tax 0.00
TOTAL 12.00
CASH $ 12.00
CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01 TRAN# 21394
04/.../17 02:12:52 ST# 1

---

WELCOME TO
ALSIP CITGO
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240-10 ALSIP CITGO
11725 S. PULASKI ALSIP IL
Descr. qty amount
Prepay CA#03 15.00
Tax 0.00
TOTAL 15.00
CASH $ 20.00
Change $ -5.00
CURRENT PROMOTIONS
MARLBORO NEWPORT & KOOL
3 PACK SPECIAL $28
REG# 0002 CSH# 007 DR# 01 TRAN# 20060
05/23/17 09:13:39 ST# 1

---

Mobil 1
...50 S Kedzie Ave
Merrionette Park, IL 60803
06/03/2017 ...4:08 AM
Register: 1 Trans #: 767 Op ID: 50
Your cashier: Tony
*** PREPAID RECEIPT ***
Regular CA PUMP# 1 $21.00 99
Subtotal = $21.00
Tax = $0.00
Total = $21.00
...ange Due = ...

---

ALSIP CITGO
15229240-10
ALSIP CITGO
11725 S. PULASKI
ALSIP IL
VISA
REF # 9800060013 4
DATE 06/07/17 13:03
PUMP # 10
SERVICE LEVEL: SELF
PRODUCT: UNLD
APPROVAL # 020304
GALLONS: 6.5..
PRICE/G: $ 2.449
FUEL SALE $ 16...

---

WELCOME
00015229240
ALSIP CITGO
...725 S. PULASKI
ALSIP IL
60803
7083882700
... 07/15/17 09:48
...# 9111636
PUMP# 11
SERVICE LEVEL: SELF
PRODUCT: Regular
GALLONS: 5.7..
PRICE/G: $ 2.4..
FUEL SALE $ 14...
CREDIT $14...

---

WELCOME
00015229240
ALSIP CITGO
11725 S. PULASKI
ALSIP IL
60803
7083882700
... 07/19/17 12:33
...# 9111808
...# 11
SERVICE LEVEL: SELF
PRODUCT: Midgrade
GALLONS: 5.498
PRICE/G: $ 2.799
FUEL SALE $ 15.39

**WELCOME TO
ALSIP CITGO**
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240
ALSIP CITGO
11725 S. PULASKI
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 17.00 |

Subtotal 17.00
Tax 0
**TOTAL** 17.00

1:11...
Order Number:
Circle K/Shell 6706
10601 S CICERO
OAK LAWN, IL 60453-5209
(708) 422-2449
Register:1 Redman, Kimberly-R-
Prepay Pump # 6 $20.00
Sub. Total: $20.00
Tax: $0.00
Total: $20.00
Discount Total: $0
**TOTAL** **$20.00**
Cash $20.00
**Change** **$0.00**

Thank You
Come Again

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, IL 60803

08/03/2017 4:26:15 PM
Register: 1 Trans #: 6424 Op ID: 50
Your Cashier: Tony

*** PREPAID RECEIPT ***

Regular CA PUMP# 6 $30.00
Subtotal = $30.00
Tax = $0.00
Total = $30.00

**WELCOME TO
ALSIP CITGO**
We Greatly Appreciate Your Business.
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240
ALSIP CITGO
11725 S. PULASKI
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #03 | | 20.00 |

Subtotal 20.00
Tax
**TOTAL** 20.00

Ave
rk, IL 60803

08/07/2017 9:45:59 PM
Register: 1 Trans #: 8985 Op ID: 50
Your Cashier: Tony

*** PREPAID RECEIPT ***

Regular CA PUMP# 5 $20.00
Subtotal = $20.00
Tax = $0.00
Total $20.

11501 S Kedzie Ave
Merrionette Park Il 60803

**KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803**
08/25/2017 105881882
11:19:56 AM

XXXXXXXXXXXXX4335
Visa
**INVOICE 009821
AUTH 054984**

**PUMP# 3**
Regular 9.8720
PRICE/GAL $2.549
FUEL TOTAL $ 25.16
CREDIT $ 25.16

Customer-activated Purchase/Capture
Site #: 000000009742909
Shift Number 1
Sequence Number 12399
Swiped
APPROVED 054984



9/18/2017
CircleK/Shell6706
10601 S CICERO
OAK LAWN IL 60453-5
(708) 422-2449
SHELL
10601 S CICERO
OAK LAWN IL
60453
Merch #: 57444082408
Appr: 01862B
Invoice #: 646950
3 - MID 1
PUMP No. 03
Gallons 16.384
PRICE/G $2.749
TOTAL FUEL $44.98
SALE $44.98

15:50 PM 9/19/201
CircleK/Shell6832
16647 W 159TH ST
LOCKPORT IL 60441
815-838-4058
SHELL
16647 W 159TH ST
LOCKPORT IL
60441
Merch #: 574451806
Appr: 01998B
Invoice #: 701276
3 - MID 1
PUMP No.
Gallons 11.1
PRICE/G $2.5

PULASKI
IL
60803
3882700
DATE 09/10/17 21:28
TRAN# 9101394
PUMP# 10
SERVICE LEVEL: SELF
PRODUCT Midgrade
GALLONS: 10.46
PRICE/G: $ 2.999
FUEL SALE $ 31.38
CREDIT 31.38



We Greatly Appreciate Your Business
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240
ALSIP CITGO
11725 S. PULASKI
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #07 | | 30.00 |

Subtotal     30.00
Tax          0.00
TOTAL        30.00
CASH         30.00

---

2:27:18 PM 10/15/2017
CircleK/Shell6706
10601 S CICERO
OAK LAWN   IL   60453-5
(708) 422-2443

10601 S CICERO
OAK LAWN     IL
60453
Merch #: 574 14082^08
Appr: 952961
Invoice #: 083335
1 - UNLEADED
PUMP No.        16
Gallons       13.614
PRICE/G       $2.499
TOTAL FUEL    $34.02
TOTAL SALE    $34.02
Debit

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60803

10/22/2017 4:30:14 PM
Register: 1 Trans #: 5615 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 6        $8.00  99

Subtotal =    $8.00
Tax          $0.00
Total         .00

---

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE, IL
60803
10/22/2017 105901070
04:34:04 PM

XXXXXXXXXXXXX4335
Visa
INVOICE 025235
AUTH 063968

PUMP# 6
Regular        3.763G
PRICE/GAL     $2.659
FUEL TOTAL   $  10.01
CREDIT       $  10.01

==========================================
Customer-activated Purchase/Capture
Site #: 000000000974989
Shift Number 1
Sequence Number 31601
Swiped
APPROVED  063968
==========================================

---

WELCOME TO
ALSIP   CITGO
We Greatly Appreciate Your Business
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240
ALSIP CITGO
11725 S. PULASKI
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| CA #01 | | 25.00 |

Subtotal      25.00
Tax           0.00
TOTAL         25.00
CASH    $     30.00
Change  $     -5.00

ALER#: 00015229240    Term ID: 10

CURRENT PROMOTIONS
# 1    TILL XXXX DR# 1 TRAN# 101262
# 7         10/26/17 18:17:31

---

WELCOME TO
ALSIP   CITGO
We Greatly Appreciate Your Business
YOUR NEIGHBORHOOD GAS STATION
LOW CIGARETTE PRICES
00015229240
ALSIP CITGO
11725 S. PULASKI
ALSIP IL 60803

| Description | Qty | Amount |
| --- | --- | --- |
| Regular CR #09 | 12.324G | 33.20 |
| SELF @ 2.699/ G | | |

Subtotal        33.23
Tax             0.00
TOTAL
DEBIT   $

---

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE, IL
60803
11/29/2017 105913818
07:50:41 AM

XXXXXXXXXXXXX3062
Mastercard
INVOICE 035386
AUTH 029178

PUMP# 8
Regular         8.758G
PRICE/GAL      $2.499
FUEL TOTAL  $   21.87
CREDIT      $   21.87



SPEEDWAY   0057461
2sip       IL  60803
TRANS  130378
12/5/2017  9:46 PM

Pump  04
Regular Unleaded
12.587 @ $2.500 GAL
GAS TOTAL      $31.41

TAX
TOTAL

Master Card

(7)

8:35:32 AM 11/20/2017
Order Number: 2747633
Circle K/Shell 6706
10601 S CICERO
OAK LAWN, IL 60453-5209
(708) 422-2449

Register:1 *, Michel-A-850275
Prepay Pump # 8 $20.00
FRN Loyalty $0.00
Sub. Total: $20.00
Tax: $0.00
Total: $20.00
Discount Total: $0.00
TOTAL $20.00
$20.00
Change $0.00

11501 S Kedzie Ave
Merrionette Park Il 60803

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
12/26/2017 105923973
06:11:35 AM

XXXXXXXXXXXXX3062
Mastercard
INVOICE 043440
AUTH 02636B

PUMP# 4
Regular 8.060G
PRICE/GAL $2.699
FUEL TOTAL $ 21.75
CREDIT $ 21.75

==========================================
Customer-activated Purchase/Capture
Site #: 000000000742909
Shift Number 1
Sequence Number 54031

11501 S Kedzie Ave
Merrionette Park Il 60803

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
12/22/2017 105922836
06:35:15 PM

XXXXXXXXXXXXX3062
Mastercard
INVOICE 042549
AUTH 02253B

PUMP# 4
Regular 9.422G
PRICE/GAL $2.759
FUEL TOTAL $ 26.00
CREDIT $ 26.00

==========================================

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60803

12/27/2017 1:17:02 PM
Regi 1 Trans #: 5907 Op ID: 50
Your cashier: Tony.

*** PREPAID RECEIPT ***

Regular CA PUMP# 1 $20.00 99

-----------
Subtotal = $20.00
Tax = $0.00
-----------
Total = $20.00

Change Due = $0.00
$20.00

ou sh with us

MUD(1)
Merrionette Park, Il 60803

01/16/2019 3:18:21 PM
Register: 1 Trans #: 8160 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 2          $18.00  99
                 -----------
             Subtotal =  $18.00
                 Tax  =   $0.00
                 ----
             Total =   $18.00

             Change Due =  $-2.00

C.                        $?

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
01/21/2018  105933592
07:25:54 PM

XXXXXXXXXXXX4335
Visa
INVOICE 051125
AUTH 074506

PUMP# 7
Regular              9.693G
PRICE/GAL            $2.579
FUEL TOTAL    $   25.89
CREDIT        $   25.89

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

***PREPAID RECEIPT***

Description      Qty    Amount
-----------      ---    ------
PREPAY CA #03           20.00
                 -----------
         Subtotal      20.00
         Tax            0.00
         TOTAL        20.00
         CASH  $      20.00
---------------------------------
DEALER#: 00000189001   Term ID: 05
Earn up to $.50 on
Marathon purchases
with Marathon Visa

THANK YOU
ST# 292   TILL XXXX DR# 1 TRAN# 1014109
CSH: 1                01/22/18 11:35:33

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

Description      Qty    Amount
-----------      ---    ------
REGULAR CA #03   6.744G   18.00
  SELF @ 2.669/ G
                 -----------
         Subtotal       18.00
         Tax             0.00
         TOTAL         18.00
              CASH  $   20.00
              CASH  $   -2.00

8 1:44:21 PM
Trans # 3340 Op ID: 5
cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 5        $25.00  99
                 -----------
             Subtotal =  $25.00
                 Tax  =   $0.00
                 ----
             Total =   $25.00

             Change Due =  $0.00

                        $25.00

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

***PREPAID RECEIPT***

Description      Qty    Amount
-----------      ---    ------
PREPAY CA #03           30.00
                 -----------
         Subtotal      30.00
         Tax            0.00
         TOTAL        30.00
         CASH  $      40.00
         Change $     -10.00

⑨

...oil, 1
...onette Park, Il 60803

02/01/2018 6:23:44 AM
Register: 1 Trans #: 7248 Op ID: 50
Your cashier: Tony

\*\*\* PREPAID RECEIPT \*\*\*

Regular CA  PUMP# 5          $20.00  99
                          ----------
                Subtotal =   $20.00
                     Tax =    $0.00
                          ----------
                   Total =   $20.00

                Change Due =  $ ...

.sh

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

\*\*\*PREPAID RECEIPT\*\*\*

Description        Qty        Amount
---------          ---        ------
PREPAY CA #01                 40.00
                          ----------
            Subtotal         40.00
            Tax               0.00
TOTAL                       40.00
            CASH  $          40.00

---------------------------------
KEDZIE OIL INC
FG171124786001
11501 S KEDZIE
MERRIONETTE       IL
60803
02/06/2018  10593313
05:39:16 AM

XXXXXXXXXXXX4335
Visa
INVOICE  055446
AUTH  041613

PUMP#  3
Regular             $5.36 40
PRICE/GAL           $3.639

FUEL   TOTAL  $      .9.2
CREDIT        $      1.3

---------------------------------

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

\*\*\*PREPAID RECEIPT\*\*\*

Description        Qty        Amount
---------          ---        ------
PREPAY CA #09                 20.00
                          ----------
            Subtotal         20.00
            Tax               0.00
TOTAL                       20.00
            CASH  $          20.00

---------------------------------
...... 23304
11451 S Kedzie
Merrionette Park, IL 60803

02/12/2018 12:03:02 AM
Register: 1 Trans #: 1121 Op ID: 1
Your cashier: Store

\*\*\* PREPAID RECEIPT \*\*\*

Regular CA  PUMP# 3          $10.00  99
                          ----------
                Subtotal =   $10.00
                     Tax =    $0.00
                          ----------
                   Total =   $10.00

                Change Due =  $0

...oil
11501 S Kedzie Ave
Merrionette Park, Il 60803

02/18/2018 8:22:12 AM
Register: 1 Trans #: 7705 Op ID: 50
Your cashier: Tony

\*\*\* PREPAID RECEIPT \*\*\*

Regular             $3.99  99
Regular CA  PUMP# 2          $21.01  99
                          ----------
                Subtotal =   $25.00
                     Tax =    $0.00
                          ----------
                   Total =   $25.00

                Change Due =  $0

Cash                          $2

```
Jeff, 1
11501 S Kedzie Ave
Merrionette Park, Il  60803


        02/22/2018 7:55:05 AM
   Register: 1 Trans #: 131 Op ID: 50
        Your cashier: Tony

      *** PREPAID RECEIPT ***

Regular CA   PUMP# 1         $20.00  99
                         -----------
              Subtotal =     $20.00
              Tax    =        $0.00
                         -----------
              Total  =       $20.00

            Change Due  =      $0.00

  .h                          $20.0
```

```
Mobil. 1
11501 S Kedzie Ave
Merrionette Park, Il  60803


        02/25/2018 5:38:36 PM
   Register: 1 Trans #: 2353 Op ID: 50
        Your cashier: Tony

      *** PREPAID RECEIPT ***

Regular CA   PUMP# 1         $20.00  99
                         -----------
              Subtotal =     $20.00
              Tax    =        $0.00
                         -----------
              Total  =       $20.00
```

```
SPEEDWAY        0008303-Oak Lawn, IL
9800 S Cicero Ave          60453-3104
(708)424-0331         3/7/2018 4:41:42 PM
Trans# 1537100 Pmp  2
Loreal H.

Prepay Pump # 4 Regular Unleaded
7.410 Gallons @ $2.699/Gal       20.00

   Sub. Total              $20.00
                            $0.00
   Sales Tax               $0.00
   Total:                  $20.00

Cash                       $20.0
Change                     $0.0
```

```
7 ELEVEN, 23364
Merrionette Park, IL  60803


        03/18/2018 10:41:55 PM
   Register: 1 Trans #: 8451 Op ID: 1
        Your cashier: Store

      *** PREPAID RECEIPT ***

Regular CA   PUMP# 2         $15.00  99
                         -----------
              Subtotal =     $15.00
              Tax    =        $0.00
                         -----------
              Total  =       $15.00

            Change Due  =      $0.00

Cash                          $15.00
```

```
                 M3/23/2018
  ..ler number:            3156152
Circle K/Shell             6705
           10601 S CICERO
      OAK LAWN, IL 60453-5209
            (708) 422-2449
  ...ster:2      *, Terriel-A-258059
  .ay Pump # 14               $15.00
  .ub. Total:                 $15.00
  Tax:                         $0.00
  Total:                      $15.00
  Discount Total:              $0.00
            TOTAL           $15.00
Cash                        $20.00
Change                      $5.00


          Thank You
          Come Again
```

```
           1-708-422-7403
           00000189001
       ALSIP MARATHON INC
       5201 W 111TH ST
       ALSIP IL 60803

      ***PREPAID RECEIPT***

Description       Qty       Amount
-----------       ---       ------
PREPAY CA #03                15.00
                         ----------
          Subtotal          15.00
          Tax                0.00
   TOTAL                    15.00
          CASH  $           20.00
          Change $          -5.00
```



S Kedzie Ave
rionette Park, IL 60803

03/30/2018 10:43:23 AM
Register: 1 Trans #: 1994 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

gular CA   PUMP# 3          $20.00  99
                            ---------
                Subtotal =   $20.00
                    Tax =    $0.00
                            ---------
                   Total =   $20.00

              Change Due = $-80.00

        h                   $100.00

---

bil, 1
501 S Kedzie Ave
Merrionette Park, Il 60803

04/01/2018 1:37:17 PM
Register: 1 Trans #: 3501 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 8          $30.00  99
                            ---------
                Subtotal =   $30.00
                    Tax =    $0.00
                            ---------
                   Total =   $30.00

              Change Due = $-10.00

---

1, 1
1 S Kedzie Ave
rionette Park, Il 60803

04/06/2018 7:34:02 AM
Register: 1 Trans #: 6236 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 6          $30.00  99
                            ---------
                Subtotal =   $30.00
                    Tax =    $0.00
                            ---------
                   Total =   $30.00

              Change Due =   $0.00

    sh                      $30.00

---

501 S Kedzie Ave
Merrionette Park, Il 60803

04/07/2018 11:30:30 AM
Register: 1 Trans #: 6991 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Newspaper                   $3.99
Regular CA   PUMP# 5        $26.01
                            ---------
                Subtotal =   $30.00
                    Tax =    $0.00
                            ---------
                   Total =   $30.00

              Change Due =   $0.00

                            $30.00

---

**7-ELEVEN EXPRESS PAY**

7-ELEVEN 23364
17343374001
1459 S KEDZIE AV
MERRIONETTE , IL
60803
04/10/2018 965084401
09:36:39 AM

XXXXXXXXXXXX3062
Mastercard
INVOICE 037011
AUTH 01043B

PUMP# 1
Regular          10.829G
PRICE/GAL        $2.659

FUEL TOTAL   $   28.79

TOTAL        $   28.79

---

OIL INC
124786001
S KEDZIE
MERRIONETTE, IL
60803
04/12/2018 105962744
08:54:05 AM

XXXXXXXXXXXX3062
Mastercard
INVOICE 074057
AUTH 01235B

PUMP# 7
Regular          13.798G
PRICE/GAL        $2.899

FUEL TOTAL   $   40.00

CREDIT       $   40.00



11501 S Kedzie Ave
Merrionette Park Il 60803

**KEDZIE OIL INC**
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
04/14/2018 105963632
02:29:59 PM

XXXXXXXXXXXX3062
Mastercard
INVOICE 074780
AUTH 01468B

PUMP# 7
Regular          11.391G
PRICE/GAL         $2.699

FUEL TOTAL   $   30.74
CREDIT       $   30.74

---

11501 S Kedzie Ave
Merrionette Park Il 60803

**KEDZIE OIL INC**
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
04/18/2018 105964999
12:05:28 PM

XXXXXXXXXXXX3062
Mastercard
INVOICE 075867
AUTH 01869B

PUMP# 8
Regular          10.197G
PRICE/GAL         $2.999

FUEL TOTAL   $   30.58
CREDIT       $   30.58

---

Kedzie Ave
Merrionette Park, Il 60803

04/30/2018 6:46:33 AM
Register: 1 Trans #: 1418 Op ID: 50
Your cashier: Tony

**** PREPAID RECEIPT ***

Regular CA   PUMP# 5          $50.00 99
                    -------------
            Subtotal =  $50.00
               Tax  =   $0.00
                    -------------
             Total

Change Due =

---

**KEDZIE OIL INC**
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
05/02/2018 105970879
07:50:31 PM

XXXXXXXXXXXX3062
Mastercard
INVOICE 080423
AUTH 00226B

PUMP# 6
Regular          16.330G
PRICE/GAL         $3.099

FUEL TOTAL   $   50.61
CREDIT       $   50.61

=====================================

---

Kedzie Ave
Merrionette Park, Il 60803

05/10/2018 9:37:18 AM
Register: 1 Trans #: 8247 Op ID: 50
Your cashier: Tony

**** PREPAID RECEIPT ***

Regular CA   PUMP# 1          $35.00 99
                    -------------
            Subtotal =  $35.00
               Tax  =   $0.00
                    -------------
             Total  -  $35.00

Change Due =   $ .00

---

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
05/14/2018 105975239
07:27:44 AM

XXXXXXXXXXXX3062
Mastercard
INVOICE 083888
AUTH 01475B

PUMP# 8
Regular          16.136G
PRICE/GAL         $3.099

FUEL TOTAL   $   50.01
CREDIT       $   50.01

===========
Activated Purchase/Capt

---

:33:29 AM 4/25/2018
CircleK/Shell6786
10801 S CICERO
OAK LAWN  IL 60453-5
(708) 422-2449
SHELL
10801 S CICERO
OAK LAWN        IL
60453
Merch #: 57444082408
Appr: 02536B
Invoice #: 516559
1 - UNLEADED
PUMP No.           07
Gallons       19.020
PRICE/G       $3.159
TOTAL FUEL    $60.08
TOTAL SALE    $60.08
MASTERCARD
XXXX XXXX XXXX 3

            00:3F
THANK YOU

---

9:45:20 PM 5/6/2018
Order Number:    26471915
Circle K/Shell      6885
14301 Wolf Rd
Orland Park, IL 60467-1934
(708) 403-7205
Register:1       *, Kelly-P-231431
Prepay Pump # 4        $35.00
Sub. Total:            $35.00
Tax:                    $0.00
Total:                 $35.00
Discount Total:         $0.00
TOTAL              $35.00
Cash               $40.00
Change              $5.00

Thank You
Again

---

11501 S Kedzie Ave
Merrionette Park, Il 60803

05/20/2018 4:18:48 PM
Register: 1 Trans #: 5248 Op ID: 50
Your cashier: Tony

**** PREPAID RECEIPT ***

Regular CA   PUMP# 2          $38.00 99
                    -------------
            Subtotal =  $38.00
               Tax  =   $0.00
                    -------------
             Total  -  $38.00

Change Due =



(13)

Kedzie Ave
Park, Il 60803

05/23/2018 2:42:16 PM
Register: 1 Trans #: 6992 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA    PUMP# 2        $40.00  99
                        -----------
        Subtotal =    $40.00
             Tax =    $0.00
                        -----------
           Total =    $40.00

Cres...
AN#   13
5 28/2018           M
Pump  16
Regular d...
7.64...
GAL                  GAL
                      70
TA...
TOTAL               ...90
                      70
Visa
Card Nu...
XXXXXXXX
M   06        17061
TYPE    APTURE
000943
METHOD  TCR

...oil, 1
11501 S Kedzie Ave
Merrionette Park, Il  60803

05/31/2018 7:04:35 PM
Register: 1 Trans #: 2602 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA    PUMP# 2        $21.00  99
                        -----------
        Subtotal =    $21.00
             Tax =    $0.00
                        -----------
           Total =    $2...

---

ionette Park, Il  60803

06/03/2018 1:25:02 PM
Register: 1 Trans #: 4539 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA    PUMP# 8        $23.00  99
                        -----------
        Subtotal =    $23.00
             Tax =    $0.00
                        -----------
           Total =    $23.00

        Change Due =    $0

                           $2

---

Kedzie Ave
...netie Park, Il  60803

06/04/2018 9:06:24 PM
Register: 1 Trans #: 5495 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA    PUMP# 8        $30.00  99
                        -----------
        Subtotal =    $30.00
             Tax =    $0.00
                        -----------
           Total =    $30...

11501 S Kedzie Ave
Merrionette Park Il 60803

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
06/07/2018 105984683
07:13:51 AM

XXXXXXXXXXXXXX3062
Mastercard
INVOICE 091423
AUTH 007718

PUMP# 8
Regular              8.685G
PRICE/GAL            $3.299

FUEL TOTAL     $    28.65

CREDIT         $    28.65

=========================
Customer-activated Purchase/Capture
c... #: 00000000002...

---

11501 S Kedzie Ave
Merrionette Park Il 60803

KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
06/10/2018 10598607
09:06:00 PM

XXXXXXXXXXXXXX3062
Mastercard
INVOICE 092566
AUTH 010988

PUMP# 8
Regular              9.622...
PRICE/GAL            $3.2...

FUEL TOTAL     $

CREDIT         $    7...

=========================



Merrichette Park, Il 60803

05/20/2018 7:01:07 PM
Register: 1 Trans #: 6114 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 5              $20.00  99
                              -----------
                    Subtotal =   $20.00
                         Tax =    $0.00
                              -----------
                       Total =   $20.00

                   Change Due  =    $0

---

Merrichette Park, Il 60803

05/27/2018 4:23:01 PM
Register: 1 Trans #: 610 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 5              $22.00  99
                              -----------
                    Subtotal =   $22.00
                         Tax =    $0.00
                              -----------
                       Total =   $22.00

                   Change Due  =  $-28.00

                                    $50

---



000746 Alsip
12700 S Pulaski Rd          60803
(708)385-0711    6/23/2018 1:12:0
Trans# 16803246Reg: 1

Alayah G.

Prepay Pump # 10Regular Unleaded
8.032 Gallons @ $2.739/Gal       22.00
Cook Liquor Tax                   $0.00
Sales Tax                         $0.00

Sub. Total:                      $22.00
Tax:                              $0.00
Total:                           $22.00

Cash                             $22.00
Change                            $0.00

www.goeadway.com

DUPLICATE MAY NOT BE VALID FOR REFUND

---

3:56:36 PM 7/1/2018
CircleK/Shell6885
    14301 Wolf Rd
Orland ParIL 60467-1
    (708) 403-7205
SHELL
14301 WOLF RD
ORLAND PARK   IL
60467
Merch #: 57444093504
Appr: 578595
Invoice #: 485367
REG
PUMP No.
Gallons             8.26
PRICE/G            $2.9
TOTAL FUEL        $24.35
TOTAL SALE        $24.35
Debit
XXXXXXXXXXXXX0960

PIN USED

07/01/2018 15:54:58
    THANK YOU
HAVE A NICE DAY

---

12:07:09 A 7/5/2012
CircleK/Shell6885
    14301 Wolf Rd
Orland ParIL 60467-1
    (708) 403-7205
SHELL
14301 WOLF RD
ORLAND PARK   IL
60467
Merch #: 57444093504
Appr: 247565
Invoice #: 504498
REG
PUMP No.            04
Gallons          7.611
PRICE/G         $2.919
TOTAL FUEL      $22.22
TOTAL SALE      $22.22
Debit
XXXXXXXXXXXXX0960

PIN USED

07/05/2018 00:05:19
    THANK YOU
HAVE A NICE DAY

---



# FOOD 4 LESS.
### The True Low Price Leader
### Everyday!

FOOD4LESS.FUEL.#553
.....Alsip
.....IL.60803
.....(708).385-3046
.....YOUR.CASHIER.WAS.SHARON.M
PUMP#.7
MR.....PREPAID.FUEL.....NP....22.00
........TAX................0.00
***.BALANCE..............22.00
..........................30.00
...........................8.00
...................S.SOLD.=....0
......100.430.856





EXXON EXPRESS PAY

7-ELEVEN 23364
FG17343374001
11459 S KEDZIE AVE
...83
7/08/2018 965114844
11:46:44 PM

XXXXXXXXXXXXX3062
Mastercard
INVOICE 054794
AUTH 00884B

PUMP# 1
Regular          11.547G
PRICE/GAL        $3.099

FUEL TOTAL    $   35.78

CREDIT        $   35.7

---

1
11501 S Kedzie Ave
Merrionette Park, Il 60803

07/18/2018 7:57:49 PM
Register: 1 Trans #: 4500 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA  PUMP# 2        $30.00  99

              Subtotal =   $30.00
              Tax =        $0.00

              Total =      $30.00

---

ie Ave
Park, Il 60803

07/14/2018 10:31:27 AM
ster: 1 Trans #: 1870 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA  PUMP# 5        $30.00  99

              Subtotal =   $30.00
              Tax =        $0.00

              Total =      $30.00

              Change Due = $0.00

---

11501 S Kedzie Ave
Merrionette Park, Il 60803

07/21/2018 1:22:03 PM
Register: 1 Trans #: 6530 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA  PUMP# 2        $22.00  99

              Subtotal =   $22.00
              Tax =        $0.00

              Total =

---

rrionette Park, Il

07/17/2018 11:06:07 AM
Register: 1 Trans #: 3655 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA  PUMP# 7        $20.00

              Subtotal =   $20.00
              Tax =        $0.00

              Total =      $20.00

              Change Due = $0.

---

11501 S Kedzie Ave
Merrionette Park, Il 60803

07/25/2018 8:47:36 AM
Register: 1 Trans #: 8846 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA  PUMP# 8        $22.00  99

              Subtotal =   $22.00
              Tax =        $0.00

              Total =



Mobil, 1
11501 S Kedzia Ave
Merrionette Park, Il 60803

29/2018 9:59:57 PM
Register: 1 Trans #: 2091 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 7              $22.00   99
                                 -------
            Subtotal =    $22.00
                 Tax =     $0.00
                               --------
               Total =    $22.00

---

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #09 | | 20.00 |

            Subtotal    20.00
            Tax          0.00
    TOTAL    20.00
            CASH $      20.00

---

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60803

10/14/2018 7:28:41 PM
Register: 1 Trans #: 1945 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 2              $10.00   99
                                 -------
            Subtotal =    $10.00
                 Tax =     $0.00
               Total =    $10.00

          Change Due  =  $-10.00

                               $2?

---

Mobil S Kedzie Ave
Merrionette Park, Il 60603

10/15/2018 1:37:48 PM
Register: 1 Trans #: 2279 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 8              $30.00   99
                                 --------
            Subtotal =    $30.00
                 Tax =     $0.00
               Total =    $30.00

          Change Due  =  $-10.00

---

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60603

10/16/20    08:41
Register: 1 Trans #: 3241 ID 51
Your cashier: diane

** PREPAID RECEIPT ***

Regular CA   PUMP# 2              $20.00
                                 --------
            Subtotal =    $20
                 Tax =     $0.00
               Total =    $20.00

          Change Due  =  $0.00

---

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #09 | | 36.00 |
| LOTTO IN | 1 | 4.00 |

            Subtotal    40.00
            Tax          0.00
    TOTAL    40.00
            CASH $      40.00

⑦

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60803

10/23/2018 4:40:11 PM
Register 1 Trans #: 8440 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 2          $30.00  99
                           ----------
              Subtotal =    $30.00
                 Tax  =     $0.00
                           ----------
                 Total =    $30.00

---

**WELCOME TO**
**GAS DEPOT**
GDOC003801
Gas Depot
11901 S Pulaski Rd
Alsip IL

***PREPAID RECEIPT***



| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #05 | | 25.00 |
| | | ------ |
| Subtotal | | 25.00 |
| Tax | | 0.00 |
| TOTAL | | 25.00 |
| CASH $ | | 40.00 |
| Change $ | | -15.00 |

---

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60803

11/07/2018 2:40:17 PM
Register 1 Trans #: 8140 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 9          $40.00  9
                           ----------
              Subtotal =    $40.00
                 Tax  =     $0.00
                           ----------
                 Total =    $40.00

---

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60803

11/13/2018 6:04:27 PM
Register 1 Trans #: 2270 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 1          $40.00  99
                           ----------
              Subtotal =    $40.00
                 Tax  =     $0.00
                           ----------
                 Total =



Welcome to Shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 40.00 |

Subtotal     40.00
Tax      0.00
**TOTAL        40.00**
CASH  $     40.00

Please come again

---

hil, 1
301 S Kedzie Ave
rrionette Park, Il  60803

07/28/2019 4:57:35 PM
Register: 1 Trans #: 9570 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 6          $20.00  99

Subtotal =   $20.00
Tax =    $0.00

Tot

---

Welcome to Shell
**Alsip Simple Mart I...**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 35.00 |

Subtotal     35.00
Tax      0.00
**TOTAL        35.00**
CASH  $
Change  $

Please

---

Welcome to Shell
**Als.p Simple Mart Inc**
12666293001

SHELL
1 725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 40.00 |

Subtotal     40.00
Tax      0.00
**TOTAL        40.00**
CASH  $      40.00

Please come again

---

welcome to shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #01 | | 30.00 |

Subtotal
Tax
**TOTAL        30.00**
CASH  $

---

welcome to shell
**Alsip Simple Mart**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 40.00 |

Subtotal     40.00
Tax      0.00
**TOTAL        40.00**
CASH  $      40.00





OAK LAWN BP
11040 S. CRAWFORD AV
OAKLAWN, IL 60453
9741729

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| H PENZOIL | 1 | 5.49 |
| PREPAY CA #06 | | 23.99 |

Subtotal 2?.48
Tax
**TOTAL** 3?
CASH $

welcome to shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP        IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #01 | | 40.00 |



Subtotal 40.00
Tax 0.00
**TOTAL**
CASH

11501 S Ked?e Ave
Merrionette Park, IL 60803

08/03/2019 12:27:20 PM
Register 1 Trans #: 2906 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***



| | | |
| --- | --- | --- |
| Newspaper | $3.99 | 99 |
| Regular CA  PUMP# 2 | $46.00 | 99 |

Subtotal = $49.99
Tax = 30
Total

11501 S Kedzie Ave
Merrionette Park Il 60803




Welcome to ??
**Alsip Simp?**        I?
12666

SHELL
11725 S. PULASK?
ALSIP        IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #04 | | 30.00 |

Subtotal
Tax
**TOTAL**



KEDZIE OIL INC
FG17124786001
11501 S KEDZIE
MERRIONETTE , IL
60803
08/06/2019 454868402
08:40:12 AM

XXXXXXXXXXXX3632
Visa
INVOICE 015720
AUTH 031444

PUMP# 1
Regular              14.775G
PRICE/GAL            $2.849

FUEL TOTAL      $  42.09
CREDIT          $  42.09

?Ave
??R, IL 60803

08/24/2019 4:?5:?1 PM
Register: 1 Trans #: 4366 Op ID: 51
Your cashier: Diane

*** PREPAID RECEIPT ***

Regular CA  PUMP# 1         $50.00  99

Subtotal = $50.00
Tax = $0.00
Total





SPEEDWAY        0008303 Oak Lawn,IL
0 South Cicero Avenue    60453-3104
08)424-0331      9/5/2019 10:34:06 P
ans# 2325476 Reg: 1
anie R.

Prep y Pump # 2 Regular Unleaded
14.551 Gallons @ $2.749/Gal        40.00

Sub. Total;              $40.00
Cook Liquor Tax          $0.00
Sales Tax                $0.00
Total:                   $40.00

Cash                     $40.00
ange                     $0.00

                         200025300!
          SHELL
          11247 S. PULASKI RD
          ALSIP          IL 60803

        ***PREPAID RECEIPT***

Description         Qty      Amount
-------             ---      ------
PREPAY CA #01                 30.00
                            ---------
            Subtotal          30.00
                 Tax          -0.00
     TOTAL           30.00
            CASH  $   40.00
            Change $  -10.00

        Please come again

ST# 1K0462 TILL XXXX DR# 1 TRAN# 10
CSH: 2                  09/24/19 11:

S Kedzie Ave
ionette Park, Il 60803

      09/26/2019  2:30:07 PM
Register 1 Trans #: 3537 Op ID: 50
       Your cashier: Tony

    *** PREPAID RECEIPT ***

Regular Un  PUMP# 6        $30.00  99
                          ---------
            Subtotal =     $30.00
                 Tax =     $0.00
                          ---------
            Total =        $30.00

        Change Due =       $0.00

                           $30.

---

OAK LAWN BP
11040 S. CRAWFORD A
OAKLAWN, IL 60453
9741729

        ***PREPAID RECEIPT***

Description         Qty      Amount
-------             ---      ------
PREPAY CA #02                 30.00
                            ---------
            Subtotal          30.00
                 Tax          0.00
     TOTAL           30.00
            CASH  $   30.00

        Welcome to She
Alsip Simple Mart Inc
        12666293001
SHELL
11725 S. PULASKI RD
ALSIP          IL 60803

        ***PREPAID RECEIPT***

Description         Qty      Amount
-------             ---      ------
PREPAY CA #03                 40.00
                            ---------
            Subtotal          40.00
                 Tax          0.00
     TOTAL           40.00
            CASH  $   40.00

11501 S Kedzie Ave
Merrionette Park, Il 60803

      09/11/2019 6:24:31 AM
Register 1 Trans #: 998 Op ID: 50
       Your cashier: Tony

    *** PREPAID RECEIPT ***

Newspaper                  $1.00  99
Newspaper                  $2.50  99
Regular CA  PUMP# 2        $22.00  99
                          ---------
            Subtotal =     $25.50
                 Tax =     $0.00
            Total =



ST STREET
IL 60616
.003

```
        Welcome to Shell
Alsip Simple Mart Inc
          12666293001
    SHELL
    11725 S. PULASKI RD
    ALSIP          IL  60803

    ***PREPAID RECEIPT***

Description        Qty      Amount
--------           ---      ------
PREPAY CA #07               20.00
                          --------
           Subtotal         20.00
              Tax            0.00
    TOTAL
              CASH  $       20.00
```



```
  1
S Kedzie Ave
 mette Park Il 60603
```



```
Register 1 Trans    06 Op 0: 4
   Your cash      lane

  *** PREPAID RECEIPT ***

Newspaper                  $3.99  99
Regular CA  PUMP# 2        $26.01 99
                          --------
           Subtotal =      $30.00
              Tax  =        0.00
              Total =  $
```

```
        Welcome to Shell
  p Simple Mart Inc
          12666293001
    SHELL
    11725 S. PULASKI RD
    ALSIP          IL  60803

    ***PREPAID RECEIPT***

Description        Qty      Amount
--------           ---      ------
PREPAY CA #05               30.00
                          --------
           Subtotal         30.00
              Tax
    TOTAL
              CASH  $       30.00
```



```
10/17/2019 8:50:59 PM
Register: 1 Trans #: 6476 Op ID: 30
      Your cashier: Alan

    *** PREPAID RECEIPT ***

Regular CA   PUMP# 1            $40.00  99
                               --------
              Subtotal =        $40.00
                   Tax =         $0.00
                 Total =
               Charge Due =
       1108717 Reg:
Barbara T.
```



```
Prepay Pump # 3 Regular Unleaded
11.543 Gallons @ $2.599/Gal         30.00
     0.03 /gal SpeedyRewards fall back
       Speedy Rewards

Sub Total:                       $30.00
Cook Liquor Tax                   $0.00
Sales Tax                         $0.00
Total:                           $30.00

Cash                             $30.00
Change                            $0.00


        www.speedway.com
```



```
       a Ave
Mart     Park, Il  60803

10/23/2019   7:42 AM
Register: 1 Trans #: 7420 Op ID: 50
      Your cashier: Tony

    *** PREPAID RECEIPT ***

Newspaper                   $2.50
Newspaper                   $1.00  99
Regular CA   PUMP# 2       $40.00  99
                          --------
           Subtotal =      $43.50
              Tax  =        $0.00
              Total =      $43.50

           Change Due =
```

Cash



01 S Kedzie Ave
ricnette Park, Il 60803

10/26/2019 11:00:15 AN
Register: 1 Trans #: 9205 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

| | | |
|---|---|---|
| Newspaper | $3.99 | 99 |
| Regular CA  PUMP# 1 | $40.00 | 95 |

Subtotal = $43.99
Tax = $0.00

Total = $4...

---

1-708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #01 | | 30.00 |

Subtotal 30.00
Tax 0.00
TOTAL **30.00**
CASH $ 30.00

---

Welcome to Shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #03 | | 41.00 |

Subtotal 41.00
Tax 0.00
TOTAL **41.00**
CASH $ 4...

Please come again

ST# 1K0462 TILL XXXX DR# 1 TRAN# 012011
CSH: ?          10/29/1  ~5:19

---

708-422-7403
00000189001
ALSIP MARATHON INC
5201 W 111TH ST
ALSIP IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #03 | | 20.00 |

Subtotal 20.00
Tax 0.00
TOTAL **20.00**
CASH $ 2...

---



1/09/2019  44:11 AN
Register:  Trans #: 6675 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

| | | |
|---|---|---|
| Newspaper | $3.99 | |
| Regular CA  PUMP# 8 | $20.00 | |

Subtotal = $24.00
Tax = $0.00

Total = $24.00

Change Due =

---

Welcome to Shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 39.00 |
| SUNTIME | 1 | 1.00 |

Subtotal 40.00
Tax 0
TOTAL **40.00**
CASH $ 40.

Please come again



102 TILL XXXX DR# 1 TRAN# 10
: 2          11/18/19 06:1 0



Welcome to Shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | 40.00 |

---

Welcome to Shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #10 | | 40.00 |
| Subtotal | | 40.00 |
| Tax | | 0.00 |
| **TOTAL** | | **40.00** |
| CASH $ | | |

---

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, IL  60803

1/29/2019 9:48:56 AM
Register: 1 Trans #: 6681 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

| Regular 1 PUMP# 6 | $25.00 | 99 |
| --- | --- | --- |
| Subtotal = | $25.00 | |
| Tax = | $0.00 | |
| Total = | $25.00 | |
| Change Due = | $0.00 | |

---

Welcome to Shell
**Alsip Simple Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #02 | | 25.00 |
| Subtotal | | 25.00 |
| Tax | | 0.00 |
| **TOTAL** | | |
| CASH $ | | |

---

Cash
...
rit. treet
Alsip, IL  60803

12/06/2019 7:08:38 AM
Register: 1 Trans #: 3671 Op ID: 100
Your cashier: hina

*** PREPAID RECEIPT ***

| SUPER CA   PUMP# 1 | $25.00 | 99 |
| --- | --- | --- |
| Subtotal = | $25.00 | |
| Tax = | $0.00 | |
| Total = | $25.00 | |
| Change Due = | $0.00 | |

---

We   Shell
**Alsip Si.   e Mart Inc**
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL  60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 30.00 |
| Subtotal | | 30.00 |
| Tax | | 0.00 |
| **TOTAL** | | **30.00** |
| CASH $ | | |



...59 W ROOSEVELT RD
.CERO, IL 60804
.7444172100

(24)

12/16/2019 1:31:00 PM
Register: 1 Trans #: 2522 Op ID: 27
Your cashier: Sameer

*** PREPAID RECEIPT ***

Regular CA   PUMP# 4              $35.00
                          --------------
              Subtotal =    $35.00
                   Tax =     $0.00
                          --------------
                 Total =    $35.00

              Change Due =    $0.00

Welcome to Shell
...) Simple Mart Inc
12666293001
SHELL
11725 S. PULASKI RD
ALSIP              IL  60803

***PREPAID RECEIPT***

Description         Qty      Amount
--------            ---      ------
PREPAY CA #05
                              25.00
                          --------
            Subtotal         25.00
            Tax            0.00
  TOTAL                     25.00
            CASH ($     40.00
            Change $    -15.00

Please come again

ST# 1K0462 TILL XXXX DR# 1 TRAN# 101514
CSH: 2              12/17/19 18:51:48

Welcome to Shell
Alsip Simple Mart Inc
12666293001
SHELL
11725 S. PULASKI RD
ALSIP              IL  60803

***PREPAID RECEIPT***

Description         Qty      Amount
--------            ---      ------
PREPAY CA #05
                              30.00
                          --------
            Subtotal         30.00
            Tax            0.00
  TOTAL                     30
            CASH $

oil, 1
'501 S Kedzie Ave
rrionette Park, Il  60803

12/24/2019 8:52:44 AM
Register: 1 Trans #: 44 Op ID: 50
Your cashier: Tony

*** PREPAID RECEIPT ***

Regular CA   PUMP# 4          $30.00  99
                          --------------
              Subtotal =    $30.00
                   Tax =     $0.00
                          --------------
                 Total =    $  .00

              Change Due =

7-ELEVEN
11459 S KEDZIE
MERRIONETTE PARK IL 608034538
7083886480
STORE#: 23364
THANKS, PLEASE COME AGAIN
YOUR BUSINESS IS APPRECIATED !!!

1  Gasoline                    30.00

SUBTOTAL                       30.00
TOTAL DUE                      30.00
CASH                           30.00

THANK YOU FOR SHOPPING AT 7-ELEVEN
**** REPRINT ****
TH01 OP22 TRN5862 12/30/2019 11:54 P

...S Kedzie Ave
Merrionette Park, Il  60803

12/31/2019 8:14:11 PM
Register: 1 Trans #: 3409 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

.. CA  PUMP# 5              $20.00  99
                          --------------
              Subtotal =    $20.00
                   Tax =     $0.00
                          --------------
                 Total =    $20.00

              Change Due =    $0.00



welcome to Shell

# Alsip Simple Mart Inc
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #03 | | 30.00 |
| | Subtotal | 30.00 |
| | Tax | 0.00 |
| TOTAL | | 30.00 |
| | CASH $ | 30.00 |



S Kedzie Ave
Merrionette Park, Il 60803

01/10/2020 5:46:22 PM
Register: 1 Trans #: 6264 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 7          $20.00  99

| | Subtotal = | $20.00 |
| --- | --- | --- |
| | Tax = | $0.00 |
| | Total = | $20.00 |
| | Change Due = | $0.00 |
| | | $20.00 |

---

Welcome to Shell

# Alsip Simple Mart Inc
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| SUNDAYTRIBUNE | 1 | 3.99 |
| PREPAY CA #05 | | 40.01 |
| | Subtotal | 44.00 |
| | Tax | 0.00 |
| TOTAL | | 44.00 |
| | CASH $ | 44.00 |

---

00015229121
16TH & CENTRAL CITGO SERV
1557 S CENTRAL AVE
CICERO IL 60804

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #11 | | 30.00 |
| | Subtotal | 30.00 |
| | Tax | 0.00 |
| TOTAL | | 30.00 |
| | CASH $ | 30.00 |

---

welcome to shell

# Alsip Simple Mart Inc
12666293001

SHELL
11725 S. PULASKI RD
ALSIP          IL 60803

***PREPAID RECEIPT***

| Description | Qty | Amount |
| --- | --- | --- |
| PREPAY CA #04 | | 30.00 |
| | Subtotal | 30.00 |
| | Tax | 0.00 |
| TOTAL | | 30.00 |
| | CASH $ | 30.00 |

---

Mobil, 1
11501 S Kedzie Ave
Merrionette Park, Il 60803

01/15/2020 7:35:53 PM
Register: 1 Trans #: 819 Op ID: 51
Your cashier: diane

*** PREPAID RECEIPT ***

Regular CA   PUMP# 8          $40.00  99

| | Subtotal = | $40.00 |
| --- | --- | --- |
| | Tax = | $0.00 |
| | Total = | $40.00 |

**Parking Fees Downtown Chicago**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 2/4/2016 | $16.00 | 10/23/2018 | $16.00 |
| 2/17/2016 | $8.00 | 10/25/2018 | $14.00 |
| 3/4/2016 | $16.00 | 10/25/2018 | $35.00 |
| 12/12/2016 | $16.00 | 7/24/2019 | $16.00 |
| 1/24/2017 | $16.00 | 7/23/2019 | $10.00 |
| 5/11/2017 | $16.00 | 7/29/2019 | $16.00 |
| 6/2/2017 | $16.00 | 8/13/2019 | $14.00 |
| 11/8/2017 | $16.00 | 8/20/2019 | $14.00 |
| 1/9/2018 | $16.00 | 8/30/2019 | $30.00 |
| 1/11/2018 | $16.00 | 10/8/2019 | $17.00 |
| 1/29/2018 | $16.00 | 10/9/2019 | $18.00 |
| 2/8/2018 | $16.00 | 10/22/2019 | $12.00 |
| 2/21/2018 | $16.00 | 10/29/2019 | $18.00 |
| 2/22/2018 | $10.00 | 11/1/2019 | $4.26 |
| 2/23/2018 | $10.00 | 11/13/2019 | $10.00 |
| 2/24/2018 | $4.00 | 11/27/2019 | $49.00 |
| 2/27/2018 | $10.00 | 12/16/2019 | $6.00 |
| 3/29/2018 | $16.00 | 11/14/2019 | $4.00 |
| 4/4/2018 | $16.00 | 12/2/2019 | $15,00 |
| 4/16/2018 | $16.00 | 12/4/2019 | $4.00 |
| 4/18/2018 | $8.00 | 1/2/2020 | $5.47 |
| 4/20/2018 | $8.00 | 1/8/2020 | $4.57 |
| 4/21/2018 | $2.00 | 1/12/2020 | $16.00 |
| 4/30/2018 | $10.00 | 1/15/2020 | $18.00 |
| 5/23/2018 | $10.00 | 1/16/2020 | $9.00 |
| 5/24/2018 | $17.00 | 3/12/2020 | $13.50 |
| | | **Total Parking Fees Paid** | **$759.80** |



**& OUT PRIVILEG**
NO REFUNDS
TICKET NON TRANSFERABLE

**Stall #457**

Expiration Date/Time

**EXP 11:59PM**
**FEB 04, 2016**

Date/Time 10:00a Fr.
$16.00          Rate: ALL DAY F E
Paid $16.00          Payment Type: C

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

**Stall #457**

Expiration Date/Time

**EXP 11:59**
**FEB 17, 20**

Purchase Date/Time: 02:16pm Feb 2016
Total Due: $8.00          Rate: EVENING RATE
Total Paid: $8.00          Payment Type: Cash

Ticket #: 00003039
S/N #: 200007290610
Setting: 601 Dearborn
Mach Name: 601

PLACE TICKET
P
IA

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

**Stall #457**

Expiration Date/Time

**EXP 11:59PM**
**MAR 04, 2016**

Purchase Date/Time
Total Due: $16.00          Rate: ALL Da
Total Paid: $16.00
#****-9483 Visa
Ticket #: 00004522
S/N #: 200007290610
Setting: 601 Dearborn
Mach Name: 601

PLACE TICKET
FACE UP ON
VEHICLE'S DASHB.

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**Q335295**

ration Date/Time

**11:59 PM**
**DEC 12, 2016**

Purchase Date/Time 06 12am Dec 12 2016
Total Due: $16.00          Rate: ALLDAY RATE $16
Total Paid: $16.00          Payment Type: Card
Ticket #: 00023160
S/N #: 627 5502211
Setting: 601 Dearborn
Mach Name: 601 New

#****-4335 Visa

Auth

PLACE TICKET
F4
E

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**5295**

Expiration Date/Time

**11:59 PM**
**JAN 24, 2017**

Purchase Date/Time: 09:36am Jan 24 2017
Total Due: $16.00          Rate: ALLDAY RATE $16
Total Paid: $16.00          Payment Type: Cash
Ticket #: 00026777
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICK
WED

---

A-06/762114.42019

InterPark
ashington Franklin Self Park
30 W Washington ave.
hicago, IL

ntry Time:
05/11/17 9:19 AM
Exit Time:
05/11/17 2:24 PM
Duration: 0d. 5h. 4m.
Pay Station: 6
Tran: 47
Ticket# 280958
License Plate#
Regular Rate          $   38.00

**Total:**
**$     38.00**

Tender:          $   40.00
Change:          $    2.00

Thank you for parking with us
Garage phone #312-578-1380

---

0045-06/05111419.2017

InterPark
Washington Franklin Self Park
230 W Washington ave.
hicago, IL

ntry Time:
05/11/17 6:11 A
xit Time:
05/11/17 2:19 PM
uration: 0d. 8h. 8m.
ay Station: 6
ran: 45
cket# 280906
License Plate#
Regular Rate          $   17.00

**Total:**
**$     17.00**

Visa          $   17.00
Last 4 digits: 5836
Change:          $    0.00

Thank you for parking with us !
Garage phone #312-578-1380



**RECEIPT**
**NO IN & OUT PRIVILEGES**
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**Q335295**

Expiration Date/Time

**11:59 PM**
**JUN 02, 2017**

Purchase Date/Time: 10:30am Jun 02, 2017
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Payment Type: Card
Ticket #: 00039553
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#*****-9442, Visa

Auth #: 033005

PLACE TICKET
FACE UP ON
VEHICLES JA...

---

**RECEIPT**
**NO IN & OUT PRIVILEGES**
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**Q335295**

Expiration Date/Time

**11:59 PM**
**JAN 09, 2018**

Purchase Date/Time: 08:21am Jan 09, 2018
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Payment Type: Card
Ticket #: 00062512
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#*****-4335, Visa

Auth #: 093928

PLACE TICKET
FACE UP ON
VEHICLES DASHBOARD

---

**RECEIPT**
**NO IN & OUT PRIVILEGES**
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**Q335295**

Expiration Date/Time

**11:59 PM**
**JAN 29, 2018**

Purchase Date/Time: 08:57am Jan 29, 2018
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Payment Type: Cash
Ticket #: 00064350
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLES DASHBOARD

---

**RECEIPT**
**NO IN & OUT PRIVILEGES**
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**Q335295**

Expiration Date/Time

**11:59 PM**
**NOV 08, 2017**

Purchase Date/Time: 08:41am Nov 08, 20...
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Payment Type: Card
Ticket #: 00056824
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#*****-4335, Visa

Auth #: 014779

VEHICLES...

---

**RECEIPT**
**NO IN & OUT PRIVILEGES**
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**Q335295**

Expiration Date/Time

**11:59 PM**
**JAN 11, 2018**

Purchase Date/Time: 12:56pm Jan 11, 2018
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Payment Type: Card
Ticket #: 00062779
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#*****-4335, Visa

Auth #: 080355

PLACE TICKET
FACE UP ON
VEHICLES DASHBOARD

---

**RECEIPT**
**NO IN & OUT PRIVILEGES**
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**Q335295**

Expiration Date/Time

**11:59 PM**
**FEB 08, 2018**

Purchase Date/Time: 08:26am Feb-08, 2018
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Payment Type: Cash
Ticket #: 00065277
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLES DASHBOARD

③

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

# Q335295

Expiration Date/Time

## 11:59 PM
### FEB 21, 2018

Purchase Date/Time: 08:36am Feb 21, 2018
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Payment Type: Cash
Ticket #: 00066325
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

# Q335295

Expiration Date/Time

## 09:37 AM
### FEB 23, 2018

Purchase Date/Time: 08:37am Feb 23, 2018
Total Due: $10.00      Rate: 1HR OR LESS $10
Total Paid: $10.00     Payment Type: Cash
Ticket #: 00066665
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

# Q335295

Expiration Date/Time

## 10:31 AM
### FEB 27, 2018

Purchase Date/Time: 09:31am Feb 27, 2018
Total Due: $10.00      Rate: 1HR OR LESS $10
Total Paid: $10.00     Payment Type: Cash
Ticket #: 00066885
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

# Q335295

Expiration Date/Time

## 09:46 AM
### FEB 22, 2018

Purchase Date/Time: 08:46am Feb 22, 2018
Total Due: $10.00      Rate: 1HR OR LESS $10
Total Paid: $10.00     Payment Type: Cash
Ticket #: 00066437
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

OPERATED BY LAZ PARKING    chicagometers.com    877.242.7901
PLACE THIS SIDE UP ON DASHBOARD, OUTSIDE    SEE DIRECTIONS ON RECEIPT

Motorcycle Plate No:_____

# 2.00    Paid:$ 3.00C  13.28
ID: 377605 02/27/18

Expiration Time  ^ Valid Date

## 03:01 PM  FEB 27 18

$2.00/hr
Valid at any ON STREET pay box with the
same or lesser hourly RATE, until expired   KEEP THIS PORTION
PROOF OF PAYMENT

$2.00/hr
Entry:
02/27,
01:28
Expire
02/27/,
03:01
$ 3.0
ID:3776
30855

---

OPERATED BY LAZ PARKING    chicagometers.com    877.242.7901
PLACE THIS SIDE UP ON DASHBOARD, OUTSIDE    SEE DIRECTIONS ON RECEIPT

Motorcycle Plate No:_____

# 2.00    Paid:$ 1.00C
ID: 377605 02..

## 01:28 PM  FEB 27 18

Expiration Time  ^ Valid Date

$2.00/hr
Valid at any ON STREET pay box with the
same or lesser hourly RATE, until expired   KEEP THIS PORTION
PROOF OF PAYMENT



---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

# 938457

Expiration Date/Time

## 11:59 PM
### MAR 29, 2018

Purchase Date/Time: 08:02am Mar 29, 2018
Total Due: $16.00      Rate: ALLDAY RATE $16
Total Paid: $16.00     Pmt Type: Cash
Ticket #: 00000717
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

12:56 PM

E
02/27/18
01:28 PM
$ 1.00 C
ID:377605
30852

**RECEIPT**

NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**11:59 PM
APR 04, 2018**

Purchase Date/Time: 06:25am Apr 04, 2018
Total Due: $16.00          Rate: ALLDAY RATE $16
Total Paid: $16.00         Pmt Type: CC (Swipe)
Ticket #: 00001299
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

\#****4335, Visa

Auth #: 005681

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**

NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**11:59 PM
APR 18, 2018**

...hase Date/Time: 03:15pm Apr 18, 2018
...al Due: $8.00          Rate: EVENING RA... ...
...al Paid: $8.00          Pmt Type: CC (Swipe)
...ket #: 00002717
...N #: 520015502211
...ting: 601 Dearborn
...ach Name: 601 New

#****-2508, Visa

Auth #: 035467

PLACE TIC...
FACE UP ...
...LE'S DASH...

---

Motorcycle Plate No:
ID: 549301 04/21/18          Paid$ 1.00C 14:24

**2.00**/hr

**02:56** PM  **APR 21**[18]  Valid Date
Expiration Time          $2.00/hr
64559

OPERATED BY LAZ PARKING    chicago@lazparking.com    847-242-2903
PLACE TICKET FACE UP ON DASHBOARD. NO REFUNDS.

Entry
04/21/18
02:24 PM

Expires
04/21/18
02:56 PM
$ 1.00 C
ID:549301
64559

KEEP THIS PORTION
PROOF OF PAYMENT

Valid at any ON STREET pay box with the
same or lesser hourly RATE, until expired



---

**RECEIPT**

NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**11:59 PM
APR 16, 2018**

Purchase Date/Time: 08:36am Apr 16, 2018
Total Due: $16.00          Rate: ALLDAY RATE $16
Total Paid: $16.00         Pmt Type: Cash
Ticket #: 00002416
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**

NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**11:59 PM
APR 20, 2018**

Purchase Date/Time: 02:44pm Apr 2.. ..18
Total Due: $8.00          Rate: EVENING RATE $8
Total Paid: $8.00         Pmt Type: CC (Swipe)
Ticket #: 00002963
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#****-3062, MasterCard

Auth #: 02009B

PLACE TICKET
ON
...SHBOARD

---

Motorcycle Plate No:
ID: 549... ...          Paid$ 1.00C 14:52

**2.00**/hr

**03:24** PM  **APR 21**[18]  Valid Date
Expiration Time          $2.00/hr
64562

OPERATED BY LAZ PARKING    chicago@lazparking.com    872-242-2903
PLACE TICKET FACE UP ON DASHBOARD. NO REFUNDS.

$2.00/hr
Entry
04/21/18
02:52 PM

Expires
04/21/18
03:24 PM
$ 1.00 C
ID:549301
64562

KEEP THIS PORTION
PROOF OF PAYMENT

Valid at any ON STREET pay box with the
same or lesser hourly RATE, until expired

⑤

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**02:23 PM**
**APR 30, 2018**

Purchase Date/Time: 01:23pm Apr 30, 2018
Total Due: $10.00
Total Paid: $10.00          Rate: 1HR OR LESS $10
Ticket #: 00003936          Pmt Type: Cash
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

Date: May 24, 2018

**3089**

HUNTER PARKING, INC.
CHICAGO, IL 60607

Rate: 17.00/Daily

Tax: None .75 1.50

Lic#: 938457

This ticket licenses holder to park one automobile
in this area at holder's risk. Lock your car.
Licensor hereby declares it is not responsible
for fire, theft, damage to or loss of such
automobile or any article left therein. Only a
license is granted and no bailment is created.

---

**RECEIPT**
IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**11:59 PM**
**OCT 25, 2018**

Time: 05:59am Oct 25, 2018
4.00       Rate: MORNING SPECIAL $14
$14.00     Pmt Type: Cash
0023322
J015502211
arborn
New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**02:36 PM**
**MAY 23, 2018**

Purchase Date/Time: 01:36pm May 23, 2018
Total Due: $10.00
Total Paid: $10.00          Rate: 1HR OR LESS $10
Ticket #: 00006440          Pmt Type: Cash
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**11:59 PM**
**OCT 23, 2018**

Purchase Date/Time: 10:44am Oct 23, 2018
$16.00
Rate: ALLDAY RATE $16
Ticket #: 00023102          Pmt Type: Cash
2211
arborn
01 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGE
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**12:50 AM**
**OCT 25, 2018**

Purchase Date/Time: 12:50am Oct 24, 2018
Total Due: $35.00
Total Paid: $35.00          Rate: 24 HOURS $35
Ticket #: 00023173          Pmt Type: CC (Swipe)
520015502211
601 Dearborn
Name: 601 New

3096, Visa
Auth #: 007130

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**12:19 AM**
**JUL 24, 2019**

Purchase Date/Time: 12:19pm Jul 23, 2019
Total Due: $16.00          Rate: 12 HOURS $16
Total Paid: $16.00         Pmt Type: Cash
Ticket #: 00050457
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**08:22 PM**
**JUL 29, 2019**

Purchase Date/Time: 08:22pm Jul 29, 2019
Total Due: $16.00          Rate: 12 HOURS $16
Total Paid: $16.00         Pmt Type: Cash
Ticket #: 00051080
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**07:01 PM**
**AUG 20, 2019**

Purchase Date/Time: 06:52am Aug 20, 2019
Total Due: $14.00          Rate: MORNING SPECIAL $14
Total Paid: $14.00         Pmt Type: CC (Swipe)
Ticket #: 00053297
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#****-3632, Visa
                                    Auth #: 079052
PLACE TICKET
FACE UP ON
S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**01:18 PM**
**JUL 23, 2019**

Purchase Date/Time: 12:18pm Jul 23, 2019
Total Due: $10.00          Rate: 1 HOUR $10
Total Paid: $10.00         Pmt Type: Cash
Ticket #: 00050456
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**07:01 PM**
**AUG 13, 2019**

Purchase Date/Time: 07:47am Aug 13, 2019
Total Due: $14.00          Rate: MORNING SPECIAL $14
Total Paid: $14.00         Pmt Type: CC (Swipe)
Ticket #: 00052596
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#****-3632, Visa
                                    Auth #: 000320
PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

IN & OUT PRIVILEGES
NO REFUNDS

57

Date/Time

**AM**
**AUG 30, 2019**

Purchase Date/Time: 05:36pm Aug 29, 2019
Total Due: $30.00          Rate: SPECIAL EVENT $30
Total Paid: $30.00         Pmt Type: CC (Swipe)
Ticket #: 00054408
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#****-3632, Visa
PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

⑦

**2969**

HUNTER PARKING, INC.
CHICAGO, IL 60607

Rate: 10-8-19

Tax: _____ None ___ .75 [ ] 1.50

Lic#: _____

MARK AVALOS

This ticket licenses holder to park one automobile in this area at holder's risk. Lock your car. Licensor hereby declares it is not responsible for fire, theft, damage to or loss of such automobile or any article left therein. Only a license is granted and no bailment is created.

---

RECEIPT
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**738457**

Expiration Date/Time

**12:33 AM**

**OCT 29, 2019**

urchase Date/Time: 12:33pm Oct 28, 2019
Total Due: $18.00          Rate: 12 HOURS $18
Total Paid: $18.00          Pmt Type: Cash
Ticket #: 00060785
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
DASHBOARD

---

RECEIPT
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**01:59 AM**

**NOV 13, 2019**

Purchase Date/Time: 03:40pm Nov 12, 2019
Total Due: $8.00          Rate: EVENING RATE $8
Total Paid: $10.00          Pmt Type: Cash
Ticket #: 00062345
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET

---

RECEIPT
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**10:49 P.M.**

**OCT 09, 2019**

chase Date/Time: 10:49am Oct 09, 2019
al Due: $18.00          Rate: 12 HOURS $18
l Paid: $18.00          Pmt Type: Cash
#: 00058686
520015502211
601 Dearborn
me: 601 New

PLACE TICKET

VEH...

---

945661    2019

200 W Randolph

Entry Time: 11/27/19 10:05 AM
Exit Time: 11/27/19 12:48 PM
Duration: 0d. 2h. 43m.
Station: 6
...n: 2346
Ticket# 3-99210
License Plate# 938457
fee           $  49.00

Total: $   49.00

                $  50.00
                $   1.00

---

NO NEED TO DISPLAY **LAZ**
YOUR RECEIPT.

VALID UNTIL:

FRIDAY NOV 01, 1:10 PM

| TICKET NUMBER: | PURCHASE TIME: |
| 6109 | 11/1/2019 |
| | 12:04 PM |

| PURCHASE AMOUNT: | METER ID: |
| $4.26 | 201408 |

| PLATE STATE: | PLATE NUMBER: |
| IL | 938457 |

HOURLY RATE: $4.00

Find a Spot or Mobile Pay
ParkChicago.com

---

NO NEED TO DISPLAY **LAZ**
YOUR RECEIPT.

VALID UNTIL:

TUESDAY OCT 22, 11:02 AM

| TICKET NUMBER: | PURCHASE TIME: |
| 5884 | 10/22/2019 |
| | 7:56 AM |

| PURCHASE AMOUNT: | METER ID: |
| $12.00 | 201408 |

| PLATE STATE: | PLATE NUMBER: |
| IL | 938457 |

HOURLY RATE: $4.00

Find a Spot or Mobile Pay
ParkChicago.com

---

NO NEED TO DISPLAY **LAZ**
YOUR RECEIPT.

VALID UNTIL:

MONDAY DEC 16, 12:41 PM

| TICKET NUMBER: | PURCHASE TIME: |
| 5218 | 12/16/2019 |
| | 11:09 AM |

| PURCHASE AMOUNT: | METER ID: |
| $6.00 | 329402 |

| PLATE STATE: | PLATE NUMBER: |
| IL | 938457 |

HOURLY RATE: $4.00

Find a Spot or Mobile Pay
ParkChicago.com

NO NEED TO DISPLAY **LAZ**
YOUR RECEIPT.

VALID UNTIL:

THURSDAY JAN 02, 9:15 AM

| TICKET NUMBER: | PURCHASE TIME: |
|---|---|
| 7059 | 1/2/2020 |
| | 7:33 AM |

| PURCHASE AMOUNT: | METER ID: |
|---|---|
| $5.47 | 201408 |

| PLATE STATE: | PLATE NUMBER: |
|---|---|
| IL | 938457 |

HOURLY RATE: $4.50

**Find a Spot or Mobile Pay**
ParkChicago.com

---

NO NEED TO DISPLAY **LAZ**
YOUR RECEIPT.

VALID UNTIL:

WEDNESDAY JAN 08, 3:04 PM

| TICKET NUMBER: | PURCHASE TIME: |
|---|---|
| 5333 | 1/8/2020 |
| | 2:01 PM |

| PURCHASE AMOUNT: | METER ID: |
|---|---|
| $4.57 | 329413 |

| PLATE STATE: | PLATE NUMBER: |
|---|---|
| IL | 938457 |

HOURLY RATE: $4.50

**Find a Spot or Mobile Pay**
ParkChicago.com

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**12:50 AM**

**JAN 15, 2020**

Purchase Date/Time: 12:50pm Jan 14, 2020
Total Due: $18.00     Rate: 12 HOURS $'
Total Paid: $18.00    Pmt Type: Ca
Ticket #: 00068174
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

PLACE TICKET
FACE UP ON
VEHICLE'S DASHBOARD

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**12:58 AM**

**JAN 12, 2020**

Purchase Date/Time: 12:58pm Jan 11, 2020
Total Due: $16.00     Rate: 12 HOURS $16
Total Paid: $16.00    Pmt Type: Cash
Ticket #: 00067932
S/N #: 520015502211
Setting: 601 Dearborn

---

NO NEED TO DISPLAY **LAZ**
YOUR RECEIPT.

VALID UNTIL:

THURSDAY JAN 16, 11:45 AM

| TICKET NUMBER: | PURCHASE TIME: |
|---|---|
| 7319 | 1/16/2020 |
| | 9:43 AM |

| PURCHASE AMOUNT: | METER ID: |
|---|---|
| $9.00 | 201408 |

| PLATE STATE: | PLATE NUMBER: |
|---|---|
| IL | 938457 |

HOURLY RATE: $4.50

**Find a Spot or Mobile Pay**
ParkChicago.com



(9)

**NO NEED TO DISPLAY YOUR RECEIPT.** LAZ

VALID UNTIL:

THURSDAY NOV 14, 4:11 PM

| TICKET NUMBER: | PURCHASE TIME: |
|---|---|
| 6329 | 11/14/2019 |
| | 3:09 PM |
| PURCHASE AMOUNT: | METER ID: |
| $4.00 | 201408 |

| PLATE STATE: | PLATE NUMBER: |
|---|---|
| IL | 938456 |

HOURLY RATE: $4.00

**Find a Spot or Mobile Pay**
ParkChicago.com

---

**NO NEED TO DISPLAY YOUR RECEIPT.** LAZ

VALID UNTIL:

WEDNESDAY DEC 04, 2:19 PM

| TICKET NUMBER: | PURCHASE TIME: |
|---|---|
| 2489 | 12/4/2019 |
| | 11:17 AM |
| PURCHASE AMOUNT: | METER ID: |
| $12.00 | 201402 |

| PLATE STATE: | PLATE NUMBER: |
|---|---|
| IL | 938457 |

HOURLY RATE: $4.00

**Find a Spot or Mobile Pay**
ParkChicago.com

---

**RECEIPT**
NO IN & OUT PRIVILEGES
NO REFUNDS
TICKET NON TRANSFERABLE

License Plate Number

**938457**

Expiration Date/Time

**07:01 PM**

**DEC 02, 2019**

Purchase Date/Time: 07:57am Dec 02, 2019
Total Due: $15.00     Rate: MORNING SPECIAL $15
Total Paid: $15.00    Pmt Type: CC (Swipe)
Ticket #: 00054174
S/N #: 520015502211
Setting: 601 Dearborn
Mach Name: 601 New

#****-1412  Visa

Auth #: 025866

PLACE TICKET
FACE UP ON
VEHICLE DASHBOARD

PARKING RECEIPT / PARKING RECEIPT / PARKING RECEIPT / PARKING RECEIPT

---

**NO NEED TO DISPLAY YOUR RECEIPT.** LAZ

VALID UNTIL:

THURSDAY MAR 12, 2:13 PM

| TICKET NUMBER: | PURCHASE TIME: |
|---|---|
| 3693 | 3/12/2020 |
| | 11:11 AM |
| PURCHASE AMOUNT: | METER ID: |
| $13.50 | 732311 |

| PLATE STATE: | PLATE NUMBER: |
|---|---|
| IL | 938457 |

HOURLY RATE: $4.50

**Find a Spot or Mobile Pay**
ParkChicago.com

## Office Supplies

| Description | Date | Amount |
|---|---|---|
| Paper, Pens, Ink Stationery | 1/21/2016 | $6.54 |
| Paper, Pens, Ink Stationery | 2/17/2017 | $76.81 |
| Paper, Pens, Ink Stationery | 5/12/2017 | $50.45 |
| Paper, Pens, Ink Stationery | 7/26/2017 | $8.22 |
| Paper, Pens, Ink Stationery | 8/31/2017 | $20.81 |
| Paper, Pens, Ink Stationery | 9/6/2017 | $43.88 |
| Paper, Pens, Ink Stationery | 9/6/2017 | $32.91 |
| Paper, Pens, Ink Stationery | 9/10/2017 | $14.80 |
| Paper, Pens, Ink Stationery | 12/29/2017 | $24.67 |
| Paper, Pens, Ink Stationery | 1/16/2018 | $32.69 |
| Photocopies | 1/25/2018 | $1.87 |
| Paper, Pens, Ink Stationery | 1/9/2018 | $11.62 |
| Paper, Pens, Ink Stationery | 1/24/2018 | $104.93 |
| Paper, Pens, Ink Stationery | 1*24/2018 | $10.45 |
| Paper, Pens, Ink Stationery | 2/20/2018 | $28.33 |
| Paper, Pens, Ink Stationery | 4/9/2018 | $118.80 |
| Paper, Pens, Ink Stationery | 4/13/2018 | $16.46 |
| Paper, Pens, Ink Stationery | 4/14/2018 | $20.28 |
| Paper, Pens, Ink Stationery | 6/13/2018 | $3.29 |
| Paper, Pens, Ink Stationery | 10/28/2018 | $16.44 |
| Photocopies | 10/28/2018 | $4.20 |
| Paper, Pens, Ink Stationery | 1/29/2019 | $27.39 |
| Paper, Pens, Ink Stationery | 7/12/2019 | $16.44 |
| Paper, Pens, Ink Stationery | 7/19/2019 | $130.79 |
| Paper, Pens, Ink Stationery | 8/19/2019 | $34.86 |
| Paper, Pens, Ink | 10/15/2019 | $128.19 |

①

# Office DEPOT
# OfficeMax

OFFICEMAX STORE 6047
4921 W. Cal Sag Rd.
Crestwood, IL 60445

11/21/2016    16.8.2         1:20 PM
STR 6047   REG 3   TRN 6188   EMP 282409

SALE
Product ID   Description        Total
968627  PPR 8.5X11 500         8.29SS
  Instant Savings             -2.29
         **You Pay**           **6.00SS**

         Subtotal:             6.00
Sales Tax:                     0.54
         Total:                6.54
         Cash:                 20.00

         CHANGE:              (13.46)
****        x           (  )  x

---

# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

SALE                 1761679 2 002-66105
                     1657 02/17/17 07:05
QTY SKU                        PRICE

1  HP 95/98 BLK/CLR 1
   882780668256              69.99
                            69.99
SUBTOTAL
   Standard Tax 9.75%          6.82
TOTAL                       $76.81

Cash                         80.00

Cash Change                   3.19
          TO    T/F

---

# Office DEPOT
# OfficeMax

OFFICEMAX STORE 6047
492 W. Cal Sag Rd.
Crestwood, IL 60445

6/12/2017    16.3.2          1:21 PM
TR 6047   REG 7   TRN 4001   EMP 630002

SALE
Product ID   Description        Total
537145  TAPE,INV,DISP,        12.49SS
  Business Solutions Prc      11.51
         **You Pay**          **11.51SS**
396420  TAPE,CORRECTIO         5.99SS
  Business Solutions Prc       5.27
         **You Pay**           **5.27SS**
222864  CLIP,PPR,JMB,B
  2 @ 2.29                     4.58
  Business Solutions Prc       2.66
         **You Pay**           **2.66SS**
855946  RBRBNDS SZ64,1         7.99SS
  Business Solutions Prc       7.48
         **You Pay**           **7.48SS**
855883  RBRBNDS SZ33,1         7.99SS
  Business Solutions Prc       6.62
         **You Pay**           **6.62SS**
181109  SHEET PROTECTO        14.59SS
  Business Solutions Prc      12.74
         **You Pay**          **12.74SS**

         Subtotal:            46.28
Tax:                          4.17
         Total:              50.45
         Cash:               51.00

---

# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3064

SALE                 1791173 6 002
                     1657 07/26/17 05:45
QTY SKU                        PRICE

1  TRANS XL PENCIL BO *
   718103020374               3.00
1  TRANSLUCENT PENCIL *
   718103213226               1.00
1  TRANSLUCENT PENCIL *
   718103213226               1.00
1  SPLS JUMBO PPRCLIP
   718103150873               2.49
SUBTOTAL                      7.49
   Standard Tax 9.75%         0.73
TOTAL                        $8.22

Cash                         20.00

Cash Change                  11.78
          TOTAL ITEMS     4





# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

SALE                1372336 1 001 00017
                    1657 08/31/17
Your Sales Associate was:
        Vanessa G

QTY SKU                      PRICE

1   STPLS DUAL SIZE PE *
    718103015332              1.00
1   STPLS DUAL SIZE PE *
    718103015332              1.00
1   STPLS DUAL SIZE PE *
    718103015332              1.00
1   STAPLES JMB PPR CL
    718103069410              7.95
    SHARPIE PERM FN BL *
    071641048768              7.97
    TOTAL                    18
    Sta

# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

SALE                1858101 2 002 03513
                    1657 09/06/17 08:45
QTY SKU                      PRICE

1   STAPLES RESTICKABL
    718103254588             29.99
SUBTOTAL                     29.99
Standard Tax 9.75%            2.92
                            $32.91

# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

SALE                1856487 1 001 51141
                    1657 09/06/17 16:30
Your Sales Associate was:
        tonya s

QTY SKU                      PRICE

1   STAPLE RESTICKABL
    718103254588             29.99
1   FLIP CHART MARKER
    071641224803              9.99
SUBTOTAL                     39.98
Standard Tax 9.75%            3.90
TOTAL                       $43.88

Cash                        100.00

Cash Change                  56.12
        TOTAL ITEMS    2

# Office DEPOT
# OfficeMax

CRESTWOOD - (708) 396-3360
09/10/2017   8:38 PM

2FVTYG4P4Y5X5EXRW

SALE        6047-3-3970-289454-17.6.1
548041  HIGHLIGHTER,MJ         4.59 SS
456371  MKR,FLIP,8CLR         10.59SS
    Instant Savings           -1.60
        You Pay               8.99SS
        Subtotal:            13.58
        Sale                  1.22
                             14.80



# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

SALE                1869526 2 002 22771
                    1657 12/29/17 04:05
Your Sales Associate was:
                    Emily M

QTY SKU                        PRICE

*****Promotion*****
1   PHILIPS BASS SOUND *
    609585229181
                                14.99
1   PHILIPS BASS SOUND *
    609585229181
                                7.49
    * Reg. Price 14.99
    Item Discount <-7.50>
    Promotion Discount <-7.50>
    ****************************
                                22.48




within 90 days for office supplies, 30 days for

# Office DEPOT
# OfficeMax

CRESTWOOD - (708) 396-3360
01/25/2018  5:14 PM

2PVT7GPPMY54BEB6F

SALE        6047-4-1097-326835-17.9.2
            8W SS Letter
    15           0.45
        You Pay      0.45E
        Color SS Lette
    0.71            1.42
        You Pay      1.42E
        Subtotal
                     1.87
                     1.87

# Office DEPOT
# OfficeMax

CRESTWOOD - (708) 396-3360
01/16/2018  1:07 PM

2PVT9GPPAY3YXEE6F

SALE        6047-2-1202-283065-17.9.2
434238  EASEL PD,SLFST
                            29.99 SS
            Subtotal:       29.99
            Sales Tax       2.70
            Total           32.69
Rewards Cert 9678:          7.78

            Cash:           25.00

            CHANGE:         (0.09)



DAVID D 5565580759
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
                       and view your

# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

SALE                1791175 5 001 70399
                    1657 01/09/18 03:27
QTY SKU                        PRICE

1   STAPLES JMB PPR CL
    718103047524
                                10.29
SUBTOTAL                        10.29
    Standard Tax 9.75%          1.00
TOTAL                       $11.29

Cash



## Office DEPOT OfficeMax

CRESTWOOD - (708) 396-3360
01/24/2018  6:22 PM



2PVT7GPP3Y54BER6F

SALE                6047-4-1037-286599-17.9.2

Order Management Invoice # 1015778310018
Approval Code: 999999
-------------
114318  JDA GMILL ORDE



Dr...  ...

TDS Ch...

---

## Office DEPOT OfficeMax

CRESTWOOD - (708) 396-3360
04/09/2018  11:27 AM



2PVT3GQPAYQY6EWFF

SALE           6047-2-9704-895934-18.3.2
431632  HEWLETT PACKAR          108.99 SS
                 Subtotal:       108.99
                 Sales Tax:        9.81
                 Total:         118.80
            ...  .8:           118.80

---

## Office DEPOT OfficeMax

CRESTWOOD - (708) 396-3360
01/24/2018  6:24 PM

2PVT7GPP3Y54EER6F

                6047-4-1038-286599-17.9.2
G76  PAPER,OFFICE C          9.59SS
erride - Customer Satisfaction
Retail After Discounts        9.59
Business Solutions Prc        9.59
            You Pay        9.59SS
        S...

---

# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

SALE               1831201 4 001 86...
                   1657 04/13/18 09 ...

Your Sales Associate was:
             Luz V

QTY SKU                       PRI

1  SPLS POLY STAB HAN *
   718103058735              15.00
S JBTOTAL                    15...
   Standard Tax 9.75%         1...
                            $16...



---

## Office DEPOT OfficeMax

CRESTWOOD - (708) 396-3360
02/20/2018  8:23 PM

2PVTUGAPMY5X6EXFF

SALE            6047-3-9594-893880-18.1.2
244559  INK,CANON,PG24        25.99 SS
                Subtotal:      25.99
                Sales Tax       2.34
                To...          28.33
                             30.00

            ...         (1.67)

---

# STAPLES

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

ALE                1831201 1 001 8...
                   1657 04/14/18 0...

your Sales Associate was:
             Luz V

QTY SKU                      PRICE

1  SHARPIE FINE PERM
   071641300019              12.99
1  ACCENT TANK HIGHLI
   071641048133               5.49
SUBTOTAL                     18.48
   Standard Tax 9.75%         1.80
TOTAL                       $20.28

Cash                          ...



(5)

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084
1871311 0 002 02699
1657 06/13/18 10:44

QTY SKU                          PRICE

JST-IT PAGE MARKE *
051141944784                        
JTAI
Standard Tax 9.75%

sh

Cash Change



9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084
SALE                1836318 2 002
1657 10/28/18

QTY SKU                          PR

*****Promotion*****
1  SENTRY PREMIUM BUD *
   080068003960                   9.99
1  SENTRY PREMIUM BUD *
   080068003960                   4.00
   * Reg. Price 9.99
   I Item Discount <-5.00>
   Promotion Discount <-5.00>
   ******************************
   TAL                           14.
   Standard Tax 9.75%              4
Cash                               00

## Office DEPOT
## OfficeMax

CRESTWOOD - (708) 396-3360
10/28/2018  10:40 AM

2PTT3G9PMY555ECEF

SALE              6047-1-5790-904202-18.10.2
167060  BW SS Letter
   168 @ 0.15                    25.20
   Bulk @0.025                   -1.68
   Retail After Discounts        23.52
   Business Solutions Prc         4.20
      You Pay                     4.20
      Subtotal:                   4.20
      Total                       4.20
      Cash                        5.00

---

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084
SALE              1943713 0 002 5667
1657 11/29/19 02:3.

QTY SKU                          PRICE

PHILIPS 16GB USB V *
8719274666905                    3.99
Instant Savings < 2.40>
1  PHILIPS 16GB USB V *
8719274666905                    3
Instant Savings <-2.40>
LEXAR 2PK 32GB SSD
843367111510                    16
SUBTOTAL                        24.9
Standard Tax 9.7%



STAPL

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084
SALE              1922578 2 002 35
1657 07/12/19 08

QTY SKU                          PRICE

*****Promotion*****
SENTRY PREMIUM EB *
080068003960                     9.99
SENTRY PREMIUM EB *
080068003960                     4.0
* Reg. Price 9.99
* Item Discount < 5.00>
tal Promotion Discount <-5.00>
*******************************
OTAL                            14.0

## Office DEPOT
## OfficeMax

CRESTWOOD - (708) 396-3360
07/19/2019  10:39 AM

2PVT3GYP4Y355EWFH

SALE              6047-1-9770-283065-19.7.2
431632  HEWLETT PACKAR       119.99 SS
            Subtotal:         119.99
                                 20
            ta                1 79
            as                 0





**Office DEPOT**
**OfficeMax**

CRESTWOOD - (708) 396-3360
11/09/2019  9:23 AM

2PTTUGPP5YQYEEW8H

| | | |
|---|---|---|
| SALE | 6047-2-6548-283065-19.1( | |
| 222864 CLIP,PPR,JMB,B | | 3.99SS |
| Business Solutions Prc | 2.87 | |
| **You Pay** | | **2.87**SS |
| 548041 HIGHLIGHTER,MJ | | 4.69SS |
| Business Solutions Prc | 4.12 | |
| **You Pay** | | **4.12**SS |
| 1394857 FF Rein 1/3 Lt | | 19.9? SL |
| Business Solutions Prc | 21.580 | |
| **You Pay** | | **19.9**SS |
| Subtotal: | | 26.9? |
| Sales Tax | | 2.4? |
| Total | | 29.4? |

---

**Office DEPOT**
**OfficeMax**

CRESTWOOD - (708) 396-3360
11/18/2019  5:00 PM

2PTTPGPPYY3Y8ECCH

| | | |
|---|---|---|
| SALE | 6047-2-7359-963040-19.11-2 | |
| 431632 HEWLETT PACKAR | | 119.99SS |
| Business Solutions Prc | 94.23 | |
| **You Pay** | | **94.23**SS |
| Subtotal: | | 94.23 |
| Sales Tax | | 8.48 |
| Total | | 10? 7? |

---

**Office DEPOT**
**OfficeMax**

CRESTWOOD - (708) 396-3360
08/19/2019  11:34 AM



2PVTPGXPXY355EWRH

| | | |
|---|---|---|
| | 6047-1-3360-87053? 1? ?.2 | |
| ?02 ?6 Jacket Lgl Man | | |
| ? ?8 MAN,JKT,25PK,L | | ? ? |
| Subtotal: | | |
| Sales Tax | | |
| Total | | 34.86 |
| Rewards Cert 9368: | | 3.98 |

Ca. ?.??

---

**Office**
**OfficeMax**

CRESTWOOD - (708) 396-3360
10/15/2019  11:04 AM



2PTTQG9PUY355EBFH

| | | |
|---|---|---|
| | 6047-1-9610-962640-19.9.2 | |
| ? EARBUDS,METAL, | | 14.99SS |
| ?ness Solutions Prc | 14.99 | |
| **You Pay** | | **14.99**SS |
| PPR,COPY,OD,RE | | 8.39 SS |
| ?ness Solutions Prc | 8.630 | |
| **You Pay** | | **8.39**SS |
| ?3? ? HEWLETT PACKAR | | 119.99SS |
| D? ?ness Solutions Prc | 94.23 | |
| **You Pay** | | **94.23**SS |
| Subtotal: | | 117.61 |
| Sales Tax | | 10.58 |
| Total | | 128.19 |
| Cash: | | 140.00 |

---



**STAPLES**

9631 S.Cicero Avenue
OAK LAWN, IL 60453
(708) 425-3084

1933088 1 001 79854
1657 11/30/19 10:35

| QTY SKU | PRICE |
|---|---|
| POST11 1IN FLAGS R | |
| 021200690884 | 7.79 |
| 1 BIC WITE-OUT CORRE | |
| 070330505926 | 5.49 |
| SUBTOTAL | 13.28 |
| Standard Tax 9.75% | 1.29 |
| TOTAL | $14.57 |
| | |
| Cash | 20.00 |

| Stationery | | |
|---|---|---|
| Paper, Pens, Ink Stationery | 11/9/2019 | $29.41 |
| Paper, Pens, Ink Stationery | 11/18/2019 | $102.71 |
| Paper, Pens, Ink Stationery | 11/30/2019 | $14.57 |
| **TOTAL COST** | | **$1132.81** |

## Printing Costs

| Date | Description | Amount |
|---|---|---|
| 2/14/2016 | Printing | $150.00 |
| 2/16/2016 | Printing | $10.00 |
| 3/25/2016 | Printing | $28.00 |
| 4/29/2016 | Printing | $40.00 |
| 6/5/2016 | Printing | $5.00 |
| 8/4/2016 | Printing | $20.00 |
| 9/8/2016 | Printing | $20.00 |
| 11/19/2016 | Printing | $30.00 |
| 1/10/2017 | Printing | $9.00 |
| 1/25/2017 | Printing | $30.00 |
| 2/3/2017 | Printing | $10.00 |
| 2/24/2017 | Printing | $15.00 |
| 9/7/2017 | Printing | $10.00 |
| 9/21/2017 | Printing | $10.00 |
| 9/24/2017 | Printing | $65.00 |
| 11/18/2017 | Printing | $25.00 |
| 12/10/2017 | Printing | $20.00 |
| 1/17/2018 | Printing | $90.00 |
| 1/30/2018 | Printing | $20.00 |
| 2/8/2018 | Printing | $5.00 |
| 2/25/2018 | Printing | $48.00 |
| 3/8/2018 | Printing | $10.00 |
| 3/16/2018 | Printing | $30.00 |
| 3/23/2018 | Printing | $15.00 |
| 3/30/2018 | Printing | $10.00 |
| 4/4/2018 | Printing | $40.00 |
| 4/6/2018 | Printing | $140.00 |
| 4/17/2018 | Printing | $25.00 |
| 4/27/2018 | Printing | $55.00 |
| 6/24/2018 | Printing | $60.00 |
| 10/2/2019 | Printing | $35.00 |
| 11/2/2019 | Printing | $15.00 |
| 11/12/2019 | Printing | $40.00 |
| 11/18/2019 | Printing | $50.00 |
| 12/15/2019 | Printing | $145.00 |
| 12/15/2019 | Printing | $95.00 |
| 12/15/2019 | Printing | $75.00 |
| **Total Printing Costs** | | **$1490.00** |

(P62)    6/5/2016

$ 150.00    2/14/2016

$ 5.00



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 10.00    2/16/2016

$ 20.00    8/4/2016



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 28.00    3/25/2016

$ 10.00    9/8/2016



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 40.00    4/29/2016

$ 20.00    11/9/2016



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

[Tuesday]

Thurs

$ ___9.00___

$ ___10.00___

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

1/25/2017

9/21/17
Thursday

$ ___30.00___

$ ___10.00___



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

Friday - 2/3/2017

9/24/17

$ ___10.00___

$ ___65.00___



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

2/24/2017

Saturday, 11/18/2017 - 8:30 Am.

$ ___15.00___

$ ___25.00___



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

12/10/2017

$ 20.00

2/25/2011

$ 48

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

Wednesday ← 1/17/2018

$ 90.00

3/8/2018

$ 10.00



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

1/30/2018

$ 20.00

3/16/2018

$ 30.00



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

2/8/2018

$ 5.00

3/23/2018

$ 15.00



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 10.00

$ 55.



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 40 00 4/1/2018

$ 60.00    2/24/18 Sunday



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 140 00   4/6/2018

$ 35.00   10/2/2019



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 25.00   4/17/2018

$ 15.00   11/2/2019



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

065 $ 40.00

$ 75 00

12/15/2019





4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

✗ 11/18/19

$ 50.00



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 145 00   12/15/2019



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

$ 95 00   12/15/2019



4720 W. 103rd Street
Oak Lawn, IL 60453
Phone: (708) 424-6788
Fax: (708) 424-0410

**Mailing Court Costs**

| Date | Amount |
|------|--------|
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 2/17/2016 | $6.45 |
| 9/19/2016 | $6.45 |
| 1/24/2017 | $7.14 |
| 2/9/2017 | $23.75 |
| 6/2/2017 | $23.75 |
| 8/18/2017 | $23.75 |
| 11/8/2017 | $6.65 |
| 11/11/2017 | $23.75 |
| 2/22/2018 | $24.70 |
| 2/27/2018 | $24.70 |
| 3/6/2018 | $24.70 |
| 3/23/2018 | $9.70 |
| 4/2/2018 | $24.70 |
| 4/18/2018 | $6.70 |
| 4/20/2018 | $13.40 |
| 5/23/2018 | $24.70 |
| 6/28/2018 | $6.70 |
| 6/4/2019 | $7.35 |
| 6/19/2019 | $25.50 |
| 11/19/2019 | $7.35 |
| **TOTAL COST** | **$346.69** |



STOCKYARD
4101 S HALSTED ST STE 1
CHICAGO
IL
606099998
1615910091
02/17/2016     (800)275-8777     5:03 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 1-Day Flat Rate Env | 1 | $6.45 |

(Domestic)
(CHICAGO, IL 60642)
(Flat Rate)
(Expected Delivery Day)
(Thursday 02/18/2016)
(USPS Tracking #)
(9505 5111 1494 6048 2179 24)

| Insurance | 1 | $0.00 |

(Up to $50.00 included)

Total                              5.

$10.45

---

STOCKYARD
4101 S HALSTED ST STE 1
CHICAGO
IL
606099998
1615910091
02/17/2016     (800)275-8777     5:05 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 1-Day Flat Rate Env | 1 | $6.45 |

(Domestic)
(CHICAGO, IL 60602)
(Flat Rate)
(Expected Delivery Day)
(Thursday 02/18/2016)
(USPS Tracking #)
(9505 5111 1494 6048 2179 48)

| Insurance | 1 | $0.00 |

(Up to $50.00 included)

Total                            $6.45

$6.50
($0.05)

to 28777
ar          ices only
1 y      siness

---

STOCKYARD
4101 S HALSTED ST STE 1
CHICAGO
IL
606099998
1615910091
02/17/2016     (800)275-8777     5:04 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 1-Day Flat Rate Env | 1 | $6.45 |

(Domestic)
(CHICAGO, IL 60607)
(Flat Rate)
(Expected Delivery Day)
(Thursday 02/18/2016)
(USPS Tracking #)
(9505 5111 1494 6048 2179 31)

| Insurance | 1 | $0.00 |

(Up to $50.00 included)

tal                              $6.45

$20.50
($14.05)

your tracking number to 28777

---

STOCKYARD
4101 S HALSTED ST STE 1
CHICAGO
IL
606099998
1615910091
02/17/2016     (800)275-8777     5:06 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 1-Day Flat Rate Env | 1 | $6.45 |

(Domestic)
(CHICAGO, IL 60611)
(Flat Rate)
(Expected Delivery Day)
(Thursday 02/18/2016)
(USPS Tracking #)
(9505 5111 1494 6048 2179 55)

| Insurance | 1 | $0.00 |

(Up to $50.00 included)

Total                            $6.45

Cash                             $10.50





⑤

STOCKYARD
4101 S HALSTED ST STE 1
CHICAGO
IL
606099998
1615910091
02/17/2016    (800)275-8777    5:08 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM 1-Day Flat Rate Env | 1 | $6.45 |

(Domestic)
(CHICAGO, IL 60604)
(Flat Rate)
(Expected Delivery Day)
(Thursday 02/18/2016)
SPS Tracking #)
505 5111 1494 6048 2179 62)
ance    1    $0.00
(Up to $50.00 included)

---

MOUNT GREENWOOD
3349 W 111TH ST
CHICAGO
IL
60655-9998
1615670551
(800)275-8777    4:19 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Day e Env | 1 | $6.45 |

(Domestic)
(CHICAGO, IL 60602)
Rate)
(Expected Delivery Day)
(Tuesday 09/20/2016)
(USPS Tracking #)
(9 5106 0114 5263 0087 87)
1    $0.00
(0 included)

Total

---

MOUNT GREENWOOD
3349 W 111TH ST
CHICAGO
IL
60655-9998
1615670551
4/2017    (800)275-8777    12:27 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.49 |
| PM 1-Day Flat Rate Env | 1 | $6.65 |
| Insurance | 1 | $0.00 |

(CHICAGO, IL 60680)
(Weight 0 Lb 0.80 Oz)
(Expected Delivery Day)
(Thursday 01/26/2017)

(Domestic)
(CHICAGO, IL 60602)
(Flat Rate)
(Expected Delivery Day)
(Wednesday 01/25/2017)
(USPS Tracking #)
(9505 5116 0111 7024 0421 28)
(Up to $50.00 included)

Total    $7.14

---

WORTH
11114 S HARLEM AVE
WORTH
IL
60482-9998
1686340482
02/09/2017    (800)275-8777    1:46 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Exp 1-Day Rate Env | 1 | $23.75 |
| PM Exp Insurance | 1 | $0.00 |

(Domestic)
(CHICAGO, IL 60602)
(Flat Rate)
(Signature Requested)
(Scheduled Delivery Day)
(Friday 02/10/2017 12:00 PM)
(Money Back Guarantee)
(USPS Tracking #)
(EL551223204US)
(0 included)



WORTH
1111 S HARLEM AVE
WORTH
IL
60482-9998
1686340482
00/02/20.    (800)275-8777    1:05 PM

| luct ription | Sale Qty | Final Price |
|---|---|---|
| PM Exp 1-Day t Rate Env (Domestic) (CHICAGO, IL 60602) (Flat Rate) (Signature Waiver) (Scheduled Delivery Day) (Saturday 06/03/2017 12:00 PM) (Money Back Guarantee) (USPS Tracking #) (EL657455310US) | 1 | $23.75 |
| PM Exp Insurance (Up to $100.00 included) | 1 | $0.00 |

MOUNT GREENWOOD
3349 W 111TH ST
CHICAGO
IL
60655-9998
1615670551
08/2017    (800)275-8777    10:44 AM

| luct ription | Sale Qty | Final Price |
|---|---|---|
| .-Day Rate Env (Domestic) (CHICAGO, IL 60602) (Flat Rate) (Expected Delivery Date) (Thursday 11/09/2017) (USPS Tracking #) (9505 5106 0112 7312 0295 26) | 1 | $6.65 |
| Insurance (Up ... .0 ... | 1 | $0.00 |



MOUNT GREENWOOD
3349 W 111TH ST
CHICAGO
IL
60655-9998
1615670551
18/2017    (800)275-8777    3:57 PM

| luct ription | Sale Qty | Final Price |
|---|---|---|
| Exp 1-Day t Rate Env (Domestic) (CHICAGO, IL 60602) (Flat Rate) (Signature Waiver) (Scheduled Delivery Day) (Saturday 08/19/2017 12:00 PM) (Money Back Guarantee) (USPS Tracking #) (EL790158233US) | 1 | $23.75 |
| PM Exp Insurance (Up to $100.00 included) | 1 | |

B
C

LOOP CLARK STREET
211 S CLARK ST
CHICAGO
IL
60604-9998
1615620041
11/2018    (800)275-8777    1:38 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| PM Exp 1-Day Flat Rate Env (Domestic) (CHICAGO, IL 60602) (Flat Rate) (Signature Waiver) (Scheduled Delivery Date) (Friday 01/12/2018 12:00 PM) (Money Back Guarantee) (USPS Tracking #) (EL551223218US) | 1 | $23.75 |
| PM Exp Insurance (Up to $100.00 included) | 1 | $0.00 |

```
========================================
          MOUNT GREENWOOD
          3349 W 111TH ST
             CHICAGO
               IL
            60655-9998
            1615670551
02/22/2018   (800)275-8777   4:37 PM
========================================
Product              Sale      Final
Description          Qty       Price
----------------------------------------
PM Exp 1-Day          1        $24.70
Flat Rate Env
    (Domestic)
    (CHICAGO, IL  60602)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Date)
    (Friday 02/23/2018 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE122558479US)
    Exp               1        $0.00
  urance
    (Up to $100.00 included)

  otal

Cas
```

```
========================================
          MOUNT GREENWOOD
          3349 W 111TH ST
             CHICAGO
               IL
            60655-9998
            1615670551
06/2018      (800)275-8777   2:45 PM
========================================
Product              Sale      Final
 cription            Qty       Price
----------------------------------------
PM Exp 1-Day          1        $24.70
Flat Rate Env
    (Domestic)
    (CHICAGO, IL  60602)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Date)
    (Wednesday 03/07/2018 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE122558995US)
PM Exp                1        $0.00
Insurance
    (Up to $100.00 included)

  Total                          ($0.
```

```
          MOUNT GREENWOOD
          3349 W 111TH ST
             CHICAGO
               IL
            60655-9998
            1615670551
  2018       (800)275-8777   11:00 AM
========================================
Product              Sale      Final
Description          Qty       Price
----------------------------------------
PM Exp 1-Day          1        $24.70
Flat Rate Env
    (Domestic)
    CHICAGO, IL  60602)
    Flat Rate)
    Signature Requested)
    Scheduled Delivery Date)
    (Wednesday 02/28/2018 12:00 PM)
    Money Back Guarantee)
    SPS Tracking #)
    E122558451US)
  nce                 1        $0.00
  p to $100.00 included)
```

```
          LOOP CLARK STREET
          211 S CLARK ST
              CH?
            6060
            1615620 41
03/23/2018   (800)275-8777    M
========================================
 oduct               Sale      al
 escription          Qty       Price
----------------------------------------
   1-Day              1        $6.70
    Ra   Env
    (Domestic)
    CHICAGO, IL  60602)
    (Flat Rate)
    (Expected Delivery Date)

    (USPS Tracking #)
    (9510 8119 1122 8082 1126 17)
   urance            1        $0.00
    (Up to $50.00 included)
Sign_Conf            1        $3.00

  Total                        $9.70

                              $20.00
                             ($10.30)
```





```
===================================
         LOOP CLARK STREET
           211 S CLARK ST
             CHICAGO
               IL
            60604-9998
            1615620041
4/20/2018   (800)275-8777    3:17 PM
===================================
roduct                 Sale      Final
scription               Qty      Price

I 1-Day                  1       $6.70
 at Rate Env
  (Domestic)
  (CHICAGO, IL 60602)
  (Flat Rate)
  (Expected Delivery Date)
  (Saturday 04/21/2018)
  (USPS Tracking #)
  (9505 5119 1121 8110 0972 28)
Insurance                1       $0.00
  (Up to $50.00 included)
PM 1-Day                 1       $6.70
Flat Rate Env
  (Domestic)
  (CHICAGO, IL 60602)
  (Flat Rate)
  (Expected Delivery Date)
  (Saturday 04/21/2018)
  (USPS Tracking #)
  (9505 5119 1121 8110 0972 35)
Insurance                1       $0.00
  (Up t  50.00 included)

                                $13.40

                                $20.40
                               ($7.00)
```

```
===================================
        MOUNT GREENWOOD
         3349 W 111TH ST
             CHICAGO
               IL
            60655-9998
            1615670551
2/2018      (800)275-8777    2:40 PM
===================================
Pr   uct               Sale      Final
 iption                 Qty      Price

 N Exp 1-Day             1       $24.70
 st Rate Env
  (Domestic)
  (CHICAGO, IL 60602)
  (Flat Rate)
  (Signature Waiver)
  (Scheduled Delivery Date)
  (Thursday                 2.00 PM)
  (Money Back Gua
  (USPS Tracking #)
  (EM60558722400
PM Exp                   1       $0.00
Insurance
  (Up to $100.00 included)

Total                           $24.70

                               ($0.
```

```
   ==   ==
   )0  CL   v STREET
       211 S CLARK ST
           CHICAGO
             IL
          60604-9998
          1615620041
04/18/2018  (800)275-8777    3:47 PM
===================================
Product                Sale      Final
Description             Qty      Price

 1-Day                   1       $6.70
 at Rate Env
  (Domestic)
  (CHICAGO, IL 60602)
  (Flat Rate)
  (Expected Delivery Date)
  (Thursday 04/19/2018)
  (USPS Tracking #)
  (9505 5119 1127 8108 0142 00)
 nsurance                1       $0.00
  (Up to $50.00 included)

Total                           $6.70
```

```
===================================
       LOOP   /   STREET
          211 S CLARK ST
            CHICAGO
               IL
           60604-9998
           1615620041
/23/2018    (800)275-8777    2:00 PM
===================================
oduct                  Sale      Final
scription               Qty      Price

PM Exp 1-Day             1       $24.70
 Flat Rate En
  (Domestic)
  (CHICAGO, IL 60602)
  (Flat Rate)
  (Signature Waiver)
  (Scheduled Delivery Date)
  (Thursday 05/24/2018 12:00 PM)
  (Money Back Guarantee)
  (USPS Tracking #)
  (EE118103873US)
 M Exp                   1       $0.00
Insurance
  (Up to $100.00 included)

Total                           $24.70

                                $2
                               ($0.
```

(6)

```
=========================================
            LOOP CLARK STREET
             211 S CLARK ST
               CHICAGO
                  IL
              60604-9998
             1615620041
06/28/2018   (800)275-8777    10:38 AM
=========================================
Product                Sale      Final
Description            Qty       Price

PM 1-Day                1        $6.70
Flat Rate Env
    (Domestic)
    (CHICAGO, IL  60602)
    (Flat Rate)
    (Expected Delivery Date)
    (Friday 06/29/2018)
    (USPS Tracking #)
    (9505 5119 1124 8179 2091 26)
  Insurance             1        $0.00
    (Up to $50.00 included)

  Total                          $6.70

  Cash
  Change
```

```
=========================================
            MOUNT GREENWOOD
             3349 W 111TH ST
               CHICAGO, IL
              60655-9998
             1615670551
06/19/2019   (800)275-8777     4:04 PM
=========================================
Product                Sale      Final
Description            Qty       Price

PM Exp 1-Day            1        $25.50
Flat Rate Env
    (Domestic)
    (CHICAGO, IL  60604)
    (Flat Rate)
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Thursday 06/26/2019 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE122711380US)
  PM Exp                1        $0.00
  Insurance
    (Up to $100.00 included)

  Total                          $25.50

                                 $30.00
                                 ($4.50)
```

```
=========================================
            LOOP CLARK STREET
             211 S CLARK ST
               CHICAGO, IL
              60604-9998
             1615620041
06/04/2019   (800)275-8777    11:07 AM
=========================================
Product                Sale      Final
Description            Qty       Price

PM 1-Day                1        $7.35
Flat Rate Env
    (Domestic)
    (CHICAGO, IL  60602)
    (Flat Rate)
    (Expected Delivery Day)
    (Wednesday 06/05/2019)
    (USPS Tracking #)
    9505 5119 1124 9155 3098 61)
  Insurance             1        $0.00
    to $50.00 included)
```

```
=========================================
            LOOP CLARK STREET
             211 S CLARK ST
           CHICAGO, IL 60604-9998
             1615627041
            (800)275-8777
            11/19/2019 10:24 AM
=========================================
ct              Qty    Unit     Price
                       Price
-Day             1     $7.35    $7.35
 Rate Env
    (Domestic)
    (CHICAGO, IL  60602)
    (Flat Rate)
    (Expected Delivery Day)
    (Wednesday 11/20/2019)
    (USPS Tracking #)
    (9505 5119 1124 9323 3622
  Insurance             $0.00
    (Up to $50.00 included)

  Total:                        $7.35
```

## Other Expenses

| Description | Date | | Amount |
|---|---|---|---|
| Federal Civil Judicial Procedure and Rules | 9/2019 | Revised edition Cost w/ delivery | $228.44 |
| **TOTAL COST** | | | **$228.44** |

Monthly Hours Worked at $12.00 per hour (minimum wage)
as a Pro-se in my case

| Date | Hours | Date | Hours |
|---|---|---|---|
| Jan 2016 | 200 hrs | Jan 2018 | 140 hrs |
| Feb 2016 | 140 hrs | Feb 2018 | 140 hrs |
| March 2016 | 130 hrs | March 2018 | 132 hrs |
| April 2016 | 145 hrs | April 2018 | 134 hrs |
| May 2016 | 140 hrs | May 2018 | 125 hrs |
| June 2016 | 135 hrs | June 2018 | 105 hrs |
| July 2016 | 120 hrs | July 2018 | 100 hrs |
| Aug 2016 | 138 hrs | Aug 2018 | 100 hrs |
| Sept 2016 | 140 hrs | Sept 2018 | 130 hrs |
| Oct 2016 | 150 hrs | Oct 2018 | 135 hrs |
| Nov 2016 | 138 hrs | Nov 2018 | 145 hrs |
| Dec 2016 | 120 hrs | Dec 2018 | 136 hrs |
| Jan 2017 | 138 hrs | Jan 2019 | 140 hrs |
| Feb 2017 | 140 hrs | Feb 2019 | 140 hrs |
| March 2017 | 140 hrs | March 2019 | 132 hrs |
| April 2017 | 142 hrs | April 2019 | 134 hrs |
| May 2017 | 104 hrs | May 2019 | 125 hrs |
| June 2017 | 90 hrs | June 2019 | 105 hrs |
| July 2017 | 80 hrs | July 2019 | 100 hrs |
| Aug 2017 | 86 hrs | Aug 2019 | 100 hrs |
| Sept 2017 | 128 hrs | Sept 2019 | 130 hrs |
| Oct 2017 | 141 hrs | Oct 2019 | 135 hrs |
| Nov 2017 | 140 hrs | Nov 2019 | 145 hrs |
| Dec 2017 | 148 hrs | Dec 2018 | 136 hrs |
| | | Jan 2020 | 140 hrs |
| | **Total Hours Worked** | | **6281 hrs** |
| ($12.00 per hour = minimum wage) | | | |
| **6281 hrs x $12.00 per hour = Total Amount** | | | **$75,372.00** |

## 1005395637 - Credit Card Receipt Request [ ref:_00D30pLSL._5004OxhDv1:ref ]

ThomsonReutersCustomerSupport USL
<thomsonreuterscustomersupportusl@thomsonreuters.com>
Tue 1/21/2020 4:16 PM

**To:** ddewar05@hotmail.com <ddewar05@hotmail.com>



Thomson Reuters

THOMSON REUTERS

Hello,

Thank you for your payment. Per your request, your credit card has been charged
as stated below. If additional information regarding this transaction is required
for your records, please do not hesitate to contact us at 1-800-328-4880.

ACCOUNT: 1005395637
CREDIT CARD TYPE: VISA
CREDIT CARD NUMBER: 3632
TRANSACTION DATE: 10/14/2019
INVOICE: 6130948699
AMOUNT: $228.44

Your continued business with Thomson Reuters is appreciated.

Sincerely,
Taylor Dawson
Thomson Reuters

Note: Please DO NOT change the subject line when replying to this email address.

THOMSON REUTERS

ref:_00D30pLSL._5004OxhDv1:ref